John H. Gomez, Esq. (SBN: 171485)
**GOMEZ TRIAL ATTORNEYS**
655 W. Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237-3490
Facsimile: (619) 237-3496
Email: jgomez@thegomezfirm.com

Pete Patterson (Federal ID# 13074) (Pro Hac Vice Application Pending)
**PATTERSON, PC**
4309 Yoakum Blvd., Ste. 2000
Houston, Texas 77006
Phone: (713) 874-6444
Facsimile: (713) 874-6445
Email: pete@pyllp.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INEVESMENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company, BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company,<br><br>Defendants. | Case No.: 3:17-CV-00079-H-JMA<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS THIS LAWSUIT (Fed. R. Civ. P. 12(B)(2)(3) and (6); 28 U.S.C. §1404(a) or 1406(a)**<br><br>**Date: March 13, 2017**<br>**Time: 10:30AM**<br>**Courtroom: 15A**<br>**Honorable Marilyn L. Huff** |

**PLEASE TAKE NOTICE** that on Monday, March 13, 2017, at 10:30AM, or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Marilyn L. Huff, the Defendants will and do bring on their Motion to Dismiss this lawsuit pursuant Fed. R. Civ. P. 12(b)(2), (3) and (6) or to Transfer Venue pursuant to 28 U.S.C. §1404(a) or 1406(a). This motion is based upon the accompany memorandum of law, affidavits, exhibits and such other matters as may be properly before the Court.

1. Ensource's Complaint fails to allege sufficient facts to support California jurisdiction and venue, and it fails to allege a claim upon which relief may be granted as to the defendant limited liability companies. This motion brings a factual challenge to Plaintiff's allegations of personal jurisdiction and venue.

2. Ensource itself is a Delaware limited liability company owned at least in part by Texas residents, with its principal place of business in Tennessee. Ensource complains of its investment in Hopewell-Pilot Project, LLC, a Texas limited liability company created to acquire Texas mineral interests ("Hopewell"). Ensource's complaints are based on the alleged acts and omissions of other Texas residents when Ensource conducted its extensive due-diligence by reviewing Texas records before entering into agreements with a Texas company, and those agreements are expressly made subject to Texas law.

3. The Court's exercise of personal jurisdiction over Defendants will violate Due Process. Defendants have not purposefully availed themselves of the benefits of the California forum and lack sufficient California contacts to subject themselves to California venue or jurisdiction. If there is any viable civil action here at all, it should proceed in Texas rather than California.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4. EnSource cannot recover its investment under the Texas law of conversion. EnSource has therefore failed to state a claim against any of the defendant limited liability companies upon which relief may be granted.  EnSource has failed to plead a factual basis for its securities law claims, and its own pleading is inconsistent with its claims.

DATED:   February 9, 2017            Respectfully admitted,

**GOMEZ TRIAL ATTORNEYS**

/s/ John H. Gomez, Esq.