John H. Gomez, Esq. (SBN: 171485)
**GOMEZ TRIAL ATTORNEYS**
655 W. Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237-3490
Facsimile: (619) 237-3496
Email: jgomez@thegomezfirm.com

Pete Patterson (Federal ID# 13074) (Pro Hac Vice Application Pending)
**PATTERSON, PC**
4309 Yoakum Blvd., Ste. 2000
Houston, Texas 77006
Phone: (713) 874-6444
Facsimile: (713) 874-6445
Email: pete@pyllp.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INEVESMENTS LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company, BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company, <br><br> Defendants. | Case No.: 3:17-CV-00079-H-JMA <br><br> **TABLE OF EXHIBITS** |

-1-

In support of their motion under Rule 12(b) (2) and (3), and their motion to transfer venue, defendants file and incorporate the following evidence:

| Description | Page |
|---|---|
| Affidavit of Thomas P. Tatham (the "Tatham Affidavit") | Tatham Affid. 3-7 |
| Affidavit of Mark Willis (the "Willis Affidavit") | Willis Affid. 8-11 |
| Exhibit 1: Online record from the Delaware Department of State, Division of Corporations | Ex. 1 12 |
| Exhibit 2: September 29, 2016 Subscription Agreement (the "Ensource Subscription Agreement") | Ex. 2 13-27 |
| Exhibit 3: Third Amended and Restated Company Agreement of Hopewell-Pilot Project, LLC (the "Company Agreement") | Ex. 3 28-67 |

DATED:   February 9, 2017

Respectfully admitted,

**GOMEZ TRIAL ATTORNEYS**

/s/ John H. Gomez, Esq.