# AFFIDAVIT OF THOMAS P. TATHAM

```
 1  PATTERSON, PC
    Pete Patterson (Federal ID# 13074)
 2  4309 Yoakum Blvd., Ste. 2000
 3  Houston, Texas 77006
    Phone: (713) 874-6444
 4  Facsimile: (713) 874-6445
 5  Email: pete@pyllp.com
    Attorney in Charge for Defendants.
 6
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INEVESMENTS LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company, BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company, <br><br> Defendants. | Case No.: 3:17-CV-00079-H-JMA <br><br> **AFFIDAVIT OF THOMAS P. TATHAM** |

COUNTY OF HARRIS §

STATE OF TEXAS §

BEFORE ME, the undersigned authority, personally appeared Thomas P. Tatham, who being by me duly sworn, stated the following under oath.

1. "My name is Thomas P. Tatham. I am more than twenty-one (21) years of age, I am of sound mind, and I have never been convicted of a felony or a crime involving dishonesty. I am competent to make this declaration, which I make as my own free act,

1

**TATHAM AFF. - 3**   3:17-CV-00079-H-JMA

without duress.  The statements in this declaration are true and correct, and made on my personal knowledge subject to the penalties for perjury under Texas law.

2. I have resided continuously in Texas since no later than 1988, except when I resided in British Columbia, Canada from 2010 through 2014. I serve as Manager/Director of TITLE ROVER, LLC a Texas limited liability company based in Houston, Texas, and I am also Manager/Managing Director and a custodian of records for PDP MANAGEMENT GROUP, LLC, a Texas limited liability company also based in Houston, Harris County, Texas (collectively, the "Texas LLC Defendants"), as well as Manager/Director for non-party HOPEWELL-PILOT PROJECT, LLC, a Texas limited liability company ("Hopewell").

3. Exhibit 1 to this Affidavit is a true and correct copy of information obtained online from the Delaware Department of State, Division of Corporations, showing that plaintiff EnSource Investments, LLC ("EnSource") did not exist (and thus could not have done business) until August 31, 2016.  After August 30, 2016, neither I nor the Texas LLC Defendants (through one or more of their agents) traveled to California or intentionally directed any communications or solicitations to California in connection with any investment or solicitation for Hopewell.  If any of EnSource's representatives happened to be in California when receiving or opening a telephone call, text message, or email from me or from any one or more of the Texas LLC Defendants, we did not know or intend for the communications to reach EnSource's representatives in California rather than in some other jurisdiction.

4. Exhibit 2 to this Affidavit is a true and correct copy of the September 29, 2016 Subscription Agreement (the "EnSource Subscription Agreement") executed by plaintiff EnSource and non-party Hopewell.  EnSource was represented by counsel and conducted its own, extensive due-diligence, using materials Hopewell provided in Texas before EnSource executed the EnSource Subscription Agreement.  If any of EnSource's representatives happened to be in California when reviewing due diligence materials, we did not know or intend for the materials to reach EnSource's representatives in California

rather than in some other jurisdiction. Among other things, the EnSource Subscription Agreement, executed by EnSource, expressly provides and admits:

    at 3(g): EnSource "is aware of and understands each of the risks and conflicts of interest inherent of an investment in [Hopewell] as set forth in the Memorandum;"

    at 5(d): "No representations or warranties have been made to [EnSource] by [Hopewell], [Hopewell's] Managers, or any agent thereof other than as set forth in the Company Agreement and this Agreement."

5. Exhibit 3 to this Affidavit is a true and correct copy of the Third Amended and Restated Company Agreement of Hopewell-Pilot Project, LLC executed by EnSource and Hopewell's other Members (the "Company Agreement"). Section 1.1 of the Company Agreement defines Company Business and Area of Mutual Interest to be centered in Madison County, Texas, and four other Texas counties, with no indication of any intent to do business outside of Texas. The Company Agreement and the EnSource Subscription Agreement both provide for Texas law to apply to any disputes.

6. Neither I nor the Texas LLC Defendants intend to voluntarily submit to the jurisdiction of this Court if requested.

7. None of the Texas LLC Defendants nor Hopewell have ever registered to do business in California, nor have they ever maintained an office in California, nor do they have any officers, employees, or registered agents for service of process in California. Neither I nor the Texas LLC Defendants nor Hopewell maintains a telephone listing, mailing address or post office box located in California.

8. None of the Texas LLC Defendants nor Hopewell have ever held a board meeting or other corporate function, official or unofficial, in California. No officers, directors, or employees of the Texas LLC Defendants have traveled to California for the business of Hopewell or of the Texas LLC Defendants. While in California on personal matters, I had one informal discussion about Hopewell on August 12, 2016, before EnSource existed. Neither I nor any of the Texas LLC Defendants nor Hopewell has ever recruited any California residents for employment.

9. None of the Texas LLC Defendants nor Hopewell have ever leased, owned or sold any real or personal property in California. I have not leased, owned or sold any real or personal property in California since I sold a house there no later than 1988. None of the other Defendants nor Hopewell have ever sold any products or services in California. I have not sold any products or services in California since I sold a California house in 1988. I ceased residing in California decades before any of the events alleged in EnSource's Complaint.

10. None of the Texas LLC Defendants nor Hopewell have ever maintained any bank accounts in California. I have not maintained any bank accounts in California since no later than 1988, and I do not recall ever being a party to any lawsuits in California. If I was a party to any California lawsuits, then that occurred decades before the events alleged in EnSource's Complaint and could not have had any connection to any of the parties or issues here. None of the Texas LLC Defendants nor Hopewell have ever sued any person or company in California, and none of the Texas LLC Defendants nor Hopewell have ever been sued in California other than in this civil action.

11. None of the Texas LLC Defendants nor Hopewell have ever purposefully and directly conducted business in California, and I have not conducted business in California since the late 1980s. By act or omission, neither the Texas LLC Defendants nor Hopewell have ever purposefully availed themselves of California courts or California business, and I have not done so since the late 1980s.

12. All of the defendants and Hopewell are Texas residents. Hopewell's records for this transaction are in Texas, and Hopewell's plan was always to acquire Texas mineral interests. Due diligence conducted on behalf of EnSource was conducted with materials provided in Texas, and thus the witnesses to that due diligence are virtually all in Texas. I understand that only one of EnSource's principals resides in California, while at least three (3) of EnSource's principals reside in Texas. For the convenience of parties and witnesses, and in the interest of justice, any civil action regarding EnSource's investment in Hopewell must be conducted in Texas."

1 | Further Affiant sayeth not.

_Thomas P. Tatham_ (signature)

Thomas P. Tatham

SUBSCRIBED AND SWORN TO before me, the undersigned notary public, by Thomas P. Tatham on this 9th day of February, 2017.

JENNIFER ARMENDARIZ
Notary Public, State of Texas
My Commission Expires
April 26, 2017

_Jennifer Armendariz_ (signature)
NOTARY PUBLIC - STATE OF TEXAS