John H. Gomez, Esq. (SBN: 171485)
**GOMEZ TRIAL ATTORNEYS**
655 W. Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237-3490
Facsimile: (619) 237-3496
Email: jgomez@thegomezfirm.com

Pete Patterson (Federal ID# 13074) (Pro Hac Vice Application Pending)
**PATTERSON, PC**
4309 Yoakum Blvd., Ste. 2000
Houston, Texas 77006
Phone: (713) 874-6444
Facsimile: (713) 874-6445
Email: pete@pyllp.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INEVESMENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company, BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company,<br><br>Defendants. | Case No.: 3:17-CV-00079-H-JMA<br><br>**CERTIFICATE OF SERVICE** |

-1-

It is hereby certified that, I, John G. Gomez, specially appearing for Pete T. Patterson, am a citizen of the United States and I am at least eighteen year of age. My business address is 655 W. Broadway, Suite 1700, San Diego, California 92101. I am not a party to the above-entitled action. I have caused service of:

1. Notice of Motion and Motion to Dismiss or to Transfer Venue;
2. Memorandum of Points and Authorities in Support of Motion to Dismiss or to Transfer Venue
3. Affidavit of Thomas P. Tatham
4. Affidavit of Mark Willis; and
5. Table of Exhibits and Exhibits.

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies: **All Parties.**

I declare under penalty of perjury that the foregoing is true and correct and that this Certification was executed in San Diego, California on February 9, 2017.

DATED:   February 9, 2017            Respectfully admitted,

**GOMEZ TRIAL ATTORNEYS**

/s/ John H. Gomez, Esq.