**PANAKOS LAW, APC**
Aaron D. Sadock  (SBN 282131)
555 West Beech Street, Ste. 500
San Diego, California 92101
Telephone:   (619) 800-0529
Facsimile:    (866) 365-4856
Email: asadock@panakoslaw.com

Attorney for Plaintiff ENSOURCE INVESTMENTS LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>Defendants. | Case No.: 3:17-CV-00079-H-JMA<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS:**<br><br>  1) **Thomas P. Tatham**<br>  2) **Mark A. Willis**<br>  3) **PDP Management Group LLC**<br>  4) **Title Rover LLC**<br>  5) **Beyond Review LLC**<br>  6) **Image Engine LLC**<br>  7) **Willis Group LLC**<br><br>Date:<br>Time:<br>District Judge: Hon. Marilyn L. Huff<br>Courtroom: 15A<br>Action filed: January 13, 2017 |

Plaintiff ENSOURCE INVESTMENTS LLC hereby requests the Clerk of the above entitled Court enter default in this matter against the following DEFENDANTS, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, on the grounds that such DEFENDANTS have failed to respond to the Complaint

and to otherwise defend the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

**Thomas P. Tatham**

1) On February 9, 2017, Thomas P. Tatham voluntarily appeared before this court, per the Notice of Appearance filed with the court.

2) On February 9, 2017, Defendants timely filed a Motion to Dismiss this case pursuant to Rule 12(B) of the Federal Rules of Civil Procedure.

3) The Court denied Defendants' motion on March 9, 2017, and provided notice of the denial on March 10, 2017.

4) Pursuant to Rule 12(a)(4)(A), Defendant had fourteen days from the notice of the denial to file their responsive pleadings.

5) The applicable time for Defendant to file their responsive pleadings lapsed on March 24, 2017.

**Mark A. Willis**

1) As evidenced by the Proof of Service on file with the Court, the above named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on January 26, 2017.

2) On February 9, 2017, Defendants timely filed a Motion to Dismiss this case pursuant to Rule 12(B) of the Federal Rules of Civil Procedure.

3) The Court denied Defendants' motion on March 9, 2017, and provided notice of the denial on March 10, 2017.

4) Pursuant to Rule 12(a)(4)(A), Defendant had fourteen days from the notice of the denial to file their responsive pleadings.

5) The applicable time for Defendant to file their responsive pleadings lapsed on March 24, 2017.

**PDP Management Group, LLC**

1) As evidenced by the Proof of Service on file with the Court, the above named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on on January 20, 2017.

2) On February 9, 2017, Defendants timely filed a Motion to Dismiss this case pursuant to Rule 12(B) of the Federal Rules of Civil Procedure.

3) The Court denied Defendants' motion on March 9, 2017, and provided notice of the denial on March 10, 2017.

4) Pursuant to Rule 12(a)(4)(A), Defendant had fourteen days from the notice of the denial to file their responsive pleadings.

5) The applicable time for Defendant to file their responsive pleadings lapsed on March 24, 2017.

**Title Rover LLC**

1) As evidenced by the Proof of Service on file with the Court, the above named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on January 26, 2017.

2) On February 9, 2017, Defendants timely filed a Motion to Dismiss this case pursuant to Rule 12(B) of the Federal Rules of Civil Procedure.

3) The Court denied Defendant's motion on March 9, 2017, and provided notice of the denial on March 10, 2017.

4) Pursuant to Rule 12(a)(4)(A), Defendant had fourteen days from the notice of the denial to file their responsive pleadings.

5) The applicable time for Defendant to file their responsive pleadings lapsed on March 24, 2017.

**Beyond Review, LLC**

1) As evidenced by the Proof of Service on file with the Court, the above named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil

1   Procedure on January 19, 2017.

2   2) On February 9, 2017, Defendants timely filed a Motion to Dismiss this
3   case pursuant to Rule 12(B) of the Federal Rules of Civil Procedure.

4   3) The Court denied Defendants' motion on March 9, 2017, and provided
5   notice of the denial on March 10, 2017.

6   4) Pursuant to Rule 12(a)(4)(A), Defendant had fourteen days from the
7   notice of the denial to file their responsive pleadings.

8   5) The applicable time for Defendant to file their responsive pleadings
9   lapsed on March 24, 2017.

10

11  **Image Engine, LLC**

12  1) As evidenced by the Proof of Service on file with the Court, the above
13  named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil
14  Procedure on January 19, 2017.

15  2) On February 9, 2017, Defendants timely filed a Motion to Dismiss this
16  case pursuant to Rule 12(B) of the Federal Rules of Civil Procedure.

17  3) The Court denied Defendants' motion on March 9, 2017, and provided
18  notice of the denial on March 10, 2017.

19  4) Pursuant to Rule 12(a)(4)(A), Defendant had fourteen days from the
20  notice of the denial to file their responsive pleadings.

21  5) The applicable time for Defendant to file their responsive pleadings
22  lapsed on March 24, 2017.

23

24  **Willis Group, LLC**

25  1) As evidenced by the Proof of Service on file with the Court, the above
26  named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil
27  Procedure on January 19, 2017.

28  2) On February 9, 2017, Defendants timely filed a Motion to Dismiss this

case pursuant to Rule 12(B) of the Federal Rules of Civil Procedure.

3) The Court denied Defendants' motion on March 9, 2017, and provided notice of the denial on March 10, 2017.

4) Pursuant to Rule 12(a)(4)(A), Defendant had fourteen days from the notice of the denial to file their responsive pleadings.

5) The applicable time for Defendant to file their responsive pleadings lapsed on March 24, 2017.

The above-named Defendants have failed to respond or otherwise defend the complaint. This request is based on the Attached Declaration of Quintin E. Lucas.

DATED: April 13, 2017          PANAKOS LAW, APC


By: /s/ Aaron D. Sadock
Aaron D. Sadock Esq. Attorney for Plaintiff
ENSOURCE INVESTMENTS LLC

5                                              3:17-CV-00079-H-JMA