1

**PANAKOS LAW, APC**
Aaron D. Sadock  (SBN 282131)
555 West Beech Street, Ste. 500
San Diego, California 92101
Telephone:   (619) 800-0529
Facsimile:   (866) 365-4856
Email: asadock@panakoslaw.com

Attorney for Plaintiff ENSOURCE INVESTMENTS LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>Defendants. | Case No.: 3:17-CV-00079-H-JMA<br><br>**DECLARATION IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS**<br><br>Date:<br>Time:<br>District Judge: Hon. Marilyn L. Huff<br>Courtroom: 15A<br>Action filed:  January 13, 2017 |

I, Quintin E. Lucas, declare as follows:

1.      I am an attorney at law duly licensed to practice before all courts of the State of California. I am an attorney at Panakos Law, APC, attorneys of record

for Ensource Investments, LLC, (hereinafter "Plaintiffs").  I am familiar with the files, pleadings and facts of this case.  I have personal knowledge of the facts stated in this declaration and, if called as a witness, could testify competently about them.

2.     Thomas P. Tatham voluntarily appeared before this court on February 9, 2017.

3.     Attached hereto as Exhibit A, is a true and correct copy of the Notice of Appearance on file with the court.

3.     On February 9, 2017, this office received Defendants' Motion to Dismiss this case pursuant to Rule 12(B) of the Federal Rules of Civil Procedure.

4.     On March 10, 2017, the Court provided notice of the Court's Denial of Defendants' Motion to Dismiss this case, as Evidenced by Exhibit B attached hereto.

5.     Under Rule 12(a)(4)(A), Thomas P. Tatham had an additional fourteen days from the notice of the denial to file responsive pleadings, requiring him to file responsive pleadings by March 24, 2017.

6.     Thomas P. Tatham has failed to serve or file a further pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

9.     Mark A. Willis was served with a Complaint and Summons pursuant to Rule 4 of the Federal Rules of Civil Procedure on January 26, 2017.

10.    Attached hereto as Exhibit C, is a true and correct copy of the Proof of Service.

11.    On February 9, 2017, this office received Defendants' motion to dismiss this case pursuant to Rule 12(B) of the Federal Rules of Civil Procedure.

12.    On March 10, 2017, the Court provided notice of the Court's Denial of Defendants' Motion to Dismiss this case, as Evidenced by Exhibit B attached hereto.

13.     Under Rule 12(a)(4)(A), Mark A. Willis had an additional fourteen days from the notice of the denial to file responsive pleadings, requiring him to file responsive pleadings by March 24, 2017.

14.     Mark A. Willis has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

17.     PDP Management Group, LLC was served with a Complaint and Summons pursuant to Rule 4 of the Federal Rules of Civil Procedure on January 20, 2017.

18.     Attached hereto as Exhibit D, is a true and correct copy of the Proof of Service.

19.     On February 9, 2017, this office received Defendants' Motion to Dismiss this case pursuant to Rule 12(B) of the Federal Rules of Civil Procedure.

20.     On March 10, 2017, the Court provided notice of the Court's Denial of Defendants' Motion to Dismiss this case, as Evidenced by Exhibit B attached hereto.

21.     Under Rule 12(a)(4)(A), PDP Management Group, LLC had an additional fourteen days from the notice of the denial to file responsive pleadings, requiring them to file responsive pleadings by March 24, 2017.

22.     PDP Management Group, LLC has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

23.     Title Rover, LLC was served with a Complaint and Summons pursuant to Rule 4 of the Federal Rules of Civil Procedure on January 26, 2017.

24.     Attached hereto as Exhibit E, is a true and correct copy of the Proof of Service.

///

25.     On February 9, 2017, this office received Defendants' Motion to Dismiss this case pursuant to Rule 12(B) of the Federal Rules of Civil Procedure.

26.     On March 10, 2017, the Court provided notice of the Court's Denial of Defendants' Motion to Dismiss this case, as Evidenced by Exhibit B attached hereto.

27.     Under Rule 12(a)(4)(A), Title Rover, LLC had an additional fourteen days from the notice of the denial to file responsive pleadings, requiring them to file responsive pleadings by March 24, 2017.

28.     Title Rover, LLC has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

29.     Beyond Review, LLC was served with a Complaint and Summons pursuant to Rule 4 of the Federal Rules of Civil Procedure on January 19, 2017.

30.     Attached hereto as Exhibit F, is a true and correct copy of the Proof of Service.

31.     On February 9, 2017, this office received Defendants' Motion to Dismiss this case pursuant to Rule 12(B) of the Federal Rules of Civil Procedure.

32.     On March 10, 2017, the Court provided notice of the Court's Denial of Defendants' Motion to Dismiss this case, as Evidenced by Exhibit B attached hereto.

33.     Under Rule 12(a)(4)(A), Beyond Review, LLC had an additional fourteen days from notice of the denial to file responsive pleadings, requiring them to file responsive pleadings by March 24, 2017.

34.     Beyond Review, LLC has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

35.     Image Engine, LLC was served with a Complaint and Summons

1    pursuant to Rule 4 of the Federal Rules of Civil Procedure on January 19, 2017.

2        36.    Attached hereto as Exhibit G, is a true and correct copy of the Proof

3    of Service.

4        37.    On February 9, 2017, this office received Defendants' Motion to

5    Dismiss this case pursuant to Rule 12(B) of the Federal Rules of Civil Procedure.

6        38.    On March 10, 2017, the Court provided notice of the Court's Denial

7    of Defendants' Motion to Dismiss this case, as Evidenced by Exhibit B attached

8    hereto.

9        39.    Under Rule 12(a)(4)(A), Image Engine, LLC had an additional

10   fourteen days from notice of the denial to file responsive pleadings, requiring them

11   to file responsive pleadings by March 24, 2017.

12       40.    Image Engine, LLC has failed to serve or file a pleading or otherwise

13   respond to the complaint. The applicable time limit for responding to the complaint

14   has expired.

15       41.    Willis Group, LLC was served with a Complaint and Summons

16   pursuant to Rule 4 of the Federal Rules of Civil Procedure on January 19, 2017.

17       42.    Attached hereto as Exhibit H, is a true and correct copy of the Proof

18   of Service.

19       43.    On February 9, 2017, this office received Defendants' Motion to

20   Dismiss this case pursuant to Rule 12(B) of the Federal Rules of Civil Procedure.

21       44.    On March 10, 2017, the Court provided notice of the Court's Denial

22   of Defendants' Motion to Dismiss this case, as Evidenced by Exhibit B attached

23   hereto.

24       45.    Under Rule 12(a)(4)(A), Willis Group, LLC had an additional

25   fourteen days from the notice of the denial to file responsive pleadings, requiring

26   them to file responsive pleadings by March 24, 2017.

27       46.    Willis Group, LLC has failed to serve or file a pleading or otherwise

28

DECLARATION IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST
DEFENDANTS
5                                3:17-CV-00079-H-JMA

1  respond to the complaint. The applicable time limit for responding to the complaint

2  has expired.

3           Executed this 13th day of April 2017, at San Diego, California.

4

5                                              /s/ Quintin E. Lucas Esq.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS**

Exhibit A

1  John H. Gomez, Esq. (SBN: 171485)
2  **GOMEZ TRIAL ATTORNEYS**
   655 W. Broadway, Suite 1700
3  San Diego, CA 92101
4  Phone: (619) 237-3490
   Facsimile: (619) 237-3496
5  Email: jgomez@thegomezfirm.com

6  *Specially Appearing for*
7
8  Pete Patterson (Federal ID# 13074) (Pro Hac Vice Application Pending)
   **PATTERSON, PC**
9  4309 Yoakum Blvd., Ste. 2000
   Houston, Texas 77006
10 Phone: (713) 874-6444
11 Facsimile: (713) 874-6445
   Email: pete@pyllp.com
12

13             **UNITED STATES DISTRICT COURT**

14           **SOUTHERN DISTRICT OF CALIFORNIA**

15

16 ENSOURCE INEVESMENTS LLC, a          Case No.:  3:17-CV-00079-H-JMA
17 Delaware limited liability company,
                                        **DEFENDANTS NOTICE OF**
18                        Plaintiff,    **ASSOCIATION OF COUNSEL OF**
                                        **JOHN H. GOMEZ, ESQ.**
19 v.

20 THOMAS P. TATHAM, an individual;
   MARK A. WILLIS, an individual; PDP
21 MANAGEMENT GROUP, LLC, a Texas
   limited liability company; TITLE
22 ROVER, LLC, a Texas limited liability
   company, BEYOND REVIEW, LLC, a
23 Texas limited liability company; IMAGE
24 ENGINE, LLC, a Texas limited liability
   company; WILLIS GROUP, LLC, a
25 Texas limited liability company,
26
                        Defendants.
27

28

                              -1-

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants Thomas P. Tatham, an individual, Mark A. Willis, an individual; PDP Management Group, LLC, a Texas limited liability company, Title Rover, LLC, a Texas limited liability company, Beyond Review, LLC, a Texas limited liability company, Image Engine LLC, a Texas limited liability company, Willis Group, LLC, a Texas limited liability company hereby associate John H. Gomez, Esq. (SBN 171485) of Gomez Trial Attorneys, 655 West Broadway, Suite 1700, San Diego, CA 92101, (619) 237-3490.

DATED:      February 9, 2017               Respectfully admitted,

                                          **GOMEZ TRIAL ATTORNEYS**


                                          /s/ John H. Gomez, Esq.
                                          _____

-2-

Exhibit B

From: efile_information@casd.uscourts.gov
Subject: Activity in Case 3:17-cv-00079-H-JMA Ensource Investments LLC v. Tatham et al Order on Motion to Dismiss
Date: March 10, 2017 at 11:13 AM
To: efile_information@casd.uscourts.gov



This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Southern District of California

## Notice of Electronic Filing

The following transaction was entered on 3/10/2017 at 11:12 AM PST and filed on 3/10/2017
**Case Name:**    Ensource Investments LLC v. Tatham et al
**Case Number:**    3:17-cv-00079-H-JMA
**Filer:**
**Document Number:** 15

**Docket Text:**
ORDER re [8]: 1. Denying Rule 12(b)(2) Motion to Dismiss 2. Denying Rule 12(b)(3) Motion to Dismiss 3. Denying Rule 12(b)(6) Motion to Dismiss 4. Declining to Transfer Venue Pursuant to 12 U.S.C. § 1404. Signed by Judge Marilyn L. Huff on 3/9/2017. (ag)

**3:17-cv-00079-H-JMA Notice has been electronically mailed to:**

John H. Gomez    john@thegomezfirm.com

Bibianne Uychinco Fell    bfell@thegomezfirm.com, dburton@fleming-pc.com

Aaron David Sadock    aking@panakoslaw.com, asadock@panakoslaw.com

Pete T Patterson    pete@pyllp.com, jennifer@pyllp.com

**3:17-cv-00079-H-JMA Electronically filed documents must be served conventionally by the filer to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=3/10/2017] [FileNumber=10617399-0] [77f3e401747b012f03ebd2bf8ac4271f410267691fcb653d2fdd084aabbc6cbbeb f5f2900706a98968cf9705576a8b714df53654affb5b088b69062d1a6fc60d]]

Exhibit C

AO 441   Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Ensource Investments LLC; a Delaware limited liability
company

|                                    |                                          |
|------------------------------------|------------------------------------------|
|                   *Plaintiff*      | Civil Action No.   17cv0079-H-JMA        |

**V.**

See Attachment

*Defendant*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> MARK A. WILLIS
> 1400 POST OAK BLVD STE 200
> HOUSTON, TX 77056-3008

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Aaron David Sadock
> 555 West Beech Street, Suite 500
> San Diego, CA 92101
> 619-800-0529

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:        1/13/17

John Morrill
*CLERK OF COURT*

S/        L. Fincher

*Signature of Clerk or Deputy Clerk*

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | FOR COURT USE ONLY |
|---|---|
| Anna King<br>Panakos Law<br>555 West Beech Street<br>Suite 500<br>San Diego, CA 92101<br><br>TELEPHONE NO.: (855) 955-5529<br><br>ATTORNEY FOR: | |

| DISTRICT COURT OF CALIFORNIA, COUNTY OF SOUTHERN | |
|---|---|
| PLAINTIFF: Ensource Investments LLC, a Delaware Limited<br>Liability Company<br>DEFENDANT: Thomas P. Tatham, an Individual, et al., | CASE NUMBER:<br>17CV0079-H-JMA |
| **PROOF OF SERVICE** | Ref. No. or File No.: |

1. I am over 18 years of age and not a party to this action.

2. Received these papers on 1/18/2017 at 2:59 pm to be served on  Mark Willis, 1400 Post Oak Blvd, Suite 200, Houston, TX 77056.

3. INDIVIDUALLY/PERSONALLY delivered by delivering a true copy of the Summons in a Civil Action/Complaint/Exhibit with the date of service endorsed thereon by me, to: Mark Willis at the address of: 1400 Post Oak Blvd, Suite 200, Houston, TX 77056, and informed said person of the contents therein, in compliance with state statutes.

4. Date and Time of service:   1/26/2017 at 11:30 am

5. Description of Person Served:  Age: 38, Sex: M, Race/Skin Color: WHITE, Height: 5'9", Weight: 170, Hair: DARK HAIR, Glasses: N

6. My name, address, telephone number, and, if applicable, county of registration and number are:
   Name: Ewanshia J. Graham Sch.08625 Exp.06/30/2017
   Address: 12719 Leader Street   Houston, TX   77072
   Telephone number: 281-300-8244
   Registration Number: Process Server
   County: All Areas
   The fee for the service was:

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 1, 2017

Ewanshia J. Graham Sch.08625 Exp.06/30/2017
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

▶ _Ewanshia J. Graham_
(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Page 1 of 1

**PROOF OF SERVICE**                    Job Number BBW-2017000381

Exhibit D

AO 441   Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Ensoure Investments LLC; a Delaware limited liability
company

|                          |            |
|--------------------------|------------|
|                          | *Plaintiff* |

**V.**

See Attachment

*Defendant*

Civil Action No.    17cv0079-H-JMA

### SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*

PDP MANAGEMENT GROUP, LLC
c/o CAPITOL CORPORATE SERVICES INC., REGISTERED AGENT
206 E. 9TH STREET, SUITE 1300
AUSTIN TX 78701-4411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron David Sadock
555 West Beech Street, Suite 500
San Diego, CA 92101
619-800-0529

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:        1/13/17

John Morrill
*CLERK OF COURT*

S/                    L. Fincher
          *Signature of Clerk or Deputy Clerk*

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | *FOR COURT USE ONLY* |
|---|---|
| TELEPHONE NO.: | |
| ATTORNEY FOR: | |
| DISTRICT COURT OF CALIFORNIA, COUNTY OF SOUTHERN | |

| PLAINTIFF: Ensource Investments LLC, a Delaware Limited Liability Company<br>DEFENDANT: Thomas P. Tatham, an Individual, et al., | CASE NUMBER:<br>17CV0079-H-JMA |
|---|---|
| **PROOF OF SERVICE** | Ref. No. or File No.: |

1. I am over 18 years of age and not a party to this action.

2. Received these papers on 1/18/2017 at 2:59 pm to be served on **PDP Management Group, LLC By serving its Registered Agent, Capitol Corporate Services, Inc., 206 E. 9th Street, Suite 1300, Austin, TX 78701.**

3. delivered to the within named corporation by hand delivering a true copy of the **Summons in a Civil Action/Complaint/Exhibit** with the date of service endorsed thereon by me to Mary Ann Quick as Registered Agent Department Relations of the within named corporation at 206 E. 9th Street, Suite 1300, Austin, TX 78701, in compliance with State Statutes.

4. Date and Time of service:  1/20/2017 at 12:35 pm

5. I am not a registered California process server.

6. My name, address, telephone number, and, if applicable, county of registration and number are:
   Name: TODD WOOLERY SCH10833 EXP 03/31/17
   Address:
   Telephone number:
   Registration Number: Process Server
   County: All Areas
   The fee for the service was:

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
TODD WOOLERY SCH10833 EXP 03/31/17
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

▶ _____
(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Page 1 of 1

**PROOF OF SERVICE**                    Job Number BBW-2017000379

# Exhibit E

AO 441    Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Ensource Investments LLC; a Delaware limited liability company

*Plaintiff*

**v.**

See Attachment

*Defendant*

Civil Action No.    17cv0079-H-JMA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

TITLE ROVER, LLC
c/o MARK WILLIS, REGISTERED AGENT
1400 POST OAK BLVD STE 200,
HOUSTON, TX 77056-3008:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron David Sadock
555 West Beech Street, Suite 500
San Diego, CA 92101
619-800-0529

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    1/13/17

John Morrill
*CLERK OF COURT*

S/    L. Fincher
*Signature of Clerk or Deputy Clerk*

(Page 2)

AO 441   Summons in a Civil Action

Civil Action No.   17cv0079-H-JMA                     Date Issued:   1/13/17

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Mark Willis, Registered Agent

was received by me on *(date)* January 18, 2017

☐ I personally served the summons on the individual at *(place)* 1400 Post Oak Blvd

Suite 200 Houston, TX 77056 ___ on *(date)* 01/26/2017 ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* ___ _____ _____ ___

___ ____ ____ ____ _____ , a person of suitable age and discretion who resides there,

on *(date)* __ ____ ____ ___ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____ _____ _____ _____ . __ , who is

designated by law to accept service of process on behalf of *(name of organization)* ____ _____ __

___ _____ ____ _____ ____ on *(date)* ____ _____ ; or

☐ I returned the summons unexecuted because ___ _____ _____ _____ _____ _____ ; or

☐ Other *(specify)*:

My fees are $ ____ _____ for travel and $ ____ _____ for services, for a total of $ ___ _____ .

I declare under penalty of perjury that this information is true.

Date:  01/27/2017

Ewanshia A. Graham
*Server's Signature*

Ewanshia J. Graham, Process Server
*Printed name and title*

12719 Leader St. Houston, TX 77072
*Server's address*

NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

Exhibit F

AO 440   Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Ensource Investments LLC; a Delaware limited liability company

*Plaintiff*

v.

See Attachment

*Defendant*

Civil Action No.   17cv0079-H-JMA

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BEYOND REVIEW, LLC
c/o CT CORPORATION SYSTEM, REGISTERED AGENT
1999 BRYAN STREET SUITE 900
DALLAS, TX 75201-3136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron David Sadock
555 West Beech Street, Suite 500
San Diego, CA 92101
619-800-0529

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:      1/13/17



John Morrill
*CLERK OF COURT*

S/              L. Fincher
*Signature of Clerk or Deputy Clerk*

AO 441   Summons in a Civil Action                                                                          (Page 2)

Civil Action No. ___17cv0079-H-JMA___                          Date Issued: ___1/13/17___

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Beyond Review, LLC

was received by me on *(date)* 1/18/2017

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address: or

☐ I served the summons on *(name of the individual)* CT Corporation Syst. to Kalun Bennett who is

designated by law to accept service of process on behalf of *(name of organization)*
Beyond Review, LLC _____ on *(date)* 1/19/2017 or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 1/19/2017                          _____
                                              *Server's Signature*

                          Caleb Malone, Process Server
                                         *Printed name and title*

                          PO Box 720040, Dallas, TX 7537
                                           *Server's address*

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S.
MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR
ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL
JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY
VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL
PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED
BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN
ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

# Exhibit G

AO 440   Summons in a Civil Action

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Ensource Investments LLC; a Delaware limited liability
company

|  |  |
|---|---|
| *Plaintiff* | Civil Action No.   17cv0079-H-JMA |
| **V.** |  |
| See Attachment |  |
| *Defendant* |  |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    IMAGE ENGINE, LLC
    c/o CT CORPORATION SYSTEM, REGISTERED AGENT
    1999 BRYAN STREET SUITE 900
    DALLAS, TX 75201-3136

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days
if you are the United States or a United States agency, or an office or employee of the United States described
in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a
motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the
plaintiff or plaintiff's attorney, whose name and address are:

    Aaron David Sadock
    555 West Beech Street, Suite 500
    San Diego, CA 92101
    619-800-0529

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the
complaint. You also must file your answer or motion with the court.

Date: _____1/13/17_____

John Morrill
*CLERK OF COURT*

S/ _____ L. Fincher _____
    *Signature of Clerk or Deputy Clerk*

AO 441   Summons in a Civil Action                                                                           (Page 2)

Civil Action No.   17cv0079-H-JMA                         Date Issued:   1/13/17

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*   Image Engine LLC

was received by me on *(date)*   1/18/2017   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there.

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* CT Corporation System to Kevin Brown who is

designated by law to accept service of process on behalf of *(name of organization)*

Image Engine LLC                                          on *(date)* 1/19/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   1/19/2017

_____
Server's Signature

Caleb   Malone, process server
Printed name and title

P.O. Box 720040, Dallas, TX 753...
Server's address

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

Exhibit H



AO 441   Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Ensource Investments LLC; a Delaware limited liability
company

*Plaintiff*

**v.**

See Attachment

*Defendant*

Civil Action No.   17cv0079-H-JMA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
WILLIS GROUP, LLC
c/o CT CORPORATION SYSTEM, REGISTERED AGENT
1999 BRYAN STREET SUITE 900
DALLAS, TX 75201-3136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron David Sadock
555 West Beech Street, Suite 500
San Diego, CA 92101
619-800-0529

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____ 1/13/17



John Morrill
*CLERK OF COURT*
S/
_____ L. Fincher
*Signature of Clerk or Deputy Clerk*

AO 440   Summons in a Civil Action

*Page 2*

Civil Action No. ___17cv0079-H-JMA___

Date Issued: ___1/13/17___

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* ___Willis Group, LLC___
was received by me on *(date)* ___1/8/2017___

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of the individual)* ___CT Corp to Glenn Bennett___ , who is
designated by law to accept service of process on behalf of *(name of organization)*
___Willis Group, LLC___ on *(date)* ___1/19/2017___ or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: ___1/19/2017___

_____
*Server's Signature*

___Caleb Malone, Process Server___
*Printed name and title*

___P.O Box 720040, Dallas, TX 75___
*Server's address*

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.