Pete Patterson (Federal ID# 13074) (Pro Hac Vice)
**PATTERSON, PC**
4309 Yoakum Blvd., Ste. 2000
Houston, Texas 77006
Phone: (713) 874-6444
Facsimile: (713) 874-6445
Email: pete@pyllp.com

Bibianne Fell (SBN: 234194)
**GOMEZ TRIAL ATTORNEYS**
655 W. Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237-3490
Facsimile: (619) 237-3496
Email: bibi@thegomezfirm.com

Attorney for Defendants.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company, BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company,<br><br>    Defendants. | Case No.: 3:17-CV-00079-H-JMA<br><br><br>DEFENDANT'S ANSWER TO ORIGINAL COMPLAINT |

**TO THE HONORABLE JUDGE OF THIS COURT:**

COMES NOW, Defendants THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company, BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company, ("Defendants"), files this original answer to Plaintiff, EnSource Investments LLC's original complaint.

## A.  Admissions & Denials

1. Defendants deny the allegation in ¶ 1.

2. Defendants deny the allegation in ¶ 2.

3. Defendants deny the allegation in ¶ 3.

4. Defendants deny the allegation in ¶ 4.

5. Defendants deny the allegation in ¶ 5.

6. Defendants deny the allegation in ¶ 6.

7. Defendants deny the allegation in ¶ 7.

8. Defendants deny the allegation in ¶ 8.

9. Defendants admit the allegation in ¶ 9 line 1. Defendants deny the allegations remaining in ¶ 9.

10. Defendants admit the allegation in ¶ 10 line 1. Defendants deny the allegations remaining in ¶ 10.

11. Defendants admit the allegation in ¶ 11 line 1. Defendants deny the allegations remaining in ¶ 11.

12. Defendants admit the allegation in ¶ 12 line 1. Defendants deny the allegations remaining in ¶ 12.

13. Defendants admit the allegation in ¶ 13 line 1. Defendants deny the allegations remaining in ¶ 13.

14. Defendants admit the allegation in ¶ 14 lines 1 and 2. Defendants deny the allegations remaining in ¶ 14.

15. Defendants admit the allegation in ¶ 15 lines 1 and 2. Defendants deny the allegations remaining in ¶ 15.

16. Defendants deny the allegation in ¶ 16.

17. Defendants admit the allegation in ¶ 17.

18. Defendants deny the allegation in ¶ 18.

19. Defendants deny the allegation in ¶ 19.

20. Defendants deny the allegation in ¶ 20.

21. Defendants deny the allegation in ¶ 21.

22. Defendants deny the allegation in ¶ 22.

23. Defendants partially admit the allegation in ¶ 23.

24. Defendants deny the allegation in ¶ 24.

25. Defendants admit the allegation in ¶ 25.

26. Defendants deny the allegation in ¶ 26.

27. Defendants deny the allegation in ¶ 27.

28. Defendants deny the allegation in ¶ 28.

29. Defendants admit the allegation in ¶ 29 line1. Defendants in part admit the allegation in line 2 but deny the defendants "pillaged" any money in ¶ 29 and deny the remaining paragraph allegations.

30. Defendants deny the allegation in ¶ 30.

31. Defendants admit the allegation in ¶ 31.

32. Defendants deny the allegation in ¶ 32.

33. Defendants deny the allegation in ¶ 33.

34. Defendants deny the allegation in ¶ 34.

35. Defendants admit the allegation in ¶ 35.

36. Defendants admit the allegation in ¶ 36.

37. Defendants deny the allegation in ¶ 37.

38. Defendants deny the allegation in ¶ 38.

39. Defendants deny the allegation in ¶ 39.

40. Defendants deny the allegation in ¶ 40.

41. Defendants deny the allegation in ¶ 41.

42. Defendants deny the allegation in ¶ 42.

43. Defendants deny the allegation in ¶ 43.

44. Defendants deny the allegation in ¶ 44.

45. Defendants deny the allegation in ¶ 45.

46. Defendants deny the allegation in ¶ 46.

47. Defendants deny the allegation in ¶ 47.

48. Defendants deny the allegation in ¶ 48.

49. Defendants deny the allegation in ¶ 49.

50. Defendants deny the allegation in ¶ 50.

51. Defendants deny the allegations listed in the prayer, paragraphs A-C.

## B.  Prayer

WHEREFORE, Defendants pray that Plaintiff's Complaint take nothing by their action.  Defendants, also requests any and all further relief, in law or equity, to which they are entitled.

DATED:     April 14, 2017                    Respectfully admitted,

**PATTERSON, PC**

/s/ Pete T. Patterson

Pete T. Patterson

Attorney for the Defendants