Pete Patterson (Federal ID# 13074) (Pro Hac Vice)
**PATTERSON, PC**
4309 Yoakum Blvd., Ste. 2000
Houston, Texas 77006
Phone: (713) 874-6444
Facsimile: (713) 874-6445
Email: pete@pyllp.com

Bibianne Fell (SBN: 234194)
**GOMEZ TRIAL ATTORNEYS**
655 W. Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237-3490
Facsimile: (619) 237-3496
Email: bibi@thegomezfirm.com
Attorney for Defendants.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INEVESMENTS LLC, a Delaware limited liability company,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company, BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 3:17-CV-00079-H-JMA<br><br>**NOTICE OF DEFENDANTS' MOTION TO TRANSFER VENUE AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>**DATE: SEPTEMBER 11, 2017**<br>**TIME: 10:30AM**<br>**COURTROOM: 15A**<br>**HONORABLE MARILYN L. HUFF** |

1

1  PLEASE TAKE NOTICE that on Monday, September 11, 2017, at 10:30AM, or as
2  soon thereafter as counsel may be heard, in the courtroom of the Honorable Marilyn L.
3  Huff, the Defendants will and do bring on their Motion to Transfer Venue And
4  Memorandum Of Points and Authorities In Support Thereof. This motion is based upon
5  the accompany memorandum of points and matters as may be proper before the Court.

8  Dated:    August 14, 2017           Respectfully admitted,

   /s/ *Pete T. Patterson*
   Pete T. Patterson
   Attorney for the Defendants