Pete Patterson (Federal ID# 13074) (Pro Hac Vice)

**PATTERSON, PC**

4309 Yoakum Blvd., Ste. 2000

Houston, Texas 77006

Phone: (713) 874-6444

Facsimile: (713) 874-6445

Email: pete@pyllp.com

Attorney for Defendant:

Thomas Tatham

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>Defendants.<br><br>Defendants. | CASE NO. 17CV0079 H JMA<br><br>**FED. R. CIV. P. 26(a)(1)(A) INITIAL DISCLOSURES OF DEFENDANT THOMAS TATHAM** |

Defendant Thomas Tatham ("Tatham") hereby submits the following initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A).

By making these disclosures, Tatham does not represent that they are identifying and/or producing every document, tangible thing, or witness that they may use in support of their claims. In addition, it is possible that some individuals listed herein may not in fact possess significant information regarding the issues involved in this litigation, or may only have knowledge which is duplicative of knowledge possessed by others.  Thus, the disclosures by Tatham represents a good faith effort to identify information presently available to them and that Tatham reasonably believe is discoverable and supportive of Tatham's claims herein, as required by Fed. R. Civ. P. 26(a)(1).  Tatham reserves the right to supplement or modify these disclosures upon continuing investigation and discovery.

The initial disclosures made by Tatham are made without waiving, in any way, (i) Tatham's right to object on the grounds of competency, privilege, relevancy, materiality, undue burden, hearsay, or any other proper ground, to the use of any such information, for any purpose, in whole or in part, in any subsequent proceeding or in this action; and/or (ii) Tatham's right to object, on any grounds and/or at any time, to any other discovery request or proceeding involving or relating to the subject matter of these disclosures.

All of the disclosures set forth below are made subject to the above objections, reservations, and qualifications.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

# INITIAL DISCLOSURE

## A. WITNESSES

Below is a list of persons who, upon information and belief, are likely to have discoverable information that TATHAM may use to support their defenses, along with the subjects of that information.

In addition to the individuals listed below, TATHAM believes that those persons listed in Plaintiff's and Willis' Defendants, due to be served December 15, 2017, are likely to have discoverable information that may be used to support the TATHAM'S defenses to the claims alleged in Plaintiff's complaint.

Based on TATHAM'S current knowledge and belief, the following persons are likely to have discoverable information concerning the subjects of discovery identified by the parties in the Discovery Plan. TATHAM expects to become better informed of the identity of witnesses during discovery and reserve their right to supplement such disclosures as additional information becomes available, and if necessary to supplement it through the course of discovery in this litigation.

| Name | Address | Subjects of Discoverable Information |
|---|---|---|
| Mark Willis | Shannon Sweeney, Esq.<br>Sullivan Hill Lewin Rez & Engel<br>550 West C Street, Suite 1500<br>San Diego, CA 92101<br>sweeney@sullivanhill.com<br>619-233-4100 | Current Managing member and former Co-Managing member of both Hopewell Pilot Project LLC and Title Rover, LLC; initial meetings with EnSource' principal investors and members; negotiations resulting in Bridge Loan and subsequent Hopewell subscription; Hopewell and Title Rover business; relationship between Hopewell, Title Rover and Willis entities and other |

| Name | Address | Subjects of Discoverable Information |
|---|---|---|
| | | service providers |
| Tom Tatham | Pete Patterson, Esq.<br>Patterson, PC<br>4309 Yoakum Blvd.<br>Suite 2000<br>Houston, TX 77006<br>pete@pyllp.com<br>713-874-6444 | Former Co-Managing member of both Hopewell Pilot Project LLC and Title Rover, LLC; oversight of EnSource due diligence process following Bridge Loan; Hopewell and Title Rover business; relationship between Hopewell, Title Rover and PDP Management Group and other service providers |
| EnSource Investments LLC | 700 West E Street, Suite 3804<br>San Diego, CA 92101 | Plaintiff; genesis of and reasons for business; any and all managers and members of the LLC; actions taken, communications had and decisions made about Hopewell Pilot Project; Private Placement Memorandum and related documents, due diligence process; involvement with Hopewell; ongoing investment obligations; funding and financial information and health |
| Justin Pannu | See above | See issues related to EnSource above |
| Richard Nawracaj | See above | See issues related to EnSource above |
| Chad Martin | See above | See issues related to EnSource above |
| Cliff Sharp | See above | See issues related to EnSource above; potential |

| Name | Address | Subjects of Discoverable Information |
|---|---|---|
| | | EnSource investor |
| Jerry Johns | See above | See issues related to EnSource above; potential EnSource investor |
| Hank Gamble | TBD | Managed buying opportunities for Hopewell; familiar with geographic area |
| Any and all other Members of EnSource | | |
| Jennifer Burkhardt | TBD | Familiarity with Title Rover software and its efficacy for title research |
| Brent Stanley | TBD | Title Rover business and technology provided to Hopewell under exclusive service contract; |
| AIT, LLC | TBD | Development of Title Rover proprietary Software and user interface portal. |
| Joe Haynes | TBD | |

**B.     DOCUMENTS**

The initial disclosure requirements of Rule 26(a)(1)((A)(ii) are expressly limited to documents, electronically stored information and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims and/or defenses, unless solely for impeachment. TATHAM reserves the right to supplement or amend this Initial Disclosure at a later time, if necessary, or to supplement it through the course of discovery in this litigation.

In accordance with the above, all documents, electronically stored information and tangible things in TATHAM's custody or control, that they may use to support their claims, defenses and/or affirmative defenses are as follows:

| |
|---|
| Hopewell Pilot Project Data Room Information |
| Title Rover LLC Data Room Information |
| Hopewell and Title Rover Accounting documents and files |
| Hopewell Bridge Loan Documents and correspondence |
| Hopewell Due Diligence Questions & Responses |
| Hopewell Private Placement Documents |
| Correspondence related to the Private Placement Memorandum, including communications leading up to the Agreement, those related to the due diligence process, those related to Hopewell and Title Rover business, and any communications between and among any of the parties relating to Hopewell and or Title Rover |
| Hopewell and Title Rover Company Agreements |
| Invoices from Willis Defendants and other suppliers, service providers and vendors to Hopewell and Title Rover and all bank records related to payment of same |

### C.  DAMAGES

TATHAM is not presently claiming any damages in this action, but reserves his right to supplement this disclosure and make all documents and evidentiary material associated with such supplementation available to plaintiffs for inspection and copying pursuant to Rule 34, as the case develops.

### D.  INSURANCE

There is no insurance policy applicable to the instant matter.

DATED:     December 14, 2017           Respectfully admitted,

                                                   **PATTERSON, PC**

                                                   /s/ Pete T. Patterson

1 | Pete T. Patterson
2 | Attorney for the Defendants