SULLIVAN HILL LEWIN REZ & ENGEL  
A Professional Law Corporation  
Shannon D. Sweeney, SBN 204868  
Sweeney@sullivanhill.com  
Priyanka Talukdar, SBN 292556  
Talukdar@sulivanhill.com  
550 West "C" Street, Suite 1500  
San Diego, California 92101  
Telephone: (619) 233-4100 / Fax Number: (619) 231-4372  

Electronically Filed: 02/02/2018

Attorneys for Defendants:  
MARK A. WILLIS; BEYOND REVIEW, LLC; IMAGE ENGINE, LLC; and WILLIS GROUP, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50, <br><br> Defendants. | CASE NO. 17CV0079 H JMA <br><br> **NOTICE OF MOTION AND MOTION BY DEFENDANTS MARK A. WILLIS, BEYOND REVIEW, LLC, IMAGE ENGINE, LLC, WILLIS GROUP, LLC FOR LEAVE TO FILE A FIRST AMENDED ANSWER** <br><br> Date:  March 5, 2018 <br> Time:  10:30 a.m. <br> Dept:  C-15A <br> Judge: Hon. Marilyn L. Huff <br>            Hon. Jan M. Adler |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN pursuant to Rule 7.1(e) of the Local Rules of Practice for the United States District Court for the Southern District of California that on _____, 2018, at _____ in Courtroom 15-A of the Edward J. Schwartz United States Courthouse, located at 221 West Broadway, Third Floor; San Diego, California, that Defendants Mark A. Willis, Beyond Review, LLC, Image Engine,

LLC, and Willis Group, LLC (collectively, the "Willis Defendants") will, and hereby does, move for an order granting leave to file an amended answer. A copy of the proposed amended answer is attached as Exhibit A to the Declaration of Shannon D. Sweeney filed herewith.

    The motion will be made on the ground that the amended answer will more fully and accurately set forth the defense of the Willis Defendants and granting the motion will be in furtherance of justice.

    The motion will be based on this notice, the proposed amended answer, the declaration of Shannon D. Sweeney, a copy of which is served and filed with this motion, and on the pleadings, papers, records, and files of this action.

Dated: February 2, 2018

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation

By: /s/ Shannon D. Sweeney
Shannon D. Sweeney
Attorneys for Defendants:
MARK A. WILLIS; BEYOND REVIEW, LLC; IMAGE ENGINE, LLC; and WILLIS GROUP, LLC

2

393733-v1