1  PATTERSON, PC
   Pete Patterson (Federal ID# 13074)
2  4309 Yoakum Blvd., Ste. 2000
   Houston, Texas 77006
3  Phone: (713) 874-6444
4  Facsimile: (713) 874-6445
   Email: pete@pyllp.com
5  Attorneys for Defendants:
   Thomas P. Tatham and PDP Management Group, LLC.
6
7                    UNITED STATES DISTRICT COURT
8                   SOUTHERN DISTRICT OF CALIFORNIA

9  ENSOURE INVESTMENTS       )  CASE NO. 17CV0079 H JMA
   LLC, a Delaware limited liability )
10 company,                   )
                              )
11             Plaintiff,     )
                              )
12 v.                         )
                              )  **NOTICE OF MOTION AND**
13 THOMAS P. TATHAM, an       )  **MOTION BY DEFENDANTS**
   individual; MARK A. WILLIS, an )  **THOMAS P. TATHAM AND PDP**
14 individual; PDP MANAGEMENT )  **MANAGEMENT GROUP, LLC**
   GROUP, LLC, a Texas limited )  **FOR LEAVE TO FILE A FIRST**
15 liability company; TITLE ROVER, )  **AMENDED ANSWER**
   LLC, a Texas limited liability )
16 company; BEYOND REVIEW,    )
   LLC, a Texas limited liability )  Date:     March 5, 2018
17 company; IMAGE ENGINE, LLC, )  Time:     10:30 a.m.
   a Texas limited liability company; )  Dept:     C-15A
18 WILLIS GROUP, LLC, a Texas )  Judge:    Hon. Marilyn L. Huff
   limited liability company; and )            Hon. Jan M. Adler
19 DOES 1-50,                 )
                              )
20             Defendants.    )
                              )
21 _____)

22 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

23     NOTICE IS HEREBY GIVEN pursuant to Rule 7.1(e) of the Local Rules of
24 Practice for the United States District Court for the Southern District of California that
25 on March 5, 2018, at 10:30 a.m. in Courtroom 15-A of the Edward J. Schwartz United
26 States Courthouse, located at 221 West Broadway, Third Floor; San Diego, California,
27 that Defendants Thomas P. Tatham and PDP Management Group, LLC (collectively,
28 the "Tatham Defendants") will, and hereby does, move for an order granting leave to

1  file an amended answer. A copy of the proposed amended answer is attached as
2  Exhibit A to the Declaration of Pete T. Patterson filed herewith.

3      The motion will be made on the ground that the amended answer will more
4  fully and accurately set forth the defense of the Tatham Defendants and granting the
5  motion will be in furtherance of justice.

6      The motion will be based on this notice, the proposed amended answer, the
7  declaration of Pete T. Patterson, a copy of which is served and filed with this motion,
8  and on the pleadings, papers, records, and files of this action.

Dated:   February 5, 2018

PATTERSON, PC
A Professional Law Corporation

By:  /s/Pete T. Patterson
    Pete T. Patterson
    Attorneys for Defendants:
    Thomas P. Tatham and PDP Management
    Group, LLC