**PANAKOS LAW, APC**
Aaron D. Sadock (SBN 282131)
555 West Beech Street, Ste. 500
San Diego, California 92101
Telephone:  (619) 800-0529
Facsimile:   (866) 365-4856
Email: asadock@panakoslaw.com

Attorney for Plaintiff ENSOURCE INVESTMENTS LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>Defendants. | Case No.: 3:17-CV-00079-H-JMA<br><br>**PLAINTIFF'S NOTICE OF MOTION & MOTION TO SEVER CLAIMS (FED. R. CIV. P. 21)**<br><br>Date: March 19, 2018<br>Time: 10:30AM<br>District Judge: Hon. Marilyn L. Huff<br>Courtroom: 15A<br>Action filed:  January 13, 2017 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN that on March 19, 2018 at 10:30AM** or as soon thereafter as counsel may be heard in Courtroom 15A located at 333 West Broadway San Diego CA 92101 in the courtroom of Hon. Marilyn L. Huff,

pursuant to FED. R. CIV. P. 21, Plaintiff will and hereby does move the Court for an Order severing claims from the Complaint. This motion is based on this Notice of Motion, the Memorandum of Points and Authorities and the Declaration of attorney Alan Gerger filed herewith, the pleadings and papers on file herein, and upon such other matters as may be presented to the court at the time of the hearing.

DATED: February 7, 2018              PANAKOS LAW, APC

By: /s/ Aaron D. Sadock Esq.
Attorney for Plaintiff
ENSOURCE INVESTMENTS LLC

**PLAINTIFF'S NOTICE OF MOTION & MOTION TO SEVER CLAIMS**
2                                              3:17-CV-00079-H-JMA