**PANAKOS LAW, APC**
Aaron D. Sadock (SBN 282131)
555 West Beech Street, Ste. 500
San Diego, California 92101
Telephone: (619) 800-0529
Facsimile: (866) 365-4856
Email: asadock@panakoslaw.com

Attorney for Plaintiff ENSOURCE INVESTMENTS LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>Defendants. | Case No.: 3:17-CV-00079-H-JMA<br><br>**DECLARATION OF ALAN GERGER IN SUPPORT OF PLAINTIFF'S MOTION TO SEVER DEFENDANT TITLE ROVER, LLC.**<br><br>Date: March 19, 2018<br>Time: 10:30AM<br>District Judge: Hon. Marilyn L. Huff<br>Courtroom: 15A<br>Action filed: January 13, 2017 |

I, Alan Gerger, declare as follows:

1. I am an attorney-at-law duly admitted to practice law before all of the courts of Texas.

2. I am the managing partner of the Gerger law Firm PLLC. I am representing Ensource Investments LLC ("Ensource") in the bankruptcy proceedings of Hopewell-Pilot Project, LLC, (Case No: 17-32880) and Title Rover, LLC, (Case No: 17-32881) in the United States Bankruptcy Court for the Southern District of Texas. This declaration is prepared in support of Plaintiff's Motion to Sever Defendant Title Rover, LLC ("Motion").

3. The facts set forth in this declaration are based upon my own personal knowledge except where I have indicated that such information is based upon my information and belief. I can and will competently attest to each such fact if called to testify, I could and would do so under oath.

4. On October 24, 2017, I attended a status conference in the Hopewell-Pilot Project, LLC and Title Rover LLC bankruptcy cases before the Honorable United States Bankruptcy Judge David Jones. At this status conference, Judge Jones stated, in no uncertain terms, that the Civil Action captioned above is stayed, in its entirety, due to Title Rover LLC's bankruptcy filing. He also reminded and explained that the automatic stay is self-effectuating, and a violation thereof is punishable by contempt of court.

5. As a result of Judge Jones' comments, I advised Ensource that it should seek to sever Title Rover, LLC, so as to ensure that it does not violate the automatic stay.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed within the United States this 30 day of January, 2018 at Houston, Texas.

By: /s/ Alan Gerger

| | |
|---|---|
| 1 | |
| 2 | Alan Gerger, Esq.<br>The Gerger Law Firm PLLC<br>Attorney for Ensource Investments, LLC |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |