# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC; a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:17-cv-00079-H-JMA<br><br>**ORDER GRANTING UNOPPOSED MOTION TO SEVER DEFENDANT TITLE ROVER, LLC**<br><br>[Doc. No. 51] |

　　　On February 7, 2018, Plaintiff Ensource Investments LLC filed a motion to sever Defendant Title Rover, LLC ("Title Rover") from this lawsuit. (Doc. No. 51.) Title Rover is currently the subject of Chapter 11 bankruptcy proceedings in the Southern District of Texas; accordingly, this action is stayed as to Title Rover pursuant to 11 U.S.C. § 362(a). (Doc. No. 41.) Plaintiff asks the Court to sever Title Rover so that it may continue to

litigate its claims against all of the non-bankrupt Defendants in this action. (Id.) For their part, the non-bankrupt Defendants have each filed notices with the Court stating that they do not oppose Plaintiff's motion. (Doc. Nos. 56, 57, 58.)

The Court grants the motion, and directs the Clerk of the Court to sever Defendant Title Rover, LLC from this action. This case will proceed as to all other Defendants according to the December 15, 2017 Scheduling Order (Doc. No. 45), absent further order from the Court.

**IT IS SO ORDERED.**

DATED: March 5, 2018

_____
Hon. Marilyn L. Huff
United States District Judge