# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC; a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>Defendants. | Case No.: 3:17-cv-00079-H-JMA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO WITHDRAW**<br><br>[Doc. No. 62] |

On April 24, 2018, attorney Pete T. Patterson filed an ex parte motion to withdraw as counsel for Defendants Thomas P. Tatham and PDP Management Group, LLC. (Doc. No. 62.) In his motion, Patterson states that he also represents a corporation called Hopewell Pilot Project, LLC in related litigation pending before the Southern District of

Texas. (Id.) Patterson states that in the course of litigating these cases, a potential conflict has arisen that requires Patterson to withdraw as counsel in both cases. (Id.)

The Court grants the motion in part and denies it without prejudice in part. Patterson may withdraw as counsel for Thomas P. Tatham, an individual, but the Court declines to permit Patterson to withdraw as counsel for PDP Management Group, LLC at this time. "It is a longstanding rule that '[c]orporations and other unincorporated associations must appear in court through an attorney.'" D-Beam Ltd. P'ship v. Roller Derby Skates, Inc., 366 F.3d 972, 973–74 (9th Cir. 2004) (footnote omitted) (quoting In re Am. W. Airlines, 40 F.3d 1058, 1059 (9th Cir. 1994)). The Court will thus not permit Patterson to withdraw from his representation of PDP Management Group, LLC until the company has obtained substitute counsel. See, e.g., Aqua Logic, Inc. v. Esealife, Inc., No. 07-cv-2119-H, 2008 WL 11337818, at *1 (S.D. Cal. June 20, 2008) (Huff, J.) (declining to permit law firm to withdraw from corporation's representation where no substitute counsel had been obtained).

Accordingly, the Court orders Defendant PDP Management Group, LLC to obtain substitute counsel on or before **June 1, 2018**. Patterson may renew his motion to withdraw once the Court has obtained contact information for PDP Management Group, LLC's new counsel.

**IT IS SO ORDERED.**

DATED: May 1, 2018

_____
Hon. Marilyn L. Huff
United States District Judge