**PANAKOS LAW, APC**
Aaron D. Sadock  (SBN 282131)
555 West Beech Street, Ste. 500
San Diego, California 92101
Telephone:   (619) 800-0529
Facsimile:    (866) 365-4856
Email: asadock@panakoslaw.com

**LAW OFFICES OF RICHARD E. NAWRACAJ**
**Richard Edward Nawracaj** *(Pro Hac Vice)*
155 N. Wacker Drive
Suite 4250
Chicago, IL 60606
312-803-4837
Email: rich.nawracaj@nawracaj-law.com

Attorneys for Plaintiff ENSOURCE INVESTMENTS LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>Defendants. | Case No.: 3:17-CV-00079-H-LL<br><br>**NOTICE OF MOTION AND MOTION BY PLAINTIFF ENSOURCE INVESTMENTS LLC FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>**Date: December 17, 2018**<br>**Time: 10:30 a.m.**<br>**Courtroom: 15A**<br><br>District Judge: Hon. Marilyn L. Huff<br>Magistrate Judge: Hon. Linda Lopez |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN pursuant to Rule 7.1(e) of the Local Rules of

Practice for the United States District Court for the Southern District of California that on **December 17, 2018 at 10:30 a.m.** in Courtroom 15-A of the Edward J. Schwartz United States Courthouse, located at 221 West Broadway, Third Floor, San Diego, California, Plaintiff ENSOURCE INVESTMENTS LLC ("Ensource") will, and hereby does, move the Court to issue an Order granting leave to file a First Amended Complaint. A copy of the proposed Amended Complaint is attached as Exhibit B to the Declaration of Bonnie E. McKnight herewith. A copy of the proposed Amended Complaint "redlined" is attached as Exhibit C to to the Declaration of Bonnie E. McKnight herewith.

     The motion will be made on the grounds pursuant to Federal Rule of Civil Procedure 15(a), seeking to add Hopewell-Pilot Project LLC as a nominal defendant, and add new claims and allegations, and granting the motion will be in furtherance of justice.

     The motion will be based on this notice, the memorandum of points and authorities, the proposed amended complaint, the declaration Bonnie E. McKnight, a copy of which is served and filed with this motion, and on the pleadings, papers, records, and files of this action.

DATED: November 16, 2018        PANAKOS LAW, APC

                                        By: /s/ Bonnie E. McKnight
                                        Attorney for Plaintiff
                                        ENSOURCE INVESTMENTS LLC