**PANAKOS LAW, APC**
Aaron D. Sadock (SBN 282131)
555 West Beech Street, Ste. 500
San Diego, California 92101
Telephone: (619) 800-0529
Facsimile: (866) 365-4856
Email: asadock@panakoslaw.com

**LAW OFFICES OF RICHARD E. NAWRACAJ**
**Richard Edward Nawracaj** *(Pro Hac Vice)*
155 N. Wacker Drive
Suite 4250
Chicago, IL 60606
312-803-4837
Email: rich.nawracaj@nawracaj-law.com

Attorneys for Plaintiff ENSOURCE INVESTMENTS LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>Defendants. | Case No.: 3:17-CV-00079-H-LL<br><br>**MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF MOTION BY PLAINTIFF ENSOURCE INVESTMENTS LLC FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>**Date: December 17, 2018**<br>**Time: 10:30 a.m.**<br>**Courtroom: 15A**<br><br>District Judge: Hon. Marilyn L. Huff<br>Magistrate Judge: Hon. Linda Lopez |

Plaintiff ENSOURCE INVESTMENTS LLC ("Ensource") hereby submits this Memorandum of Points & Authorities in support of its Motion for leave to file amended complaint as follows:

## I. INTRODUCTION

Plaintiff hereby respectfully seeks leave from this Court to amend its operative Complaint due to the recent Order issued by the United States Bankruptcy Court for the Southern District of Texas ("the Bankruptcy Court") and recent developments in discovery, seeking to add Hopewell-Pilot Project, LLC as a nominal defendant, adding alter ego allegations, and asserting claims regarding violations of California Business and Professions Code Section 17200 et seq. and intentional misrepresentation.

## II. PROCEDURAL BACKGROUND

Plaintiff filed its operative Complaint against Defendants Mark Willis, Thomas Tatham, Beyond Review, LLC ("Beyond Review"), Image Engine, LLC ("Image Engine"), Willis Group, LLC ("Willis Group"), Title Rover, LLC ("Title Rover"), and PDP Management, LLC ("PDP Management"), on January 13, 2017. Five months later, Hopewell-Pilot Project, LLC ("Hopewell") filed for Chapter 11 bankruptcy on May 4, 2017 and Defendant Title Rover, LLC ("Title Rover") filed Chapter 7 bankruptcy that same day, on May 4, 2017. *See* Declaration of Bonnie E. McKnight ("McKnight Decl."), ¶ 5. The automatic stay in the bankruptcy cases for Title Rover and Hopewell prevented Plaintiff from pursuing any relief against either Hopewell or Title Rover. McKnight Decl. ¶ 6.

However, most recently, on August 30, 2018, the Bankruptcy Court modified its automatic stay order, and ordered that Hopewell and Title Rover may now be included as nominal Defendants in this present action. The Order also allowed Plaintiff to conduct the relevant discovery with Hopewell and Title Rover. McKnight Decl. ¶ 7, **Ex. A**. Due to this new development in the Bankruptcy Court,

along with recent facts developed in discovery, Plaintiff desires to amend its Complaint accordingly. Thus, Plaintiff moves to seek leave from the Court to amend its Complaint. *See* McKnight Decl. 8, **Ex. B**, redlined copy attached to McKnight Decl. at 9, **Ex. C**.

### III.     ARGUMENT

#### A.     The Court Should Permit Plaintiff to File a First Amended Complaint

The Federal Rules of Civil Procedure require that such "leave shall be freely given when justice so requires." Fed. R.Civ.P. 15(a); *see also Gabrielson v. Montgomery Ward & Co.,* 785 F.2d 762, 765 (9th Cir. 1986) (there is a strong policy to permit the amending of pleadings); *Morongo Band of Mission Indians v. Rose,* 893 F.2d 1074, 1079 (9th Cir. 1990) (granting a leave to amend is to be applied with "extreme liberality").

The interests of justice will be duly served by allowing Plaintiff to amend its Complaint in light of the Southern District of Texas Bankruptcy Court's August 30, 2018 Order. Information obtained in discovery regarding Image Engine Beyond Review, and PDP Management supports alter ego allegations against these Defendants with Defendant Mark Willis and Defendant Tom Tatham, as Plaintiff has a good faith belief, based on this discovery, that Beyond Review and Image Engine are the alter egos of Defendant Mark Willis and PDP Management is the alter ego of Defendant Thomas Tatham. Furthermore, the newly proposed intentional misrepresentation and Business and Professions Code Section 17200 claims intertwine with Plaintiff's original 10(b)-5(b) and conversion claims, and the allegations supporting these newly proposed claims emulate Plaintiff's original claims and allegations. Thus, these new allegations will not greatly alter the nature of the litigation. Accordingly, the interests of justice promote the amending of Plaintiff's Complaint due to the developments in the Bankruptcy Court and

discovery in the present case. Therefore, for these reasons, and in the interests of justice, Plaintiff's motion for leave to amend its Complaint should be granted.

## IV.  CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant Plaintiff's Motion for Leave to File a First Amended Complaint.

DATED: November 16, 2018          PANAKOS LAW, APC

By: /s/ Bonnie E. McKnight
Attorney for Plaintiff
ENSOURCE INVESTMENTS LLC