# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC; a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; HOPEWELL-PILOT PROJECT, LLC, a Texas limited liability company; and DOES 1-50,<br><br>Defendants. | Case No.: 3:17-cv-00079-H-LL<br><br>**ORDER EXTENDING TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT** |

On February 15, 2019, Plaintiff Ensource Investments, LLC and Defendants Thomas P. Tatham ("Tatham") and PDP Management Group, LLC ("PDP") (collectively,

"Defendants") filed a joint motion for extension of time to file an answer. (Doc. No. 112.) As set forth in the May 1, 2018 order granting in part and denying in part motion to withdraw, PDP must appear in court through counsel. (Doc. No. 63.) Although Tatham can sign on his own behalf, as an individual pro se defendant, he cannot sign on behalf of PDP. The Court finds, however, that an extension of time to file an answer is appropriate under the circumstances of this case given that the parties are engaged in settlement negotiations. Accordingly, the Court orders that Defendants' answer to the first amended complaint is due on or before **March 1, 2019**.

**IT IS SO ORDERED.**

DATED: February 19, 2019

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT