SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
Shannon D. Sweeney, SBN 204868
E-mail: Sweeney@sullivanhill.com
600 B Street, Suite 1700
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

Attorneys for Defendants,
MARK A. WILLIS; BEYOND REVIEW, LLC;
IMAGE ENGINE, LLC; and WILLIS GROUP, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>Defendants. | CASE NO. 17CV0079 H LL<br><br>**WILLIS DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>DATE: December 9, 2019<br>TIME: 10:30 a.m.<br>JUDGE: Hon. Marilyn L. Huff |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** pursuant to Rule 7.1(e) of the Local Rules of Practice for the United States District Court for the Southern District of California and Rule 56(a) of the Federal Rules of Civil Procedure that on Monday, December 9,

2019, at 10:30 a.m. in Courtroom 15A of the James A. Carter and Judith N. Keep United States Courthouse, located at 333 West Broadway, San Diego, California 92101, Defendants Mark Willis, Image Engine, Beyond Review and the Willis Group (collectively, "the Willis Defendants") will, and hereby do, move for an order granting summary judgment or, in the alternative, summary adjudication, in favor of the Willis Defendants. The grounds for the Motion will be that:

1. The fraud claims (claims one and three) fail as a matter of law as to all the Willis Defendants as Plaintiff Ensource Investments LLC ("Ensource") cannot prove that it was defrauded by the Willis Defendants in connection with its decision to invest in Hopewell-Pilot Project LLC ("Hopewell"), a risky startup company formed to test a potential opportunity to find and purchase oil and gas leaseholds in Texas. There is no evidence that the Willis Defendants knowingly and recklessly made any material misrepresentations to Ensource, that Ensource reasonably or justifyingly relied on any misrepresentations, or that Ensource was damaged actually and proximately by any alleged misrepresentations.

2. The conversion claim (claim two) fails as a matter of law as to all the Willis Defendants because: (a) Ensource willingly gave its money to Hopewell in connection with an investment that it researched and chose to make; (b) the money was given by Ensource to Hopewell, not any of the Willis Defendants; and (c) money cannot be the subject of conversion absent exceptions not present here.

3. The Unfair Competition Law claim (claim four) fails as a matter of law as to all the Willis Defendants because such statute is inapplicable to transactions involving the purchase of securities.

The Motion will be based upon:

1. This Notice of Motion and Motion;

2. The Memorandum of Points and Authorities in support of the Willis Defendants' Motion for Summary Judgment or, In the Alternative, Summary Adjudication;

3. The Declaration of Shannon Sweeney in support of the Willis Defendants' Motion for Summary Judgment or, In the Alternative, Summary Adjudication, and all the exhibits attached thereto;

4. The Declaration of Mark A. Willis in support of the Willis Defendants' Motion for Summary Judgment or, In the Alternative, Summary Adjudication;

5. any cross-motion, opposition, reply, surreply, or supplemental papers submitted in connection with the Motion;

6. any evidentiary objections submitted in support of the Motion;

7. any proposed orders, tentative rulings, orders, or ruling filed or entered in connection with the Motion;

8. the pleadings, papers, or orders filed, served, and/or entered, and the proceedings to date, in this action and/or any related action(s);

9. proof of service of the foregoing pleadings, papers and orders;

10. any matters of which the Court may or must take judicial notice;

11. the comments and arguments of counsel and any evidence submitted at any oral hearings conducted in connection with the Motion; and

12. such and other further matters as are just and proper.

Dated:   October 29, 2019        SULLIVAN HILL REZ & ENGEL
                                 A Professional Law Corporation


                                 By:   */s/ Shannon D. Sweeney*
                                       Shannon D. Sweeney
                                       Attorneys for Defendants,
                                       MARK A. WILLIS; BEYOND REVIEW, LLC; IMAGE ENGINE, LLC; and WILLIS GROUP, LLC