SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
Shannon D. Sweeney, SBN 204868
E-mail: Sweeney@sullivanhill.com
600 B Street, Suite 1700
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

Attorneys for Defendants,
MARK A. WILLIS; BEYOND REVIEW, LLC;
IMAGE ENGINE, LLC; and WILLIS GROUP, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>Defendants. | CASE NO. 17CV0079 H LL<br><br>**DECLARATION OF SHANNON D. SWEENEY IN SUPPORT OF WILLIS DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>DATE: December 9, 2019<br>TIME: 10:30 a.m.<br>JUDGE: Hon. Marilyn L. Huff |

I, Shannon D. Sweeney, declare as follows:

1. I am an attorney duly admitted to practice before this court. I am a shareholder in the law firm of Sullivan Hill Rez & Engel, A Professional Law Corporation, counsel of record for Defendants, MARK A. WILLIS; BEYOND

REVIEW, LLC; IMAGE ENGINE, LLC; and WILLIS GROUP, LLC. (the "Willis Defendants"). I make this declaration based on matters within my personal knowledge, and if called, would and could testify to the matters stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of the Hopewell-Pilot Project, LLC Private Placement Memorandum, which was provided to Ensource members to solicit the investment in Hopewell. For the Court's convenience, I have highlighted portions of this document in yellow.

3. Attached hereto as Exhibit B is a true and correct copy of Hopewell-Pilot Project, LLC Subscription Booklet for Initial Additional Equity Shares dated May 31, 2016, which was provided to Ensource members to solicit the investment in Hopewell.

4. Attached hereto as Exhibit C is a true and correct copy of the original Amended and Restated Company Agreement of Hopewell-Pilot Project, LLC, which was provided to Ensource members to solicit the investment in Hopewell. For the Court's convenience, I have highlighted portions of this document in yellow.

5. Attached hereto as Exhibit D is a true and correct copy of the Third Amended and Restated Company Agreement of Hopewell-Pilot Project, LLC dated September 1, 2016 (Final Version, fully executed). For the Court's convenience, I have highlighted portions of this document in yellow.

6. Attached hereto as Exhibit E is a true and correct copy of Hopewell-Pilot Project, LLC Schedule of Consulting and Contractor Agreements, which was provided to Ensource in the due diligence data room.

7. Attached hereto as Exhibit F is a true and correct copy of Excerpts from the Rule 30(b)(6) deposition of Justin Pannu ("Pannu"), taken on October 29, 2018.

8. Attached hereto as Exhibit G is a true and correct copy of a June 7, 2016 email from Thomas Tatham ("Tatham") to Mark Willis' assistant regarding Solicitation Documents to be provided to Chad Martin, EnSource member, along with

the attachments.

9. Attached hereto as Exhibit H is a true and correct copy of an August 16, 2016 email from Pannu to Tatham regarding due diligence lists. For the Court's convenience, I have highlighted portions of this document in yellow.

10. Attached hereto as Exhibit I is a true and correct copy of an August 23, 2016 email from Pannu to Tatham regarding follow up to due diligence queries. For the Court's convenience, I have highlighted portions of this document in green.

11. Attached hereto as Exhibit J is a true and correct copy of late August 2016 due diligence questions from Richard Nawracaj ("Nawracaj"), EnSource's counsel, with answers provided by Tatham.

12. Attached hereto as Exhibit K is a true and correct copy of a September 12, 2016 email from Nawracaj to Tatham regarding the terms of the Promissory Note and bridge loan. For the Court's convenience, I have highlighted portions of this document in yellow.

13. Attached hereto as Exhibit L is a true and correct copy of the Second Amended and Restated Company Agreement of Title Rover, LLC effective September 1, 2016 (Final Version, fully executed).

14. Attached hereto as Exhibit M is a true and correct copy of the September 29, 2016 Hopewell-Pilot Project, LLC Initial Additional Equity Shares Subscription Agreement executed by Justin Pannu, Manager of EnSource Investments, LLC (Final Version, fully executed). For the Court's convenience, I have highlighted portions of this document in yellow.

15. Attached hereto as Exhibit N is a true and correct copy of the September 29, 2016 Share Exchange Warrant to EnSource Investments, LLC for common shares of Title Rover, LLC.

16. Attached hereto as Exhibit O is a true and correct copy of an October 27, 2016 email from Tatham to Nawracaj attaching the fully executed Exchange Warrant

1 to be held by Ensource for use at its discretion. This option was never exercised. For
2 the Court's convenience, I have highlighted portions of this document in yellow.

3   17.   Attached hereto as Exhibit P is a true and correct copy of the December 7, 2016 Hopewell-Pilot Project, LLC Progress Report as of November 30, 2016. For the Court's convenience, I have highlighted portions of this document in yellow.

6   18.   Attached hereto as Exhibit Q is a true and correct copy of a December 8, 2016 email from Tatham to Pannu providing answers to questions about the Hopewell-Pilot Project, LLC Progress Report.

9   19.   Attached hereto as Exhibit R is a true and correct copy of a December 8, 2016 email from Pannu to Willis saying he is "ok" with the Hopewell-Pilot Project, LLC progress report. For the Court's convenience, I have highlighted portions of this document in yellow.

13   20.   Attached hereto as Exhibit S is a true and correct copy of a December 8, 2016 email from Pannu to Cliff Sharp (EnSource member) saying that he is "not so worried" about the Hopewell-Pilot Project, LLC progress report. For the Court's convenience, I have highlighted portions of this document in yellow.

17   21.   Attached hereto as Exhibit T is a true and correct copy of an August 8, 2016 email from Tom Tatham regarding the Hopewell-Pilot Project, LLC Private Placement with Pannu carbon copied. For the Court's convenience, I have highlighted portions of this document in yellow.

21   22.   Attached hereto as Exhibit U is a true and correct copy of an August 29, 2016 email discussion between Pannu to Tatham regarding the Title Rover, LLC Amended and Restated Operating Agreement. For the Court's convenience, I have highlighted portions of this document in green.

25   23.   Attached hereto as Exhibit V is a true and correct copy of the Title Rover, LLC Preliminary Business & Exploitation Plan, June 2016, which was provided to Ensource in the due diligence data room. For the Court's convenience, I

have highlighted portions of this document in yellow.

24. Attached hereto as Exhibit W is a true and correct copy of an August 2, 2016 email from Tatham to several members of Ensource attaching Solicitation Documents.

25. Attached hereto as Exhibit X is a true and correct copy of an August 27, 2016 email from Pannu to Tatham. For the Court's convenience, I have highlighted portions of this document in yellow.

26. Attached hereto as Exhibit Y is a true and correct copy of a September 2, 2016 email from Pannu to Tatham confirming that the Hopewell investment will happen only after the company agreements are revised (and attaching a partially executed Subscription Agreement, revised to reflect the contingency).

27. Attached hereto as Exhibit Z is a true and correct copy of a September 8, 2016 email from Willis to Pannu asking for quick investment so tech commitments can be met. For the Court's convenience, I have highlighted portions of this document in yellow.

28. Attached hereto as Exhibit AA is a true and correct copy of a September 30, 2016 email chain between Tatham and Pannu reflecting Ensource's decision to invest $530,000 and sign the Subscription Agreement. For the Court's convenience, I have highlighted portions of this document in yellow.

29. Attached hereto as Exhibit BB is a true and correct copy of The Hopewell General Ledger as of December 31, 2016. Each of Ensource's investment deposits are reflected in this document (see page 3). For the Court's convenience, I have highlighted portions of this document in yellow.

30. Attached hereto as Exhibit CC is a true and correct copy of an email chain ending on October 28, 2016 email from Willis to Pannu informing him that the payment was needed to meet "budgeted commitments."

31. Attached hereto as Exhibit DD is a true and correct copy of the Hopewell

Term Sheet, which was provided to Pannu via email from Tatham on July 9, 2016 (attached). For the Court's convenience, I have highlighted portions of this document in yellow.

32. Attached hereto as Exhibit EE is a true and correct copy of an email chain between Pannu and Tatham confirming that funds were transferred via wire from Ensource to Hopewell's bank account. For the Court's convenience, I have highlighted portions of this document in yellow.

33. Attached hereto as Exhibit FF is a true and correct copy of an October 26, 2016 email from Willis to Pannu informing him that the payment was needed to meet "commitments that [Hopewell had] budgeted for accordingly." For the Court's convenience, I have highlighted portions of this document in yellow.

34. Attached hereto as Exhibit GG is a true and correct copy of an August 18, 2016 email discussion between Tatham and Pannu, wherein Tatham answered Pannu's questions about monthly operational expenses. For the Court's convenience, I have highlighted portions of this document in green.

35. Attached hereto as Exhibit HH is a true and correct copy of an August 31, 2016 email from Tatham to Ensource member Jerome Johns, attaching pro formas. For the Court's convenience, I have highlighted portions of this document in yellow.

36. Attached hereto as Exhibit II is a true and correct copy of an internal Title Rover email discussion regarding offering two-year equity positions to key technical employees.

37. Attached hereto as Exhibit JJ is a true and correct copy of Excerpts from the deposition of Willis, taken on June 27, 2019.

38. Attached hereto as Exhibit KK is a true and correct copy of the Memorandum of Agreement between Hopewell and Title Rover, dated April 4, 2016. For the Court's convenience, I have highlighted portions of this document in yellow.

39. Attached hereto as Exhibit LL is a true and correct copy of a September

1  12, 2016 email from Willis to Pannu.

2      40.    Attached hereto as Exhibit MM are true and correct copies of the 2016
3  Beyond Review and Image Engine invoices to Hopewell for services provided.

4      I declare under penalty of perjury under the laws of the State of California that
5  the foregoing is true and correct.

6      Executed this 29th day of October 2019 at San Diego, California.

*s/ Shannon D. Sweeney*
Shannon D. Sweeney, Esq.