SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
Shannon D. Sweeney, SBN 204868
Sweeney@sullivanhill.com
600 B Street, Suite 1700
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

Attorneys for Defendants:
MARK A. WILLIS; BEYOND REVIEW, LLC; IMAGE ENGINE, LLC; and WILLIS GROUP, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>Defendants. | CASE NO. 3:17-cv-79-H-LL<br><br>**PROOF OF SERVICE** |

I am employed in the City and County of San Diego by the law firm of Sullivan Hill Rez & Engel, 600 B Street, Suite 1700, San Diego, California 92101. My electronic notification address is saurer@sullivanhill.com. I am over the age of 18 and not a party to this action.

On October 29, 2019, I served the attached document(s):

1. **WILLIS DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**

406931-v1

2. **WILLIS DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**

3. **DECLARATION OF SHANNON D. SWEENEY IN SUPPORT OF WILLIS DEFENDANTS' MOTION FO RSUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**

4. **DECLARATION OF MARK A WILLIS IN SUPPORT OF WILLIS DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**

on the parties, through their attorneys of record, by placing copies thereof in sealed envelopes (except for facsimile or e-mail transmission), addressed as shown below, for service as designated below:

☒ **BY ELECTRONIC SERVICE VIA CM/ECF:** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below::

- **Veronica McKnight**
  bmcknight@panakoslaw.com
- **Richard Edward Nawracaj**
  rich.nawracaj@nawracaj-law.com
- **Pete T Patterson**
  pete@pyllp.com,jennifer@pyllp.com
- **Aaron David Sadock**
  aking@panakoslaw.com,asadock@panakoslaw.com
- **Shannon D Sweeney**
  sweeney@sullivanhill.com,saurer@sullivanhill.com,james@sullivanhill.com,barber@sullivanhill.com

☒ **BY ELECTRONIC MAIL.** The recipient's name and electronic mail address to which I transmitted the foregoing documents is set forth below. A printed form of this Proof of Service bearing my original signature is available for inspection and copying on the request of the Court or any party to this action or proceeding. My electronic notification address is set forth above.

Thomas P. Tatham                                              *Defendant Pro Se*
1326 Rutland Street
Houston, TX 77008
E-mail: tpt@lngpartners.com

406931-v1

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 29, 2019 at San Diego, California.

*/s/ Jennifer Saurer*
Jennifer Saurer

406931-v1