**PANAKOS LAW, APC**
Aaron D. Sadock (SBN 282131)
555 West Beech Street, Ste. 500
San Diego, California 92101
Telephone:   (619) 800-0529
Facsimile:    (866) 365-4856
Email: asadock@panakoslaw.com

Attorney for Plaintiff ENSOURCE INVESTMENTS LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>Defendants. | Case No.: 3:17-CV-00079-H-LL<br><br>**PLAINTIFF ENSOURCE INVESTMENTS LLC'S FED R. CIV P. RULE 26(a)(3) PRETRIAL DISCLOSURES**<br><br>Magistrate Judge: Hon. Linda Lopez<br>District Judge: Hon. Marilyn L. Huff<br>Courtroom: 15A<br>Action filed: January 13, 2017 |

## **PLAINTIFFS' PRETRIAL DISCLOSURES**

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and the Amending Scheduling Order of the Court dated August 19, 2019, Plaintiff ENSOURCE INVESTMENTS LLC hereby makes the following disclosures.

I. **WITNESSES**

A. <u>Witnesses/Affiants Plaintiff Expects to Present</u>

1. Justin Pannu - This witness's address and telephone number have previously been provided.
2. Chad Martin - This witness's address and telephone number have previously been provided.
3. Edgar Clifford Sharp III - This witness's address and telephone number have previously been provided.
4. Jerome Johns - This witness's address and telephone number have previously been provided.
5. Jeffrey D. Merola- This witness's address and telephone number have previously been provided.
6. James P. Dibble- This witness's address and telephone number have previously been provided.
7. Mark A. Willis, c/o Willis Defendants' counsel Shannon D. Sweeney, Ph: 619-595-3206, Sullivan Hill Lewin Rez & Engel APLC, 600 B Street, Suite 1700 San Diego, CA 92101
8. Thomas Tatham, Ph: 713 504-7199, 621 E. 22nd St. Suite C Houston, TX 77008
9. Joseph Haynes, Ph. 703-554-3432, 43807 Lees Mill Sq., Leesburg, VA 20176-3826
10. Susan Willard-Killen, Ph: 978-460-7635, 56 Whitman Street, Stow, MA 01775
11. Brent Stanley, Ph: (617) 455-8184, 10631 Overbrook Lane, Houston TX 77042
12. John Martin, Ph: (346) 901-6233 (last known), 88 J M Burge Road, Hattiesburge, MS 39402
13. Jason Frankovitz, Ph: 888-959-9639, Quandary Peak Research, Inc.

205 S. Broadway, Suite 300 Los Angeles, CA 90012 (expert witness)

B. <u>Witnesses Plaintiff May Call if the Need Arises</u>

1. Plaintiff may and hereby does reserve the right to call as witnesses the Parties to this lawsuit and/or their authorized representatives, including but not limited to the following individuals listed in section A above.

C. <u>Deposition Designations</u>

1. Plaintiff designates the following witnesses whose testimony may be presented by deposition, but Plaintiff is in the process of determining which witness Plaintiff may call, and reserves the right call any of the witnesses below via live testimony.

   (a) Brent Stanley
   (b) Susan Willard
   (c) Joseph Haynes

II. **EXHIBITS**

A. Plaintiffs' Identification of Exhibits Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(iii) can be found in the attached Exhibit A.

Respectfully submitted,

Dated: November 1, 2019                **PANAKOS LAW APC**

                                       By:  /s/ Aaron D. Sadock
                                            Aaron D. Sadock, Esq.
                                            Attorney for Plaintiff
                                            Ensource Investments LLC