# EXHIBIT A

Ensource Investments LLC vs. **Thomas P. Tatham, et al.**
Case No. 17CV0079 H LL
**Willis Defendants' Exhibits**

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| A | | | Hopewell-Pilot Project, LLC Private Placement Memorandum which was provided to EnSource members to solicit the investment in Hopewell. |
| B | | | Hopewell-Pilot Project, LLC Subscription Booklet for Initial Additional Equity Shares dated May 31, 2016, which was provided to EnSource members to solicit the investment in Hopewell. |
| C | | | The original Amended and Restated Company Agreement of Hopewell-Pilot Project, LLC, which was provided to EnSource members to solicit the investment in Hopewell. |
| D | | | Amended and Restated Company Agreement of Hopewell-Pilot Project, LLC Dated September 1, 2016, Final Version, fully executed |
| E | | | Hopewell-Pilot Project, LLC Schedule of Consulting and Contractor Agreements, which was provided to EnSource in the due diligence data room. |
| F | | | Excerpts from the Rule 30(b)(6) deposition of Justin Pannu ("Pannu"), taken on October 29, 2018. |
| G | | | June 7, 2016 email from Thomas Tatham ("Tatham") to Mark Willis' assistant regarding Solicitation Documents to be provided to Chad Martin, EnSource member, along with the attachments. |
| H | | | August 16, 2016 email from Justin Pannu ("Pannu") to Tatham regarding due diligence lists. |
| I | | | August 23, 2016 email from Pannu to Tatham regarding follow up to due diligence queries |
| J | | | late August 2016 due diligence questions from Richard Nawracaj ("Nawracaj"), EnSource's counsel, with answers provided by Tatham |

Ensource Investments LLC vs. **Thomas P. Tatham, et al.**
Case No. 17CV0079 H LL
**Willis Defendants' Exhibits**

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| K | | | September 12, 2016 email from Nawarcaj to Tatham regarding the terms of the Promissory Note and bridge loan |
| L | | | Second Amended and Restated Company Agreement of Title Rover, LLC effective September 1, 2016 (Final Version, fully executed) |
| M | | | September 29, 2016 Hopewell-Pilot Project, LLC Initial Additional Equity Shares Subscription Agreement executed by Justin Pannu, Manager of EnSource Investments, LLC (Final Version, fully executed) |
| N | | | September 29, 2016 Share Exchange Warrant to EnSource Investments LLC for common shares of Title Rover LLC |
| O | | | October 27, 2016 email from Tatham to Nawracaj attaching the fully executed Exchange Warrant to be held by EnSource for use at its discretion. This option was never exercised |
| P | | | December 7, 2016 Hopewell-Pilot Project LLC Progress Report as of November 30, 2016 |
| Q | | | December 8, 2016 email from Tatham to Pannu providing answers to questions about the Hopewell-Pilot Project, LLC Progress Report |
| R | | | December 8, 2016 email from Pannu to Willis saying he is "ok" with the Hopewell-Pilot Project, LLC progress report |
| S | | | December 8, 2016 email from Pannu to Cliff Sharp (EnSource member) saying that he is "not so worried" about the Hopewell-Pilot Project, LLC progress report |
| T | | | August 8, 2016 email from Tom Tatham regarding the Hopewell-Pilot Project, LLC Private Placement with Pannu carbon copied |

Ensource Investments LLC vs. **Thomas P. Tatham, et al.**
Case No. 17CV0079 H LL
Willis Defendants' Exhibits

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| U | | | August 29, 2016 email discussion between Pannu and Tatham regarding the Title Rover, LLC Amended and Restated Operating Agreement |
| V | | | The Title Rover, LLC Preliminary Business & Exploitation Plan, June 2016, which was provided to EnSource in the due diligence data room |
| W | | | August 2, 2016 email from Tatham to several members of EnSource attaching Solicitation Documents |
| X | | | August 27, 2016 email from Pannu to Tatham |
| Y | | | September 2, 2016 email from Pannu to Tatham confirming that the Hopewell investment will happen only after the company agreements are revised (and attaching a partially executed Subscription Agreement, revised to reflect the contingency) |
| Z | | | September 8, 2016 email from Willis to Pannu asking for quick investment so tech commitments can be met |
| AA | | | September 30, 2016 email chain between Tatham and Pannu reflecting EnSource's decision to invest $530,000 and sign the Subscription Agreement |
| AB | | | The Hopewell General Ledger as of December 31, 2016 |
| AC | | | An email chain ending on October 28, 2016 email from Willis to Pannu informing him that the payment was needed to meet "budgeted commitments." |
| AD | | | The Hopewell Term Sheet, which was provided to Pannu via email from Tatham on July 9, 2016 (attached) |
| AE | | | An email chain between Pannu and Tatham confirming that funds were transferred via wire from EnSource to Hopewell's bank account |

Ensource Investments LLC vs. **Thomas P. Tatham, et al.**
Case No. 17CV0079 H LL
**Willis Defendants' Exhibits**

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| AF | | | October 26, 2016 email from Willis to Pannu informing him that the payment was needed to meet "commitments that [Hopewell had] budgeted for accordingly." |
| AG | | | August 18, 2016 email discussion between Tatham and Pannu, wherein Tatham answered Pannu's questions about monthly operational expenses |
| AH | | | August 31, 2016 email from Tatham to EnSource member Jerome Johns, attaching pro formas |
| AI | | | Internal Title Rover email discussion regarding offering two-year equity positions to key technical employees |
| AJ | | | Excerpts from the deposition of Willis, taken on June 27, 2019. |
| AK | | | Memorandum of Agreement between Hopewell and Title Rover, dated April 4, 2016 |
| AL | | | September 12, 2016 email from Willis to Pannu |
| AM | | | True and correct copies of the 2016 Beyond Review and Image Engine invoices to Hopewell for services provided |
| AN | | | March 29, 2016 Hopewell-Pilot Project, LLC is formed |
| AO | | | June 23, 2016 email from Chad Martin ("Martin") to Mark Willis ("Willis") regarding potential investors |
| AP | | | July 9, 2016 email from Tatham to Pannu regarding Hopewell Private Placement with attached Confidentiality and Non-Compete Agreement and Term Sheet with attached Exchange |
| AQ | | | July 12, 2016 email from Tatham to Pannu regarding attached Executive Summary for Hopewell-Pilot Project, LLC |

Ensource Investments LLC vs. **Thomas P. Tatham, et al.**
Case No. 17CV0079 H LL
**Willis Defendants' Exhibits**

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| AR | | | July 22, 2016 email from Pannu to Tatham regarding attached Non-Compete for Hopewell-Pilot Project, LLC signed by Pannu |
| AS | | | August 2, 2016 email from Tatham to several EnSource members regarding formation of special purpose entity to invest with attached Hopewell subscription documents |
| AT | | | August 8, 2016 email from Tatham to Robert Humphrey ("Humphrey") and cc to Pannu regarding private placement, purpose of company and attaching solicitation documents (email only) |
| AU | | | August 15, 2016 email from Pannu to Willis regarding revisions to Non-Compete document |
| AV | | | August 15, 2016 Pannu's executed Non-Compete Agreement |
| AW | | | August 17, 2016 email string (including August 16, 2016 emails) regarding Pannu's attached due diligence lists. |
| AX | | | August 19, 2016 email from Tatham to Pannu, cc-Nawracaj, and other EnSource parties regarding data rooms |
| AY | | | August 20, 2016 email from Tatham to Pannu regarding Due Diligence List - Drop Box or Online Data Room attaching due diligence lists |
| AZ | | | August 23, 2016 email from Tatham to Pannu regarding answers to due diligence questions from Pannu on August 22, 2016 |
| BA | | | June 30, 2016 - Title Rover, LLC Memo to File Terms to be provided in an Amended and Restated Company Agreement |
| BB | | | August 24, 2016 email from Tatham to Pannu regarding follow up to due diligence queries and further clarification |
| BC | | | August 24 email from Pannu to Tatham regarding the phone call about dilution |

Ensource Investments LLC vs. **Thomas P. Tatham, et al.**
Case No. 17CV0079 H LL
Willis Defendants' Exhibits

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| BD | | | August 26, 2016 email from Tatham to Jerome Johns ("Johns") regarding Title Rover Dilution Issues |
| BE | | | August 30, 2016 email from Tatham to Pannu regarding Title Rover Amended and Restated OA - Comments |
| BF | | | August 31, 2016 email from Pannu to Johns regarding company vs. operating agreement - proforma |
| BG | | | September 2, 2016 email from Tatham to Nawracaj regarding proposed language to address and resolve CP's with attached proposed changes to Title Rover company agreement |
| BH | | | September 6, 2016 email from Pannu to Tatham and Nawracaj regarding conference call to discuss financing from SMW Group |
| BI | | | September 6, 2016 email from Nawracaj to Tatham regarding EnSource subscription agreement (withdrawn) |
| BJ | | | September 8, 2016 email from Michelle Johnson to Willis, Pannu Johns and Nawracaj for conference call with Mark Willis |
| BK | | | September 9, 2016 email from Pannu to Willis regarding summary of September 8, 2016 phone call |
| BL | | | September 12, 2016 email from Michelle Johnson to Pannu, Willis re: call with Mark Willis |
| BM | | | September 13, 2016 email from Pannu to Willis regarding funding asap and EnSource account is being opened |
| BN | | | September 13, 2016 email from Pannu to Willis regarding EnSource articles received from Delaware |
| BO | | | September 13, 2016 email from Pannu to Tatham regarding Hopewell bridge loan executed security agreement attached |

Ensource Investments LLC vs. **Thomas P. Tatham, et al.**
Case No. 17CV0079 H LL
Willis Defendants' Exhibits

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| BP | | | September 23, 2016 email from Tatham to Pannu regarding increase in subscription amount |
| BQ | | | September 29, 2016 email from Pannu to Tatham regarding Subscription amount reduced by $100,000 |
| BR | | | September 29, 2016 email from Pannu to Tatham regarding EnSource Subscription agreement with attached agreement |
| BS | | | October 28, 2016 email from Pannu to Tatham regarding Oct 28 subscription payment confirmation |
| BT | | | November 11, 2016 email from Tatham to Nawracaj regarding Oct 28 subscription payment - send exchange warrant |
| BU | | | December 8, 2016 email from Tatham to Pannu regarding answers to questions about November 30, 2016 Progress Report |
| BV | | | December 14, 2016 email from Tatham to Pannu regarding Hopewell Information request for financials |
| BW | | | December 16, 2016 email from Pannu to Willis regarding response to requests for financial information and WebEx presentation |
| BX | | | December 16, 2016 email from Nawracaj to Willis regarding attached letter regarding EnSource not required to fund final $100,000 in subscription agreement |
| BY | | | December 18, 2016 email from Nawracaj to Willis regarding Nawracaj role as legal counsel to EnSource |
| BZ | | | December 19, 2016 email from Willis to Nawracaj regarding Nawracaj role and request to refrain from contacting Willis or his team members. |
| CA | | | December 20, 2016 email from Tatham to Nawracaj regarding personal inspection of books and records |
| CB | | | December 28, 2016 email from Tatham to Nawracaj regarding unaudited financials |

Ensource Investments LLC vs. **Thomas P. Tatham, et al.**
Case No. 17CV0079 H LL
Willis Defendants' Exhibits

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| CC | | | December 30, 2016 email from Nawracaj to Tatham regarding final subscription payment |
| CD | | | January 6, 2017 email from Johns to Willis regarding phone call with Willis |
| CE | | | August 29, 2016 State of Delaware LLC Certificate of Formation for EnSource Investments, LLC |
| CF | | | Limited Liability Company Agreement of EnSource Investments LLC dated August 29, 2016 |
| CG | | | First Amended Limited Liability Company Agreement of EnSource Investments LLC dated August 29, 2017 |
| CH | | | Hopewell-Pilot Project, LLC Term Sheet for Oil, Gas & Mineral Lease Acquisition Facility SMW Investments I, LLC, Grant E. Sims, & related entities August 26, 2016 |
| CI | | | Company Agreement of Hopewell-Pilot Project, LLC dated March 29, 2016 |
| CJ | | | Justin Pannu Deposition Exhibit 35 - December 8, 2016 email from Pannu to Willis regarding Tom clarified questions on Progress report |
| CK | | | Justin Pannu Deposition Exhibit 36 - December 8, 2016 email from Cliff Sharp to Pannu Progress report of November 30, 2016 questions |
| CL | | | Mark Willis Deposition Exhibit 3 - Private Placement Memorandum - Executive Summary only |
| CM | | | Mark Willis Deposition Exhibit 4 - Email from Tatham to Stanley regarding "Are the wires going out today" |
| CN | | | Mark Willis Deposition Exhibit 5 - Texts between Chad Martin and Mark Willis; pgs. 41/146 through 61/146 |

Ensource Investments LLC vs. **Thomas P. Tatham, et al.**
Case No. 17CV0079 H LL
Willis Defendants' Exhibits

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| CO | | | Mark Willis Deposition Exhibit 6 - Data Mining for Mineral Resource Investigations dated July 25, 2016 for Title Rover, LLC |
| CP | | | Mark Willis Deposition Exhibit 7 - Hopewell Transactions by Account as of May 4, 2017 |
| CQ | | | Susan Willard Deposition Exhibit 4 - August 30, 2016 email from Tatham to Nawracaj regarding proposed equity to SLX key employees |
| CR | | | Susan Willard Deposition Exhibit 6 - April 29, 2019 confidentiality agreement between Willard and parties to Ensource v. Tatham, et al. |
| CS | | | Susan Willard Deposition Exhibit 7 - Substantia Logix Statement of Work for Data Services presented to Mark Willis on March 8, 2016 |
| CT | | | Susan Willard Deposition Exhibit 8 - March 3, 2017 email from Tatham to Michelle Johnson regarding phone call with Substantia Logix payment status |
| CU | | | Susan Willard Deposition Exhibit 9 - Substantia Logix - The Fusion of Due Diligence + e-Discovery Expertise marketing brochure |
| CV | | | Susan Willard Deposition Exhibit 10 - Susan Willard Curriculum Vitae |
| CW | | | Statement of Work for Data Services presented to Title Rover, LLC on March 8, 2016 |
| CX | | | June 24, 2016 Development Plan and Statement of Work between Willis Group US And Beyond Recognition |
| CY | | | Brent Stanley Curriculum Vitae |
| CZ | | | March 29, 2016 Independent Contractor Agreement between Title Rover and Brent Stanley |

Ensource Investments LLC vs. **Thomas P. Tatham, et al.**
Case No. 17CV0079 H LL
Willis Defendants' Exhibits

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| DA | | | June 24, 2016 General Summary of Pertinent Terms in the Certain Settlement agreement as such agreement relates to Title Rover |
| DB | | | Substantia Logix Bank Records |
| DC | | | August 26, 2016 email from Tatham to Brent Stanley ("Stanley") regarding follow up diligence queries - Tittle Rover dilution issues |
| DD | | | July 27, 2016 email from Tatham to Stanley regarding Webinar Dates for Title Rover presentation |
| DE | | | December 22, 2016 email from Tatham to Stanley regarding Balance due Image Engine; Title Rover Options |
| DF | | | March 2, 2017 email from Tatham to Stanley regarding Payment Status |
| DG | | | October 27, 2016 email from Stanley to Willis and Tatham regarding agenda for scheduled call |
| DH | | | August 23, 2016 email from Stanley to Willis regarding Statement of Work for Beyond Review |
| DI | | | April 22, 2016 email from Willis to Stanley regarding Future work with the Walk About System |
| DJ | | | July 27, 2016 email from Stanley to Willis regarding Updated meeting space: Title Rover Overview |
| DK | | | July 27, 2016 Calendar Note for Webex from Stanley |
| DL | | | August 24, 2016 email from Pannu to Tatham regarding follow up diligence queries - Intellectual Property |
| DM | | | November 1, 2016 email from Stanley to Tatham regarding Joe's analysis of the BR deliverable |
| DN | | | Undated - Preliminary Report on BR Extraction Data |
| DO | | | Substantia Logix - Joseph Haynes Curriculum Vitae |

Ensource Investments LLC vs. **Thomas P. Tatham, et al.**
Case No. 17CV0079 H LL
**Willis Defendants' Exhibits**

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| DP | | | November 20, 2017 email from Tatham to Jennifer Burkhardt regarding Quote for portal development |
| DQ | | | Deposition Transcript of Justin Pannu taken October 29, 2018 |
| DR | | | Meridian Circle Advisors Firm Overview & Credentials |
| DS | | | Independent Contractor Agreement dated March 29, 2016 between Title Rover, LLC and Brent G. Stanley |
| DT | | | Technology Utilization and Intellectual Property Version 1.0 dated August 23, 2016 |
| DU | | | Title Rover, LLC Schedule of Corporate Information |
| DV | | | Data Mining for Mineral Resource Investigations; Capabilities Summary and Technical Overview August 19, 2016 |
| DW | | | 2016 Cash Forecast |
| DX | | | March 2, 2017 email from Stanley to Tatham regarding Payment Status |
| DY | | | April 4, 2016 Company Agreement of Title Rover, LLC |
| DZ | | | April 16, 2016 email from Tatham to Haynes w/Stanley and Willis cc'd regarding Expansion of Database |
| FA | | | April 16, 2016 email from Greg Kane to Tatham regarding Site Name |
| FB | | | April 16, 2016 email from Susan Willard to Tatham (Haynes, Stanley and Willis cc'd) regarding Susan Willard's WebEx Meeting |
| FC | | | April 19, 2016 Title Rover Web Portal user Guide Version 1.0 |
| FD | | | April 23, 2016 email from Haynes to Stanley and Tatham, Willis cc'd, regarding Tobin/Tiger maps |
| FE | | | May 2, 2016 email from Stanley to Willis and Tatham regarding Guidelines for indexing Unit Instruments |
| FF | | | May 8, 2016 email from Kane to Tatham, Willis regarding Timesheet notification |

Ensource Investments LLC vs. **Thomas P. Tatham, et al.**
Case No. 17CV0079 H LL
Willis Defendants' Exhibits

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
| --- | --- | --- | --- |
| FG | | | May 10, 2016 email from Stanley to Willis regarding BR progress on Unit Dec indexing task |
| FH | | | May 10, 2016 email from Haynes to Stanley regarding Barrett Family property in Madison database |
| FI | | | May 20, 2016 email from Stanley to Tatham, Willis regarding Most recent Madison records |
| FJ | | | May 23, 2016 email from Tatham to John Nghiem (Meridian Circle Advisors) regarding Mark up of engagement letter |
| FK | | | May 25, 2016 email from Haynes to Stanley, Tatham, Willis regarding Extracted Surveys and Abstracts |
| FL | | | June 1, 2016 email from Tatham to Michelle Johnson / Willis cc'd regarding Subscription Documents in proper order to be pdf'd for transmission to prospective investors |
| FM | | | June 2, 2016 email from Tatham to Willis regarding Madison Updates |
| FN | | | June 6, 2016 email from Tatham to Willis regarding pending funding and current obligations |
| FO | | | June 26, 2016 email from Stanley to Tatham regarding Title Rover preliminary Business & Exploitation plan |
| FP | | | June 27, 2016 email from Stanley to Joe Haynes ("Haynes"), Tatham, Willis is cc'd regarding Work Plan for BR |
| FQ | | | June 28, 2016 email from Jeff Firestone (Meridian Circle Advisors) to Willis regarding Hopewell follow-up, moving forward |
| FR | | | June 28, 2016 email from John Nghiem to Tatham regarding Hopewell Transaction, new conversion feature |
| FS | | | June 30, 2016 Amended and Restated Company Agreement of Title Rover, LLC |

Ensource Investments LLC vs. **Thomas P. Tatham, et al.**
Case No. 17CV0079 H LL
Willis Defendants' Exhibits

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| FT | | | June 30, 2016 email from Tatham to Willis regarding questions from Trent Stout regarding Hopewell shares convertible to Title Rover |
| FU | | | June 30, 2016 email from Tatham to Willis regarding questions from Trent Stout regarding Hopewell shares convertible to Title Rover |
| FV | | | July 7, 2016 email from Firestone to Willis, Tatham regarding Meridian/Hopewell update |
| FW | | | July 11, 2016 email from Haynes to Tatham and Stanley regarding Survey Prospect List |
| FX | | | July 12, 2016 email from Willis to Tatham regarding Hopewell Private Placement, phone call with Jerry Johns |
| FY | | | July 18, 2016 email from Firestone to Willis/Tatham regarding Hopewell checking in |
| FZ | | | July 20, 2016 email from Haynes to Stanley regarding Madison updates |
| GA | | | July 25, 2016 2016 Cash Forecast - Hopewell-Pilot Project, LLC |
| GB | | | July 26, 2016 email from Stanley to Pannu attaching Title Rover PowerPoint presentation titled Data Mining for Mineral Resource Investigations |
| GC | | | July 28, 2016 email from Stanley to Burkhardt, Willis, Tatham and Messer regarding Thoughts on presentation |
| GD | | | July 28, 2016 email from Willis to Stanley, Tatham, Burkhardt and Messer regarding Thoughts on today's presentation |
| GE | | | July 29, 2016 email from Messer to Stanley, Burkhardt and Tatham regarding PowerPoint draft/presentation ideas |
| GF | | | July 31, 2016 Second Amended and Restated Company Agreement of Hopewell-Pilot Project, LLC |
| GG | | | August 18, 2016 email from Willis to Tatham regarding proposed equity to SLX Key employees |

Page 13

Ensource Investments LLC vs. **Thomas P. Tatham, et al.**
Case No. 17CV0079 H LL
**Willis Defendants' Exhibits**

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| GH | | | August 22, 2016 email from Bob Morgan at Willis Group US to Tatham regarding Image Engine open invoice for Hopewell |
| GI | | | August 28, 2016 email from Stanley to Pannu regarding attached overview of tech and IP in possession of Title Rover |
| GK | | | August 30, 2016 email from Tatham to Nawracaj regarding Title Rover, LLC - Proposed equity to SLX key employees |
| GL | | | September 6, 2016 email from Nawracaj to Willis and Tatham regarding Hopewell revised company agreement |
| GM | | | October 12, 2016 email from Tatham to Martin (Willis, Haynes, Stanley cc'd) TitleRover Progress on Data Readiness |
| GN | | | October 14, 2016 email from Tatham to Stanley regarding BR Portal Access for Stanley and Haynes |
| GO | | | October 14, 2016 email from Stanley to Tatham regarding BR Portal Access for Stanley and Haynes |
| GP | | | October 17, 2016 email from Stanley to Tatham and Willis regarding Draft Approach Document |
| GQ | | | October 17, 2016 email from Tatham to Willis regarding payment to Stanley and Haynes due on 10/17. |
| GR | | | October 17, 2016 email from John Martin ("Martin") of Beyond Recognition to Tatham and Willis |
| GS | | | November 1, 2016 email from Stanley to Tatham regarding AIT work list for October |
| GT | | | November 2, 2016 email from Tatham to Martin and Willis regarding Beyond Recognition needs to participate in adequate QC evaluation of load files and sample results |

Page 14

Ensource Investments LLC vs. **Thomas P. Tatham, et al.**
Case No. 17CV0079 H LL
Willis Defendants' Exhibits

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| GU | | | November 2, 2016 email from Martin to Tatham regarding Beyond Recognition needs to participate in adequate QC evaluation of load files and sample results |
| GV | | | November 14, 2016 email from Tatham to Stanley regarding Progress Update |
| GW | | | November 15, 2016 email from Stanley to Hank Gamble (cc to Tatham, Willis, Haynes) regarding meeting to review new search functionality |
| GX | | | November 22, 2016 email from Tatham to Stanley regarding Updated WebEx meeting |
| GY | | | November 22, 2016 email from Stanley to Tatham, Willis regarding Title Rover LLC Follow-on Financial Alternatives |
| GZ | | | November 28, 2016 email from Tatham to Stanley regarding Status report on TR development work |
| HA | | | December 1, 2016 email from Tatham to Stanley regarding Development Task Deliverables |
| HB | | | December 7, 2016 email from Tatham to Willis regarding Progress report to investors - see message to Stanley and Haynes |
| HC | | | January 13, 2017 - Minutes of Hopewell-Pilot Project, LLC Annual Meeting (executed) |
| HD | | | March 3, 2017 email from Tatham to Willis regarding unauthorized use of TR proprietary technology - Stanley's misstatement of facts |
| HE | | | November 17, 2017 email from Tatham to Jennifer Burkhardt regarding status of title rover proprietary  software |
| HF | | | November 20, 2017 email from Tatham to Jennifer Burkhardt regarding quote for portal development |
| HG | | | Follow on Financing Alternative for Title Rover, LLC |

Ensource Investments LLC vs. **Thomas P. Tatham, et al.**
Case No. 17CV0079 H LL
**Willis Defendants' Exhibits**

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| HH | | | Renegade LLC's Hopewell Pilot Project |
| HI | | | Cash Receipts & Disbursements - Hopewell Pilot Project, LLC 3/23/16 - 3/31/17 |
| HJ | | | Hopewell-Pilot Project, LLC Transaction by Detail by Account March 1 through December 15, 2016 |
| HK | | | Hopewell-Pilot Project Trial Balance of accounts at selected dates |
| HL | | | Image Engine, LLC et al. v. Beyond Recognition, LLC, et al. Settlement Agreement and Mutual Release dated June 24, 2016 |
| HM | | | March 16, 2016 Settlement, Release Agreement, Copyright Assignment, and License Agreement between BHPB and Image Engine, LLC |
| HN | | | Text messages between Mark Willis and Chad Martin |
| HO | | | Text Messages between Tatham, Nawracaj, Sharp and Pannu |
| HP | | | Text messages between Mark Willis and Justin Pannu |
| HQ | | | Text messages between Tom Tatham and Justin Pannu |
| HR | | | Text messages between Pannu and Stanley |
| HS | | | Further text messages between Mark Willis and Chad Martin |
| HT | | | Complete Hopewell Pilot Project, LLC General Ledger as of December 31, 2016 |
| HU | | | To the extent the court allows plaintiff to produce documents at 3:20 pm on November 1, 2019, same day trial exhibit list is due to court, -- All documents listed in production numbered PLTF_002796-PLTF_003692 |