**PANAKOS LAW, APC**
Aaron D. Sadock (SBN 282131)
555 West Beech Street, Ste. 500
San Diego, California 92101
Telephone:   (619) 800-0529
Facsimile:    (866) 365-4856
Email: asadock@panakoslaw.com

Attorney for Plaintiff ENSOURCE INVESTMENTS LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>　　　　　Defendants. | Case No.: 3:17-CV-00079-H-LL<br><br>**PLAINTIFF ENSOURCE INVESTMENTS LLC'S AMENDED FED R. CIV P. RULE 26(a)(3) PRETRIAL DISCLOSURES AND AMENDED EXHIBIT A**<br><br>Magistrate Judge: Hon. Linda Lopez<br>District Judge: Hon. Marilyn L. Huff<br>Courtroom: 15A<br>Action filed:  January 13, 2017 |

　　Plaintiff Ensource Investments LLC hereby submits its Amended Pretrial Disclosures and Amended Exhibit A Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure.

///

I. **WITNESSES**

   A. <u>Witnesses/Affiants Plaintiff Expects to Present</u>

      1. Justin Pannu - This witness's address and telephone number have previously been provided.

      2. Chad Martin - This witness's address and telephone number have previously been provided.

      3. Edgar Clifford Sharp III - This witness's address and telephone number have previously been provided.

      4. Jerome Johns - This witness's address and telephone number have previously been provided.

      5. Jeffrey D. Merola- This witness's address and telephone number have previously been provided.

      6. James P. Dibble- This witness's address and telephone number have previously been provided.

      7. Mark A. Willis, c/o Willis Defendants' counsel Shannon D. Sweeney, Ph: 619-595-3206, Sullivan Hill Lewin Rez & Engel APLC, 600 B Street, Suite 1700 San Diego, CA 92101

      8. Thomas Tatham, Ph: 713 504-7199, 621 E. 22nd St. Suite C Houston, TX 77008

      9. Joseph Haynes, Ph. 703-554-3432, 43807 Lees Mill Sq., Leesburg, VA 20176-3826

      10. Susan Willard-Killen, Ph: 978-460-7635, 56 Whitman Street, Stow, MA 01775

      11. Brent Stanley, Ph: (617) 455-8184, 10631 Overbrook Lane, Houston TX 77042

      12. John Martin, Ph: (346) 901-6233 (last known), 88 J M Burge Road, Hattiesburge, MS 39402

13. Jason Frankovitz, Ph: 888-959-9639, Quandary Peak Research, Inc. 205 S. Broadway, Suite 300 Los Angeles, CA 90012 (expert witness)

14. Robert Miller (address TBD)

15. Steve Elston (address TBD)

B. <u>Witnesses Plaintiff May Call if the Need Arises</u>

1. Plaintiff may and hereby does reserve the right to call as witnesses the Parties to this lawsuit and/or their authorized representatives, including but not limited to the following individuals listed in section A above.

C. <u>Deposition Designations</u>

1. Plaintiff designates the following witnesses whose testimony may be presented by deposition, but Plaintiff is in the process of determining which witness Plaintiff may call, and reserves the right call any of the witnesses below via live testimony.

    (a) Brent Stanley

    (b) Susan Willard

    (c) Joseph Haynes

**II. EXHIBITS**

A. Plaintiffs' Identification of Exhibits Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(iii) can be found in the attached Exhibit A.

Respectfully submitted,

DATED: November 6, 2019            **PANAKOS LAW, APC**

<u>By:/s/ Aaron D. Sadock</u>
    Aaron D. Sadock
    Attorney for Plaintiff
    ENSOURCE INVESTMENTS LLC