**PANAKOS LAW, APC**
Aaron D. Sadock (SBN 282131)
555 West Beech Street, Ste. 500
San Diego, California 92101
Telephone:  (619) 800-0529
Facsimile:   (866) 365-4856
Email: asadock@panakoslaw.com

Attorney for Plaintiff ENSOURCE INVESTMENTS LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>Defendants. | Case No.: 3:17-CV-00079-H-LL<br><br>**PLAINTIFF ENSOURCE INVESTMENTS LLC'S AMENDED EXHIBITS TO MEMORANDUM OF CONTENTIONS OF FACT AND LAW PURSUANT TO CIVIL LOCAL RULE 16.1(f)(2)**<br><br>Magistrate Judge: Hon. Linda Lopez<br>District Judge: Hon. Marilyn L. Huff<br>Courtroom: 15A<br>Action filed:  January 13, 2017 |

Plaintiff Ensource Investments LLC hereby submits Amended Exhibit A (List of Plaintiff's Witnesses) and Amended Exhibit B (List of Plaintiff's Exhibits) to its Memorandum of Contentions of Fact and Law filed with this Court and served on all parties on November 1, 2019.

1  Respectfully submitted,
2
3  DATED: November 6, 2019                **PANAKOS LAW, APC**
4
5                                          By:/s/ Aaron D. Sadock
                                            Aaron D. Sadock
6                                           Attorney for Plaintiff
                                            ENSOURCE INVESTMENTS LLC
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28