# Exhibit A

*Case Title: Ensource Investments LLC v Tatham et al.*
Case 3:17-CV-00079-H-LL
List of Plaintiff's Witnesses

| Name | Role | Address |
| --- | --- | --- |
| Justin Pannu | Plaintiff Ensource Investments LLC's Person Most Knowledgeable | c/o Counsel for Plaintiff, Aaron Sadock, Panakos Law APC, Suite 500, San Diego, CA 92101 |
| Chad Martin | Member, Ensource Investments LLC | c/o Counsel for Plaintiff, Aaron Sadock, Panakos Law APC, Suite 500, San Diego, CA 92101 |
| Edgar Clifford Sharp III | Member, Ensource Investments LLC | c/o Counsel for Plaintiff, Aaron Sadock, Panakos Law APC, Suite 500, San Diego, CA 92101 |
| Jerome Johns | Member, Ensource Investments LLC | c/o Counsel for Plaintiff, Aaron Sadock, Panakos Law APC, Suite 500, San Diego, CA 92101 |
| Jeffrey D. Merola | Member, Ensource Investments LLC | c/o Counsel for Plaintiff, Aaron Sadock, Panakos Law APC, Suite 500, San Diego, CA 92101 |
| James P. Dibble | Member, Ensource Investments LLC | c/o Counsel for Plaintiff, Aaron Sadock, Panakos Law APC, Suite 500, San Diego, CA 92101 |
| Mark A. Willis | Defendant | c/o Counsel for Willis Defendants, Shannon D. Sweeney, Sullivan Hill Lewin Rez & Engel APLC 600 B Street, Suite 1700 San Diego, CA 92101 |
| Thomas Tatham | Defendant | 621 E. 22nd St. Suite C Houston, TX 77008 |
| John Martin | Percipient witness | 88 J M Burge Road, Hattiesburge, MS 39402 |
| Joseph Haynes | Percipient witness | 43807 Lees Mill Sq., Leesburg, VA 20176-3826 |
| Susan Willard-Killen | Percipient witness | Substantia LogiX LLC PO Box 320, 56 Whitman Street, Stow, MA 01775 |
| Brent Stanley | Percipient witness | 10631 Overbrook Lane, Houston TX 77042 |
| Jason Frankovitz | Plaintiffs' Expert | Quandary Peak Research, Inc., 205 S. Broadway, Suite 300, Los Angeles, CA 90012 |
| Robert Miller | Percipient witness | Address TBD |
| Steve Elston | Percipient witness | Address TBD |

*Case Title: Ensource Investments LLC v Tatham et al.*
Case 3:17-CV-00079-H-LL
List of Plaintiff's Witnesses

Qualifications and Testimony of Plaintiffs' Expert Jason Frankovitz

Mr. Frankovitz is a software engineering and computer science expert employed by Quandary Peak Research in Los Angeles, California. He is an Expert in software with 25+ years of experience as an engineer and programmer, and is the software inventor of US patent 9,858,341, "Method and apparatus for remotely monitoring a social website". Mr. Frankovitz has testified 18 times as an expert in software and Internet technologies in US and Canada courts. He has reviewed code, authored affidavits, declarations and expert reports for 70 cases. He designed and built the Web's first online bookmark site in 1996, cited as prior art for multiple patent matters; was selected as Entrepreneur-in-Residence at Main Street Partners on MIT campus; and currently serves as a software intellectual property consultant focusing on software patents & trade secrets, Web and social media technologies, software development best-practices, and digital copyright/code theft.

Mr. Frankovitz will testify about the viability of the Title Rover software, the development of the software (including that it was not proprietary and was built with third party tools), and normal professional software development practices which were not followed by Title Rover.