**PANAKOS LAW, APC**
Aaron D. Sadock (SBN 282131)
555 West Beech Street, Ste. 500
San Diego, California 92101
Telephone:  (619) 800-0529
Facsimile:   (866) 365-4856
Email: asadock@panakoslaw.com

Attorney for Plaintiff ENSOURCE INVESTMENTS LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>Defendants. | Case No.: 3:17-CV-00079-H-LL<br><br>**NOTICE OF ERRATA TO PLAINTIFF ENSOURCE INVESTMENTS LLC'S MEMORANDUM OF CONTENTIONS OF FACT AND LAW PURSUANT TO CIVIL LOCAL RULE 16.1(f)(2)**<br><br>Magistrate Judge: Hon. Linda Lopez<br>District Judge: Hon. Marilyn L. Huff<br>Courtroom: 15A<br>Action filed:  January 13, 2017 |

///

///

///

# NOTICE OF ERRATA

Plaintiff Ensource Investments LLC ("Plaintiff") respectfully submits this errata to its Memorandum of Contentions of Fact And Law which was filed with this Court on November 1, 2019 at docket No. 139, in order to correct an inadvertent clerical error. At page 10, lines 2 and 9, the Memorandum should read "Beyond Recognition", and not "Beyond Review".

Respectfully submitted,

Dated:  November 6, 2019             **PANAKOS LAW APC**

By:     /s/ Aaron D. Sadock
        Aaron D. Sadock, Esq.
        Attorney for Plaintiff
        Ensource Investments LLC