**PANAKOS LAW, APC**
Aaron D. Sadock (SBN 282131)
555 West Beech Street, Ste. 500
San Diego, California 92101
Telephone:   (619) 800-0529
Facsimile:   (866) 365-4856
Email: asadock@panakoslaw.com

**RICHARD E. NAWRACAJ**
Law Offices of Richard E. Nawracaj
155 N. Wacker Drive, Suite 4250
Chicago, Illinois 60606
Email: rich.nawracaj@nawracaj-law.com

Attorneys for Plaintiff ENSOURCE INVESTMENTS LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>Defendants. | Case No.: 3:17-CV-00079-H-LL<br><br>**DECLARATION OF RICHARD E. NAWRACAJ IN SUPPOPRT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**Date: December 9, 2019**<br>**Time: 10:30a.m.**<br>**Courtroom: 15A**<br><br>Magistrate Judge: Hon. Linda Lopez<br>District Judge: Hon. Marilyn L. Huff<br>Courtroom: 15A<br>Action filed:  January 13, 2017 |

1

I, Richard E. Nawracaj, hereby declare:

1. I am an attorney at law duly licensed to practice law before in all the federal and state courts of the State of Illinois and admitted *pro hac vice* in the United States District Court for the Southern District of California with respect to this litigation.

2. I am an attorney at The Law Offices of Richard E. Nawracaj, attorney of record for Plaintiff Ensource Investments LLC.

3. I am familiar with the files, pleadings and facts of this case. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could testify competently about them.

4. Attached to the Appendix of Exhibits as Exhibit A is a true and correct copy of the Hopewell-Pilot Project, LLC Private Placement Memorandum, which was provided by Defendants Mark A. Willis and Thomas P. Tatham to Ensure members to solicit the investment in Hopewell.

5. Attached to the Appendix of Exhibits as Exhibit B is a true and correct copy of the Declaration of Defendant Thomas P. Tatham, executed on August 19, 2019.

6. Attached to the Appendix of Exhibits as Exhibit C is a true and correct copy of the transcript of the deposition of Mark A. Willis, taken on June 27, 2019.

7. Attached to the Appendix of Exhibits as Exhibit D is a true and correct copy of the transcript of the deposition of Joseph V. Haynes, taken on April 29, 2019.

8. Attached to the Appendix of Exhibits as Exhibit E is a true and correct copy of the Investor pitch deck dated July 25, 2016 entitled "Data Mining for Mineral Resource Investigations", which was provided by Defendants Mark A. Willis and Thomas P. Tatham to Ensource members to solicit the investment in Hopewell.

9.       Attached to the Appendix of Exhibits as Exhibit F is a true and correct copy of the Investor pitch deck dated August 19, 2016 entitled "Data Mining for Mineral Resource Investigations – Capabilities Summary and Technical Overview", which was provided by Defendants Mark A. Willis and Thomas P. Tatham to Ensource members to solicit the investment in Hopewell.

10.      Attached to the Appendix of Exhibits as Exhibit G is a true and correct copy of the Investor pitch deck dated August 23, 2016 entitled "Technology Utilization and Intellectual Property", which was provided by Defendants Mark A. Willis and Thomas P. Tatham to Ensource members to solicit the investment in Hopewell.

11.      Attached to the Appendix of Exhibits as Exhibit H is a true and correct copy of the transcript of the deposition of Brent Stanley, taken on June 5, 2019.

12.      Attached to the Appendix of Exhibits as Exhibit I is a true and correct copy of the transcript of the deposition of Justin Pannu, taken on October 29, 2018.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed this 25th day of November, 2019 in Chicago, Illinois.

Dated:  November 25, 2019

By:   /s/ Richard E. Nawracaj
      Richard E. Nawracaj