**RICHARD E. NAWRACAJ**
Law Offices of Richard E. Nawracaj
155 N. Wacker Drive, Suite 4250
Chicago, Illinois 60606
Email: rich.nawracaj@nawracaj-law.com

**PANAKOS LAW, APC**
Aaron D. Sadock (SBN 282131)
555 West Beech Street, Ste. 500
San Diego, California 92101
Telephone:  (619) 800-0529
Facsimile:   (866) 365-4856
Email: asadock@panakoslaw.com

Attorneys for Plaintiff ENSOURCE INVESTMENTS LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>　　　　　Defendants. | Case No.: 3:17-CV-00079-H-LL<br><br>**APPENDIX OF EXHIBITS TO PLAINTIFF'S MEMORANDUM IN OPPOSITION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**Date: December 9, 2019**<br>**Time: 10:30a.m.**<br>**Courtroom: 15A**<br><br>Magistrate Judge: Hon. Linda Lopez<br>District Judge: Hon. Marilyn L. Huff<br>Courtroom: 15A<br>Action filed:  January 13, 2017 |

## APPENDIX OF EXHIBITS

| Description | Exhibit |
|---|---|
| Private Placement Memorandum | A |
| Declaration of Thomas P. Tatham | B |
| Deposition Transcript of Mark Willis | C |
| Deposition Transcript of Joseph Haynes | D |
| July 25th Deck | E |
| August 19th Deck | F |
| August 23rd Deck | G |
| Deposition Transcript of Brent Stanley | H |
| Deposition Transcript of Justin Pannu | I |