# EXHIBIT A

# PRIVATE PLACEMENT MEMORANDUM

## HOPEWELL-PILOT PROJECT, LLC

**PRIVATE PLACEMENT OF UP TO 1,000,000 INITIAL ADDITIONAL EQUITY SHARES**

THE OFFERING OF SECURITIES DESCRIBED HEREIN HAS NOT BEEN REGISTERED UNDER THE UNITED STATES SECURITIES ACT OF 1933, AS AMENDED (THE "SECURITIES ACT"), OR UNDER ANY SECURITIES LAWS OF ANY STATE OF THE UNITED STATES OR ANY OTHER JURISDICTION.  THIS OFFERING IS MADE PURSUANT TO REGULATION S OR REGULATION D UNDER SECTION 4(a)(2) OF SAID ACT, WHICH EXEMPTS FROM SUCH REGISTRATION CERTAIN TRANSACTIONS.  FOR THIS REASON, THESE SECURITIES WILL BE SOLD ONLY TO INVESTORS WHO MEET CERTAIN MINIMUM SUITABILITY QUALIFICATIONS DESCRIBED HEREIN.

A PROSPECTIVE INVESTOR SHOULD BE PREPARED TO BEAR THE ECONOMIC RISK OF AN INVESTMENT IN THE COMPANY FOR AN INDEFINITE PERIOD OF TIME BECAUSE THE SHARES OR MEMBER'S INTERESTS HAVE NOT BEEN REGISTERED UNDER THE SECURITIES ACT OR THE LAWS OF ANY OTHER JURISDICTION, AND, THEREFORE, CANNOT BE SOLD UNLESS THEY ARE SUBSEQUENTLY REGISTERED OR AN EXEMPTION FROM REGISTRATION IS AVAILABLE.  THERE IS NO OBLIGATION OF THE ISSUER TO REGISTER THE SHARES OR MEMBER'S INTERESTS UNDER THE SECURITIES ACT OR THE LAWS OF ANY OTHER JURISDICTION. TRANSFER OF THE SHARES OR MEMBER'S INTERESTS IS ALSO RESTRICTED BY THE TERMS OF THE AMENDED AND RESTATED COMPANY AGREEMENT RELATING THERETO.

TABLE OF CONTENTS

I. Executive Summary

II. Term Sheet

III. Technology

IV. Risk Factors

V. Previously Distributed Offering Materials

VI. Subscription Booklet

VII. Amended and Restated Company Agreement

I.      EXECUTIVE SUMMARY

The Hopewell – Pilot Project, LLC ("Hopewell" or the "Company") was formed in March 2016 for the purpose of demonstrating "Proof of Concept" involving the refinement, use, and application of a new proprietary software technology which can geographically sort and analyze land and mineral title records and related digital data for the purpose of acquiring Oil, Gas & Mineral interests in the most contemporary "tight sands" and "shale" plays.

The business concept behind the formation and funding of Hopewell depends upon five basic premises!  They are:

1. The more contemporary "tight sands" and "shale" plays are more commercially rewarding as the industry continues to refine and apply new horizontal completion and frac techniques to the areas best suited for the application of such technology.
2. The best contemporary "tight sands" and "shale" plays were initiated 2010-2013 in a very competitive environment and the initial leasing effort was undertaken on a "trend basis" which provided less than 100% title review by contract land personnel.  Legal title opinions were generally only undertaken on "drill site" tracts.
3. Operators tried to hold the maximum amount of leased acreage by forming large pooled units for the drilling and completion of lower cost vertical wells.  Many of such pooled units were formed without contemporary survey of leased acreage included.  In the past two years since mid 2014, as the cash flow to most Operators declined due to falling oil and gas prices, many pooled units were hastily formed and contain numerous irregularities.
4. Most of the new initial leases taken in the contemporary "tight sands" and "shale" plays, unless "held by production", will expire in the 2016 -2017 time frame.  Many of the existing pooled units contain unleased acreage or have leased tracts that would have expired if not for a "pooled unit" designation.
5.  The most lucrative opportunities for Hopewell will occur in contemporary "tight sands" and "shale" plays located in geographical areas where significant land title problems exist .

Hopewell has identified four initial target areas in Madison County, Texas which it believes will optimize investment returns as well as provide "Proof of Concept".  The areas selected have multiple proven hydrocarbon pay zones which have demonstrated significant commercial production in recently completed horizontal wells.  Initial evaluation of the prospective areas indicate that there are unleased tracts in many of the existing Pooled or Declared Units.  Based upon recent field discussions, Hopewell believes that it can acquire new leases in the four areas for initial bonus and lease acquisitions costs of $1,000 per acre or less and by providing traditional lease royalty burdens to the related mineral owners.  In addition to open acreage, many of the existing Pooled or Declared Units and underlying pooled leases appear to have possible deficiencies. Hopewell plans to continue detailed legal evaluation of these identified Units and underlying leases. If warranted, upon conclusion of Hopewell's legal evaluation, Hopewell will seek to arrange additional financing for Company to pursue an aggressive "top lease" strategy for the purchase of new leases in the affected areas.  Hopewell has retained certain Financial Advisors to assist in obtaining up to $25,000,000 of prospective financing for the Company's possible execution of the top lease strategy.

Hopewell is seeking qualified debt and equity investors to provide up to $2,000,000 in new funds from the placement of up to 1,000,000 Initial Additional Equity Shares for the purpose of acquiring new lease and mineral interest acquisitions in the four initial target areas and for working capital to continue the Company's operations and evaluation of lease acquisition opportunities.

New leases acquired by the Company will be held for resale to Operators seeking to organize multi well horizontal drilling & completion programs or to provide the Company with working interest particpation in such development.  The Company's leasing activities will also likely provide opportunity to purchase term royalty and mineral interests on commercially favorable terms.

II.     TERM SHEET

THE INITIAL PRIVATE PLACEMENT:  Hopewell-Pilot Project LLC ("Hopewell" or the "Company") is seeking to privately arrange the placement of 1,000,000 shares ("Initial Additional Equity Shares) of the Company for $2,000,000, the proceeds of which are to be used to fund all operating overhead of the Company through December 31, 2016, and for the acquisition of Mineral Interests, primarily new Oil and Gas leases, in an agreed Area of Mutual Interest ("AMI") covering Madison County, TX and the Buda Rose play ("Buda Rose" play).

Threshold Placement Amounts - Initial Additional Equity Shares:

   Minimum Subscription Amount:  $250,000 – 125,000 shares
   Maximum Subscription Amount:  $2,000,000 – 1,000,000 shares

Pricing of Initial Additional Equity Shares:

   The price per share for all Initial Additional Equity Shares subscribed prior to closing shall be $2.00 per share.

Priority Rights to Distributions:

   Initial Additional Equity Shares shall have a priority right to cash distributions.  The Amended and Restated Company Agreement provides that the holders of Initial Additional Equity Shares shall receive all cash distributions made by the Company until such time as they have received $2.00 per share in distributions.  Once the holders of the Initial Additional Equity Shares have received $2.00 per share in cash distributions, then all additional cash distributions made by the Company shall be paid uniformly on a per share basis.

Financial Advisors:

   The Company has retained Meridian Circle Advisors and may retain other financial advisors (collectively "Financial Advisors") to assist the Company in obtaining additional capital if needed for the acquisition of additional Oil, Gas & Mineral interests within the AMI.  Additional capital may involve the issuance of debt, convertible debt, preferred equity or the formation of a Limited Partnership involving the Company.

Shares Authorized and Outstanding:

   The Company has 5,000,000 authorized shares of which 1,000,000 have been issued to Founders and are currently outstanding.

Other Terms and Conditions:

   As provided in the Subscription Agreement and the Amended and Restated Company Agreement.

III.  TECHNOLOGY

The Founders have arranged and provided a cost based contract to Hopewell for the exclusive use of new proprietary software technology owned by Title Rover, LLC, an affiltiate of the Founders.  Hopewell will pay only for the direct costs of digital data purchase, direct operations and traning of Hopewell personnel related to use of Title Rover's proprietary software in an agreed AMI covering Madison County, TX.  Direct costs are currently running $17,500 per month in addition to the purchase or acquisition of digital data.  Either party may terminate the contract beginning January 1, 2017 by providing 30 days prior written notice to the other.  The Company believes that the use of Title Rover technology in the evaluation of OG&M title will result in significant savings in both time and costs.

IV.  RISK FACTORS

A.  Although the Company has identified open or unleased acreage in many existing Pooled or Declared Units there is no certainty that leases of such acreage can be timely obtained or that leases can be obtained at the Company's estimated cost.

B.  Even if the Company is successful in obtaining new leases within existing Pooled or Declared Units there is no assurance that Operators of such Units will include the leases acquired by the Company in the Pooled or Declared Units without a legal action requiring "forced pooling" brought on behalf of the Company and the Lessor of the new leases.

C.  Even if the Company is successful in obtaining new leases within existing Pooled or Declared Units and the Company succeeds to include the new leases in the Pooled or Declared Units, the leasehold interests owned by the Company may not be sufficient to assure that new horizontal wells are drilled and completed and that such activity will be timely undertaken by the Operator.

D.  If the Company is not able to acquire a significant leased acreage position in the identified prospect areas, they Company may not be able to sell or consolidate its lease position with other operators undertaking development of the Buda Rose play.

E.  If oil and gas prices decline significantly, current Operators in the Buda Rose play may defer all horizontal development drilling until such time as prices recover.  If this proves to be the case then the Company may not realize any value for the leases it acquires for a prolonged period of time.

F.  Investment in oil, gas and mineral leases is a speculative undertaking with a high degree of risk.  Investors that cannot afford substantial risk and the entire loss of their invested capital should not undertake the proposed investment.

G.  There is no ready market for the shares of the Company. A prospective investor should be prepared to bear the economic risk of an investment in the Company for an indefinite period of time because the shares or Member's interests have not been registered under the Securities Act or the laws of any other jurisdiction, and, therefore, cannot be sold unless they are subsequently registered of an exemption from registration is available.  There is no obligation of the Company to register the shares or Member's interests under the Securities Act or the Laws of any other jurisdiction.

V.  PREVIOUSLY DISTRIBUTED OFFERING MATERIALS

   A. Hopewell Executive Summary Teaser

   B. Hopewell Project Highlights

   C. Prospect Area Maps

VI.  SUBSCRIPTION BOOKLET - ATTACHED

VII.  AMENDED AND RESTATED COMPANY AGREEMENT - ATTACHED