# EXHIBIT F

# Data Mining for Mineral Resource Investigations

*Capabilities Summary and Technical Overview*

August 19, 2016





## Who We are

TitleRover LLC is a Willis Group US affiliate headquartered in Houston, Texas.

TitleRover has developed the proprietary technology, workflow and interface to power the data processing function which is the key to automating and expediting much of the work associated with traditional prospect area opportunity analysis.

TitleRover encourages and supports joint venture arrangements with oil and gas investors and operating entities who wish to participate and collaborate in specific mineral opportunities. The TitleRover organization is structured as follows:

**Management Team**

- Mark Willis, Managing Partner
- Tom Tatham, Managing Partner
- Brent Stanley, CTO

**Technology Team**

- Joe Haynes, Data Architect, Developer
- GIS Analysts

**Legal, Records SME**

- Staff Attorneys
- Flex Team powered by Willis Group BeyondReview

**Data Acquisition**

- Susan Willard, Project Lead
- Flex Team powered by Willis Group Image Engine

## The Resultant Mineral Leasing Mess

Looking back at the events over the last several years, we see a confluence of conditions that have led us to conclude there are opportunities to exploit.

- Gold rush conditions created a scramble to lease prospect areas
- Inherent inaccuracies in court record indexes





- Inexperienced landmen performing lease and title analysis
- Multiple data silos needing to be examined
- Manual efforts with high error rates
- Horizontal drilling inherently is more complex leasing because often multiple tracts need to be leased

These factors resulted in poor or limited examination of titles, leasing errors and systemic issues in a prospect area. The following graph illustrates the dramatic increase in oil production from the top prospect areas; the volume of mineral leasing activity is in direct proportion.




## What We Do

TitleRover leverages its technology prowess to reduce the cost of and shorten the timeframe to build a high quality database of land records and spatial data.

It has developed its own proprietary technology and licensed sole rights to additional technology which delivers a 10X improvement to traditional methods of supporting data investigations and specialized analysis.

Historically, the investigation of mineral opportunities was a laborious effort which required people to visit the county courthouse to review records and decipher ownership and title. There are multiple data sources to check and correlate in order to answer these ownership and other questions.





The following diagram depicts to common sources of documents and data and the high level wiring diagram of how the various records and databases are related.




Obviously, performing these tasks manually is a huge effort and requires not only experienced personnel to do it properly, but also takes months to execute. Some of these records have been digitized and partially indexed; commonly the Land Records have been digitized back to a certain point in time and indexed with basic information including grantor/grantee, lessor/lessee, abstract/survey, recording date instrument type, and sometimes acreage.

When one examines the quality of the index provided by a county courthouse, you see an enormous variety of ways the indexing has been performed; for example, there are thousands of unique instrument types present in the courthouse index, but in reality there are only a few hundred. Even those can be collapsed in a dozen or so buckets (conveyances, O&G leases, etc.). Even something as simple as surnames and surveys are spelled wildly diverse; the survey name Moffitt, in one example, is present 10 different ways.

In addition, the county index is incomplete. For example, often there are multiple surveys referenced in an instrument but only one is in the index, or its simply listed as "Various".

Given these conditions and our goal of being able to answer data-driven questions which point to potential opportunities, its mandatory to have high quality, deep and complete index information across these multiple silos in order to execute the queries and find the opportunities faster and at less cost than traditional methods.





## Why It Matters

The traditional work effort to determine mineral ownership and related opportunities includes a laborious effort to perform the multiple, linear tasks inherent in the workflow. The following diagrams show a typical workflow for uncovering unleased mineral interests.

Historical efforts rely on the manual processes described earlier and take several months to execute, even if the user is able to use a web-based subscription to the available land records (which are usually a subset of the total records and suffer from inaccurate and incomplete indexes, as described earlier).

Current Methods: Months of Effort







Using TitleRover capabilities, this means that as a result of significant time and cost efficiencies, more investment dollars can be used to monetize opportunities. This also means that more opportunities can be pursued for a given budget.

## Key TitleRover Features

TitleRover's key features are summarized in the following table. Compared to the available data services in the market, TitleRover offers not only more data sources (which can therefore be leveraged to answer more complex questions) but also deeper indexes and higher quality indexes. The marketplace is currently comprised of the following categories of participants:

- Full service title and run sheet capabilities: One market participant (DrillingInfo) offers deeper data in limited markets. Indexing is purely manual and therefore expensive. TitleRover offers wider and deeper data and technology driven indexing.





- Land record services companies: There are many companies who purchase available digitized and indexed sets of land records from courthouses (typically with a narrow geographic focus) and offer subscription services to access those records from the web.
- Data services companies: There are several companies and government entities who sell spatial data which can be used in conjunction with other data. An example would be P2 who sells spatial data sets containing some useful geographical and boundary data.

The following table summarizes certain key features which differentiate TitleRover in the market.

| Feature | Description | Benefit |
|---|---|---|
| Custom Indexing | Use of visual similarity and glyph-based image recognition to classify and attribute records | Non-linear relationship between work and cost; no reliance on text; ability to generate high quality deep index |
| Custom Filtering | Ability to dynamically slice data a number of ways | Reduces time spent performing analysis |
| Custom Grouping | Create prospect area, surname or other types of custom groups to create smaller haystacks | Reduces time spent performing analysis |
| Integrated Production, Permitting, Appraisal District, Probate | Single view of multiple data sources | Reduces time spent performing analysis |
| Automated Title Chaining | System-driven tree graph of related deeds and other instruments | Reduces time spent performing analysis |

## Data Acquisition

Acquiring the necessary data to answer the questions leading to opportunity identification across a variety of scenarios is in itself a large set of tasks requiring specific expertise. The nature of the market is that each county in each state has performed more or less digitization of their records and all follow different protocols in how they index their records. The work to acquire data includes such tasks as:

- Developing relationships with the county governments of interest, and the vendor ecosystem which supports their records including hosting their records and assisting in the digitization process.
- Preparing budgets and project plans for acquiring the data of interest.
- Deploying and managing teams in the field to perform imaging where counties have not digitized back to sovereignty.

As an example, the following table represents our investigation into certain counties in Ohio; note there is a significant amount of imaging and indexing to perform and TitleRover's approach supports first mover advantage based on collection and processing skills and technology.





| County | ST | Records Digitized | By County, Or Commercial | Beg Digital Records Date | End Digital Records Date | Indexing | Back-to Sovereignty Date | Unscanned Doc Count |
|---|---|---|---|---|---|---|---|---|
| Columbiana | OH | Y | Cotts System | July 2001 | To present | 1966 to present | Late 1700's | N/A |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Carroll | OH | Y | CSSI | All from 1831 | Present | All from 1831 | 1831 | N/A |
| Harrison | OH | Y | ACS/Xerox | 1994 | Present | 1994 online & pre-1994 on | 1813 | On A/V - 387,397 |
| Guernsey | OH | Y | ACS/Xerox | 1988 | Present | 1986 to present | 1820's | On A/V - 339,118 |
| Noble | OH | Y | ACS/Xerox | 1992 | Present | 1992 online & pre-1992 on | 1832 | In process by ACS |
| Monroe | OH | Y | ACS/Xerox | 1993 | Present | 1993 online & pre-1993 on | 1800's | In process by ACS |
| Washington | OH | Y | ACS/Xerox | 1985 | Present | 1985 online & pre-1985 on | 1788 | On A/V - 70,516 |
| | | | | | | | | |
| Jefferson | OH | Y | In-house | 1992 | Present | 1992 to present | 1796 | N/A |
| | | | | | | | | |
| | | | | | | | | |
| Belmont | OH | Y | ACS/Xerox | 1991 | Present | 1991 online & pre-1991 on | 1840s | In process by ACS |
| Tuscarawas | OH | Y | ACS/Xerox | 1991 | Present | 1991 online & pre-1991 on | 1800 | On A/V - 1,086,094 |
| Muskingum | OH | Y | In-house | All from 1803 | Present | All from 1803 | 1803 | N/A |
| | | | | | | | | |
| Coshockton | OH | Y | ACS/Xerox | 1980 | Present | 1980 to present | Early 1800's | N/A |

## TitleRover Portal Overview

The following are a set of screenshots which show the current version of the TitleRover portal. We also have a development plan which adds additional features in subsequent releases to enrich the functionality.

The screenshot below is the login page, which uses two factor authentication.








The main search page allows a user to select the prospect area of interest and then a rich menu of facets, depending on the query objectives. Compared to the other user interfaces available in the market, TitleRover offers more flexibility and customization.




One of our unique features is our ability to create custom groups, described as follows.

- Surnames: Often it is interesting to examine the activity of a family over the course of decades, where there are many surnames associated with the ancestral tree. This feature allows a user to custom-create a list of surnames gleaned from sampling the data, and then use this as a facet of search on the main search screen.
- Instrument Types: Since any given county uses multiple and redundant labels to describe the same instrument type, aggregating these into a group makes the search tasks much easier. For instance, all types of deeds have been aggregated into a single group called conveyances.
- Surveys/Abstracts: Since this is the primary geographical division in Texas, prospect areas are defined by which surveys and abstracts they cover. Filtering records and data by prospect area using this feature is very useful.





Here is a screen shot of the grouping function for deed types. Note the long list of deed types as provided by the county.








Here is a screen shot of the grouping function for family ancestry. Note the multiple spelling variations as found in the records and county index.




One of the primary objectives is to examine the chain of title, including surface, mineral and royalty. Automating the collection of documents in the chain saves tremendous amounts of time. In order to create these relationships, we have used our technology to extract the contextual references to instruments within the documents themselves. Unit Declarations, for example, can contain many tract and lease references (sometimes hundreds). Automating deed hopping allows a user to see quickly what has happened and where the gaps may exist.

The following is an example of a tree graph which is automatically generated by our system.








From the tree graph, a user can see the same data in a grid format, which forms the basis for what is called a "Runsheet". Our attorneys add comments and artifacts to this grid, which can be used as the basis for a title opinion where required.

The following screenshot is the grid equivalent of the tree graph above, and can be exported as a xls or pdf.




## Pugh Clause Detection

Auto-detecting Pugh clauses in leases is interesting in certain scenarios. Our technology creates perfected, fully searchable text files and we then use K-nearest neighbor thematic clustering to isolate the documents containing those clauses, even where the wording is slightly different.

For example, we start with examples of a typical clause like this:

> "If at the end of the primary term, a part but not all of the land covered by this lease, on a surface acreage basis, is not included within a unit or units in accordance with the other provisions hereof, this lease shall terminate as to such part, or parts, of the land lying outside such unit or units, unless this lease is perpetuated as to such land outside such unit or units by operations conducted thereon or by the production of oil, gas or





other minerals, or by such operations and such production in accordance with the provisions hereof."

Using our tools, we find thematically matching candidate clauses across the entire data set within seconds and create a database marker where those candidate matches exist. This marker is then a faceted search term in the user interface.

## Data Mining Framework

The TitleRover approach is comprised of three primary categories:

1. Data Sources: Historically, legal and other investigations were constrained by the human cost associated with gathering and reviewing the data. Our approach turns this paradigm in its head, because access to high quality data is no longer the restriction. The new restriction is prioritizing the types of opportunity of interest, which is a much better problem to have.
2. Big Data Processing: Since we are able to grind document-based data like never before, we can do it with scale and speed and with cost efficiency. Triangulating records-based data with spatial and structured is accomplished by our team of experts.
3. Analytics: With a rich and deep database and with powerful and flexible search tools, our issues experts can detect the systemic issues and locate the specific owners, parcels and operators affected by those conditions.

The following diagram summarizes the high level approach to data processing.








## Logical Architecture

The TitleRover logical architecture is represented in the following diagram.




A partial list of the software and programming used:

- Tesseract (Custom)
- QGIS
- C++
- Python
- Solr/Lucene
- Café
- BeyondRecognition
- Windows Communication Foundation (WCF)

## Unstructured Data Processing Technology

Unstructured (document-based) data is one of the biggest challenges faced by industry, since it historically has been the most expensive data to mine. TitleRover uses very advanced technology to automate data mining for this data type; the benefit of which is ability to dramatically lower the cost and improve the speed of the effort. Doing this not only accelerates the time to find the opportunity, but also allows more of the project money to be spent on things like mineral or lease acquisition instead of data processing. The following diagram shows the traditional linear relationship of cost to work, compared to very non-linear relationship benefit of using our technology.








The high level workflow associated with the document classification and attribution process is illustrated in the following diagram. Note that a small team of content experts is used to process very large volumes of data.




The primary task of any document-based data processing effort is document classification, which is assigning a document or instrument type to each document. Manual efforts to perform this task are highly error prone, costly and inconsistent. The following diagram illustrates a collection of different types of records as commonly found in their disorganized state.







Using visual similarity techniques, this document collection can be easily sorted into buckets containing a single document type with zero errors. This process does not require documents to be OCR'd thus does not rely on text for its analysis, instead using graphical analysis and making decisions the same way a person would look at a document and make a decision.

The output of the process are pure folders of each document type as illustrated in the following diagram. This process is self-describing and thus requires no training.







Once document type classification is complete, data attribution is performed by zonally identifying the data which is desired from within the content. Since we know the precise location of each character on the page, we use that information to enhance the extraction of the target data. The following diagram illustrates the extraction process.




## Differentiators

TitleRover integrates four key skill sets to deliver our work:

1. **Subject Matter Experts (SME):** Experienced attorneys in the field of lease and title analysis, as well as local attorneys for the projects of interest. Our technology team has deep land records and mineral investigation expertise as well.
2. **Technology:** We leverage the latest tools using visual similarity, artificial intelligence and analytics.
3. **Big Data:** We are skilled in acquiring and harvesting large volumes of data, including structured, unstructured and spatial data.
4. **Agility:** We are nimble and quick to conceive and build variants of applications needed to support the nuances of different projects.








## Project Framework

TitleRover's approach to project management follows a disciplined approach and leverages the seasoned experts on the team to develop and manage complex projects on time and on budget.

**Data Architecture**
- Develop Data Models/Fact Patterns
- Software and Infrastructure Requirements

**Data Acquisition Plan**
- Source Investigation
- Cost Benefit Analysis

**Data Processing**
- Project Plan
- Staged Deliverables

**User Interface Design**
- Analytics Objectives
- Results Presentation/Visualization



