# EXHIBIT G

# Technology Utilization and Intellectual Property

Version 1.0

August 23, 2016

1



## Technology and Intellectual Property Overview

TitleRover has commissioned a team of experts to build a web portal where users can explore the data using tools and features which are unique in the industry. The team responsible for building the portal and populating with high quality deep data include the following individuals:

- Brent Stanley, now the CTO for TitleRover, has 15 years of experience working with document-based data. Brent has founded several technology companies and has a background in machine learning, artificial intelligence, neural networking, and natural language processing. Brent's experience includes working on several large land records projects as well as oil and gas industry experience, where he has led a data mining initiative for operators of pipelines and refineries.
- Joe Haynes, the senior developer/programmer for TitleRover, has 30+ years of experience in land records software development. Joe has worked on projects for the World Bank which included setting up a land records system for the former USSR, and recently was awarded a contract by the Commonwealth of Massachusetts as a sole source provider of land records management software for the entire Commonwealth.
- John Martin, the founder of BeyondRecognition LLC ("BR"), whose software performs visual classification and delivers consistent, enterprise-scale classification of all of an organization's documents both electronic and paper, and serves as a knowledge base of decisions made for each cluster regarding retention, document type designations, and attributes extracted.

Brent and Joe have worked together for the last 5 years on a variety of projects in the land records and mortgage backed security space. Together, they are responsible for the defining the feature set used by the portal and developing, testing and deploying the portal. John and Brent have worked together for the last 3 years on deployments of BeyondRecognition software in the energy space.

The TitleRover technology effort has two main thrusts:

1. To build a portal where attorneys and other users can perform faceted searches using more data and on a variety of topics more efficiently than any other means;
2. To build a deep index from records more quickly and cost effectively than is available in the industry.

What we have done over the last few months for TitleRover is to create v1.0 of the portal, which is described in some detail herein. This new customized portal accomplishes the primary tasks which include:

- Creating an automated chain of title from the data;
- Creating a run sheet from the chain as an automated output;
- Supporting custom groups of instrument types, family genealogy, and geographies to enhance the searching of the data for specific interests.

In addition, TitleRover has commissioned BR to execute a statement of work demonstrating its ability to derive a high quality, deep index from a collection of land records from scratch, obviating the need for a manually intensive effort as is used by the rest of the industry. The basic workflow for execution is:

- Team agreement on the investigation objective;

2



- Development of the necessary "fact patterns" which answer the questions begged by the investigation objective, leading to the development of unique TitleRover data models;
- Collection of the data from available industry sources;
- Data mining performed by BR, generating a load file for ingestion into the portal;
- Portal readiness for its users, with feature enhancement according to our road map.

Possessing both a unique search portal and data mining engine to feed it, TitleRover is well positioned to execute desired specialized mineral resource investigations.

## Disconnected Data Expertise

TitleRover has the skill sets to identify, collect and aggregate the disparate data needed to perform its opportunity investigations. Historically, the investigation of mineral opportunities was a laborious effort which required people to visit the county courthouse to review records and decipher ownership and title. There are multiple data sources to check and correlate in order to answer these ownership and other questions.

The following diagram depicts to common sources of documents and data and the high level wiring diagram of how the various records and databases are related. TitleRover collects this data in bulk and using its data mining engine, correlates the data to itself and presents through the portal.



Obviously, performing these tasks manually is a huge effort and requires not only experienced personnel to do it properly, but also takes months to execute. Some of these records have been digitized and partially indexed; commonly the Land Records have been digitized back to a certain point in time and indexed with basic information including grantor/grantee, lessor/lessee, abstract/survey, recording date instrument type, and sometimes acreage.



When one examines the quality of the index provided by a county courthouse, you see an enormous variety of ways the indexing has been performed; for example, there are thousands of unique instrument types present in the courthouse index, but in reality there are only a few hundred.  Even those can be collapsed in a dozen or so buckets (conveyances, O&G leases, etc.).  Even something as simple as surnames and surveys are spelled wildly diverse; the survey name Moffitt, in one example, is present 10 different ways.

In addition, the county index is incomplete.  For example, often there are multiple surveys referenced in an instrument but only one is in the index, or its simply listed as "Various".

Given these conditions and our goal of being able to answer data-driven questions which point to potential opportunities, its mandatory to have high quality, deep and complete index information across these multiple silos in order to execute the queries and find the opportunities faster and at less cost than traditional methods.

## TitleRover Portal Overview

The TitleRover portal has been custom developed to support the types of specialized investigations described by our industry experts.  In performing its design, we studied the best available systems currently available in the industry in order to benchmark the state of the art, with a goal of far surpassing those features.

The following are a set of screenshots which show the current version of the TitleRover portal.  We also have a development plan which adds additional features in subsequent releases to enrich the functionality.

The screenshot below is the login page.





The main search page allows a user to select the prospect area of interest and then a rich menu of facets, depending on the query objectives.  Compared to the other user interfaces available in the market, TitleRover offers more flexibility and customization for the user, combined with richer and deeper data.



One of the features which users appreciate is the ability to dynamically create new data views by simply clicking and dragging the desired view structure in the user interface.  The screenshot below shows an example of sorting the data by survey, date and instrument type.



5



Another of our unique features is our ability to create custom groups, described as follows.

- Surnames:  Often it is interesting to examine the activity of a family over the course of decades, where there are many surnames associated with the ancestral tree.  This feature allows a user to custom-create a list of surnames gleaned from sampling the data, and then use this as a facet of search on the main search screen.
- Instrument Types:  Since any given county uses multiple and redundant labels to describe the same instrument type, aggregating these into a group makes the search tasks much easier.  For instance, all types of deeds have been aggregated into a single group called conveyances.
- Surveys/Abstracts:  Since this is the primary geographical division in Texas, prospect areas are defined by which surveys and abstracts they cover.  Filtering records and data by prospect area using this feature is very useful.

Here is a screen shot of the grouping function for deed types.  Note the long list of deed types as provided by the county.



6



Here is a screen shot of the grouping function for family ancestry. Note the multiple spelling variations as found in the records and county index.



One of the primary objectives is to examine the chain of title, including surface, mineral and royalty. Automating the collection of documents in the chain saves tremendous amounts of time. In order to create these relationships, we have used our technology to extract the contextual references to instruments within the documents themselves. Unit Declarations, for example, can contain many tract and lease references (sometimes hundreds). Automating deed hopping allows a user to see quickly what has happened and where the gaps may exist.

The following is an example of a tree graph which is automatically generated by our system.

7





From the tree graph, a user can see the same data in a grid format, which forms the basis for what is called a "Runsheet". Our attorneys add comments and artifacts to this grid, which can be used as the basis for a title opinion where required.

The following screenshot is the grid equivalent of the tree graph above, and can be exported as a xls or pdf.



8



## Portal Logical Architecture

The TitleRover portal was built by Joe Haynes in collaboration with the team and resides on servers in a secure data center. All software code in use for the portal is owned by TitleRover. The logical architecture of the portal is represented in the following diagram.



In development of the portal, Joe uses a variety of software and programming tools, a partial list of which is as follows:

- Tesseract (Custom)
- QGIS
- C++
- Python
- Solr/Lucene
- Café
- Windows Communication Foundation (WCF)
- REGEX and Fuzzy REGEX
- Named Entity Recognition
- Natural Language Processing

## Data Mining Functions Performed by BeyondRecognition

BeyondRecognition LLC is a software company headquartered in Houston which has developed a unique method for executing data mining on records. Unstructured (document-based) data is one of the biggest challenges faced by industry, since it historically has been the most expensive data to mine. TitleRover has licensed technology from BR to automate data mining for this data type; the benefit of which is ability to dramatically lower the cost and improve the speed of the effort. Doing this not only accelerates the time to find the opportunity, but also allows more of the project money to be spent on things like mineral or lease acquisition instead of data processing.

BR's technology is not currently used by any other players in the TitleRover market, and TitleRover has both a license for use of the technology and an exclusivity option.

9



BR has three primary processing functions:

1. Document classification, using a machine vision-based visual similarity process. The output of this process is a set of clusters containing only one type of document. This step is fast and highly accurate and forms the basis for the following functions.
2. Data attribution, which is the zonal capture of specific data fields and extraction to a database; here, normalization and rule application are executed.
3. Content enablement, which is the creation of a perfected text file at accuracies of 99+%.

Each of these steps are further described in sections which follow.

## Machine Vision-Based Content Analysis

What makes BR unique is that it is the only processing engine which does not require OCR'd text in order to perform its function, and instead used a type of graphical analysis in what's generally referred to as "machine vision". Machine vision includes the technologies used for facial recognition and other complex image analysis tasks. BR has developed proprietary source code and the application to leverage visual similarity for its purpose.

## Document Classification/Self-Organizing Maps

The primary task of any document-based data processing effort is document classification, which is assigning a document or instrument type to each document. Manual and OCR'd text-based efforts to perform this task are highly error prone, costly and inconsistent because of the following factors:

- The OCR'd text is corrupt and therefore incomplete, as a general function of image quality, age and genre;
- The text generated from OCR is one long string with no positional information;
- Text-based algorithms are looking for things like word frequency and end up putting dissimilar documents together because they contain some of the same words;
- As a result, accuracy results from text analytics are in the range of 70-80% and require 100% QC in order to find and correct errors.

BR looks at documents the way a human would; for example, if you placed a random collection of documents on a wall and stepped back, and asked someone near the wall to group the documents at your direction based on their visual appearance, you would emulate BR's process. This method of letting data describe itself, with no training, is referred to in industry as a self-organizing map.

The following diagram illustrates a collection of different types of records as commonly found in their disorganized state.





Using visual similarity techniques, this document collection can be easily sorted into buckets containing a single document type with zero errors. This process does not require documents to be OCR'd and thus does not rely on text for its analysis, instead using graphical analysis and making decisions the same way a person would look at a document and make a decision.

The output of the process are pure folders of each document type as illustrated in the following diagram. This process is self-describing and thus requires no training.



Once these clusters are formed and a subject expert labels the clusters, this intelligence persists across all future documents that are ingested by the system, greatly reducing the effort. In the land record space, this is very important as there are a fixed number of instrument types across the industry and once we have processed a few county's records, the net-new types will be minimal.



## Data Attribution

Data attribution is the process of extracting target data elements from any given type of record, and always follows the classification process. Data attribution is performed by zonally identifying the data which is desired from within the content. Since BR knows the precise location of each character on the page, it uses that information to enhance the extraction of the target data. The following diagram illustrates the extraction process.



BR's uniqueness for data attribution includes a process for cascading any error correction to all positional locations for all documents in any given document type cluster, allowing a worker to speed through large data collections very quickly. Similar to the benefit of persistence of knowledge in classification, attribution will persist across any new document collections which are ingested into BR, further improving the efficiency of the process. The more that BR sees, the more valuable it becomes in time and cost savings. These capabilities are unique in the industry.

## Content Enablement

Content enablement is a term used to describe the creation of a "perfected" text file for each document in the collection. Creating a perfected text file is not economically viable using current industry methods because it's too expensive. Using BR, creating a perfected text file is viable with minimal resources and again, the results are cascaded across future document collections with the same persistence as classification and attribution.

Content enablement allows for accurate and precise search results and us useful in a variety of scenarios. An example would be locating Pugh clauses in leases, where variations of the clause can be spotted and



exposed to the user.  BR uses K-nearest neighbor thematic clustering to isolate the documents containing those clauses, even where the wording is slightly different.

For example, we start with examples of a typical clause like this:

> "If at the end of the primary term, a part but not all of the land covered by this lease, on a surface acreage basis, is not included within a unit or units in accordance with the other provisions hereof, this lease shall terminate as to such part, or parts, of the land lying outside such unit or units, unless this lease is perpetuated as to such land outside such unit or units by operations conducted thereon or by the production of oil, gas or other minerals, or by such operations and such production in accordance with the provisions hereof."

Using BR, we find thematically matching candidate clauses across the entire data set within seconds and create a database marker where those candidate matches exist.  This marker is then a faceted search term in the user interface.

BR also supports positional search, which is also unique in the industry.  For example, if we wanted to find a lease number on the same row of data as a specific survey/abstract, that is a supported query.  That is impossible to perform in any other search engine.

13

