SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
Shannon D. Sweeney, SBN 204868
Sweeney@sullivanhill.com
Michael A. Zarconi, SBN 288970
Zarconi@sullivanhill.com
600 B Street, Suite 1700
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

Attorneys for Defendants:
MARK A. WILLIS; BEYOND REVIEW, LLC; IMAGE ENGINE, LLC; and WILLIS GROUP, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>Defendants. | Case No.: 3:17-cv-00079-H-LL<br><br>**REQUEST FOR ENTRY OF FINAL JUDGMENT AND DISMISSAL AS TO DEFENDANTS BEYOND REVIEW, LLC; IMAGE ENGINE, LLC; AND WILLIS GROUP, LLC**<br><br>[Fed. R. Civ. Proc. 58] |

Pursuant to Rule 58(d) of the Federal Rules of Civil Procedure; the Court's ORDER: (1) GRANTING IN PART AND DENYING IN PART WILLIS DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; AND [Doc. No. 136] (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OF PLAINTIFF'S SECURITIES EXCHANGE ACT CLAIM AGAINST DEFENDANT MARK A. WILLIS [Doc. No. 138] entered on December 6, 2019 [*see* Doc. No. 159];

and the Court's PRETRIAL ORDER entered on December 16, 2019 [*see* Doc. No. 163, lns. 18-22 at 2], Defendants BEYOND REVIEW, LLC ("Beyond Review"), IMAGE ENGINE, LLC ("Image Engine"), and WILLIS GROUP, LLC ("Willis Group") respectfully request the Clerk of the Court separately execute and enter final judgment and dismissal as to Defendants Beyond Review, Image Engine and Willis Group as follows:

1.) As to Defendant Beyond Review:

    a. That Plaintiff Ensource Investments LLC recover nothing from Beyond Review;

    b. That all claims by Plaintiff Ensource Investment LLC against Beyond Review in this action were decided on the merits in favor of Beyond Review and against Ensource Investment LLC by the Hon. Judge Marilyn L. Huff upon the Defendants' motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure; and

    c. That Beyond Review be dismissed from this action, with prejudice.

2.) As to Defendant Image Engine:

    a. That Plaintiff Ensource Investments LLC recover nothing from Image Engine;

    b. That all claims by Plaintiff Ensource Investment LLC against Image Engine in this action were decided on the merits in favor of Image Engine and against Ensource Investment LLC by the Hon. Judge Marilyn L. Huff upon the Defendants' motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure; and

    c. That Image Engine be dismissed from this action, with prejudice.

/ / /

/ / /

3.) As to Defendant Willis Group:

    a. That Plaintiff Ensource Investments LLC recover nothing from Willis Group;

    b. That all claims by Plaintiff Ensource Investment LLC against Willis Group in this action were decided on the merits in favor of Willis Group and against Ensource Investment LLC by the Hon. Judge Marilyn L. Huff upon the Defendants' motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure; and

    c. That Willis Group be dismissed from this action, with prejudice.

As the prevailing parties with respect to all of the claims asserted by Ensource Investments LLC, Defendants Beyond Review, Image Engine, and Willis Group will timely and separately file memoranda of costs upon entry of the final judgments requested herein.

WHEREFORE, Defendants Beyond Review, Image Engine, and Willis Group hereby request the Clerk of the Court separately enter judgment in their respective favors and dismiss them from this action pursuant to Rule 58(b)(1)(C) of the Federal Rules of Civil Procedure as set forth above.

Dated: December 17, 2019

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation

By: /s/ Michael A. Zarconi
Shannon D. Sweeney
Michael A. Zarconi
Attorneys for Defendants:
MARK A. WILLIS; BEYOND REVIEW, LLC; IMAGE ENGINE, LLC; and WILLIS GROUP. LLC

SULLIVAN, HILL, LEWIN, REZ & ENGEL, APLC
Shannon D. Sweeney, SBN 204868
 Sweeney@sullivanhill.com
Michael A. Zarconi, SNB 288970
 zarconi@sullivanhill.com
600 B Street, Suite 1700
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372
9404.17558

Attorneys for Defendant BOSA DEVELOPMENT CALIFORNIA II, INC.

**UNITED STATES DISTRICT COURT**

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>   Plaintiff,<br><br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>   Defendants. | CASE NO. 17CV0079 HJMA<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Shauna M. Matheny, am a citizen of the United States and am at least eighteen years of age. My business address is 600 B Street, Suite 1700, San Diego, California 92101. My electronic notification address is *matheny@sullivanhill.com*.

I am not a party to the above-entitled action. I have caused service of the following document(s):

407892-v1                                   1                        Case No. 19-cv-01847-JM-MDD
CERTIFICATE OF SERVICE

by electronic mail on all parties to the email address provided in the CM/ECF System. A copy of this electronic mail is available for review and retained in our files.

    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on December 17, 2019 at San Diego, California.



Shauna M. Matheny