UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>                                        Plaintiff,<br><br>v.<br><br>THOMAS P. TATHAM, et al.,<br><br>                                        Defendants. | Case No.: 3:17-cv-00079-H-LL<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS BEYOND REVIEW, LLC, IMAGE ENGINE, LLC, AND WILLIS GROUP, LLC**<br><br>[Doc No. 165.] |

On December 6, 2019, the Court granted summary judgment on all claims in favor of Defendants Beyond Review, LLC, Image Engine, LLC, and Willis Group, LLC. (Doc. No. 159.) In the final pretrial order issued on December 16, 2019, the Court instructed Defendants to submit a request for judgment before the Court enters judgment and dismisses these Defendants from the case. (Doc. No. 163.) On December 17, 2019, Defendants submitted their request for entry of judgment and dismissal. (Doc. No. 165.) Accordingly, under Federal Rule of Civil Procedure 58(a), the Court will enter judgment in favor of Defendants Beyond Review, LLC, Image Engine, LLC, and Willis Group, LLC on all claims in this action. The Court also directs the Clerk to dismiss Defendants Beyond Review, LLC, Image Engine, LLC, and Willis Group, LLC from the case. The case will remain open with regards to Defendant Mark A. Willis.

**IT IS SO ORDERED.**

DATED: December 18, 2019

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT