AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | | |
|---|---|---|
| Ensource Investments LLC, a Delaware limited liability company, Plaintiff<br>v.<br>Thomas P. Tatham, and individual; Mark A. Willis, an individual; et al. | ) ) ) ) ) | Case No.: 17CV0079 H LL<br>Hearing Date: tbd<br>Hearing Time: tbd<br>Hearing Location: Clerk's Office<br>333 West Broadway, Ste. 420<br>San Diego, CA 92101 |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  12/18/2019  against  Plaintiff ,
                                _Date_
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ........................................................... | $ 0.00 |
| Fees for service of summons and subpoena ........................................ | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 5,211.57 |
| * Fees are 3/4 of invoiced amount due to only 3 defendants' receiving entered judgment *<br>Fees and disbursements for printing........................................... | 0.00 |
| Fees for witnesses *(itemize on page two)* ........................................ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................... | 0.00 |
| Docket fees under 28 U.S.C. 1923 ............................................ | 0.00 |
| Costs as shown on Mandate of Court of Appeals .................................. | 0.00 |
| Compensation of court-appointed experts ....................................... | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0.00 |
| Other costs *(please itemize)* ................................................ | 0.00 |
| TOTAL | $ 5,211.57 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

  I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service   ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:   Aaron Saddock, Esq., Bonnie McKnight, Esq. and Richard Nawracaj, Esq.

Name of Attorney:   Shannon D. Sweeney

For:   Beyond Review, LLC, Image Engine, LLC and Willis Group, LLC    Date:  January 2, 2020
      _Name of Claiming Party_

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____  By: _____  _____
  _Clerk of Court_         _Deputy Clerk_         _Date_

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# EXHIBIT A

# INVOICE

**Peterson Reporting**
Nationwide Litigation

530 B Street Suite 350        800 649 6353 toll-free
San Diego, CA 92101          619 260 1069 tel
petersonreporting.com        619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 416636 | 11/13/2018 | 233971 |
| **Job Date** | **Case No.** | |
| 10/29/2018 | 17CV0079 H JMA | |
| **Case Name** | | |
| Ensource Investment v. Thomas P. Tatham | | |
| **Payment Terms** | | |
| Due upon receipt | | |



Shannon Sweeney
Sullivan, Hill, Rez & Engel
600 B Street
17th Floor
San Diego CA  92101-3540

Original DVD to the deposition of:
　Justin Pannu                                                                                           1,405.50

　　　　　　　　　　　　　　　　　　　　　　　TOTAL DUE  >>>        $1,405.50
　　　　　　　　　　　　　　　　　　　　　　　AFTER 12/28/2018  PAY     $1,546.05

Access your transcripts, invoices and more on our secure online repository by emailing calendar@petersonreporting.com for your username, password and link to your exclusive web page.

Thank you for calling Peterson Reporting!

NOV 2 6 2018

09404-17558

SDS
APPROVE & SEND TO ACTG

**Tax ID:** 33-0684781                                                           Phone: 619-233-4100   Fax:619-231-4372

*Please detach bottom portion and return with payment.*

Shannon Sweeney
Sullivan, Hill, Rez & Engel
600 B Street
17th Floor
San Diego CA  92101-3540

Invoice No.   : 416636
Invoice Date  : 11/13/2018
**Total Due**   : **$ 1,405.50**
AFTER 12/28/2018  PAY  $1,546.05

Remit To:  **Peterson Reporting Video & Litigation Services**
　　　　　**530 B Street , Suite 350**
　　　　　**San Diego CA  92101-4403**

Job No.     : 233971
BU ID       : US
Case No.    : 17CV0079 H JMA
Case Name   : Ensource Investment v. Thomas P. Tatham

Exhibit A
Page 2

# INVOICE

**Peterson** Reporting
Nationwide Litigation

530 B Street Suite 350
San Diego, CA 92101
petersonreporting.com

800 649 6353 toll-free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 416702 | 10/31/2018 | 233972 |
| **Job Date** | **Case No.** | |
| 10/29/2018 | 17CV0079 H JMA | |
| **Case Name** | | |
| Ensource Investment v. Thomas P. Tatham | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Shannon Sweeney
Sullivan, Hill, Rez & Engel
600 B Street
17th Floor
San Diego CA  92101-3540

Video Conferencing
    Justin Pannu                                                                                                  150.00

TOTAL DUE >>>                     **$150.00**
AFTER 12/15/2018  PAY          $165.00

Access your transcripts, invoices and more on our secure online repository by emailing calendar@petersonreporting.com for your username, password and link to your exclusive web page.

Thank you for calling Peterson Reporting!

Approve Form of Pymt & Send to Acct'g
Advance Costs
Defer Costs
Direct Bill

9404-17558

NOV 15 2018

**Tax ID:** 33-0684781                                                                 Phone: 619-233-4100  Fax:619-231-4372

*Please detach bottom portion and return with payment.*

Shannon Sweeney
Sullivan, Hill, Rez & Engel
600 B Street
17th Floor
San Diego CA  92101-3540

Invoice No.   : 416702
Invoice Date  : 10/31/2018
**Total Due**     : **$ 150.00**
AFTER 12/15/2018  PAY  $165.00

Remit To:  **Peterson Reporting Video & Litigation Services**
           **530 B Street , Suite 350**
           **San Diego CA  92101-4403**

Job No.    : 233972
BU ID      : TC
Case No.   : 17CV0079 H JMA
Case Name  : Ensource Investment v. Thomas P. Tatham

Exhibit A
Page 3

# INVOICE

**Peterson Reporting**
Nationwide Litigation

530 B Street Suite 350
San Diego, CA 92101
petersonreporting.com

800 649 6353 toll-free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 417312 | 11/26/2018 | 233970 |

| Job Date | Case No. |
|---|---|
| 10/29/2018 | 17CV0079 H JMA |

| Case Name |
|---|
| Ensource Investment v. Thomas P. Tatham |

| Payment Terms |
|---|
| Due upon receipt |

RECEIVED DEC ... 2...
BY: [signature]

# 9404-17558

Shannon Sweeney
Sullivan, Hill, Rez & Engel
600 B Street
17th Floor
San Diego CA 92101-3540

DEC - 5 2018

Original and one certified transcript of the deposition of:

| | | | |
|---|---|---|---|
| Justin Pannu | | 336.00 Pages | 1,622.88 |
| ✓ Hourly | | 7.00 Hours | 245.00 |
| ✓ Over-time | | | 75.00 |
| Delivery | | | 18.00 |
| Production and Processing | | | 39.50 |
| Exhibit(s) | | 345.00 | 165.60 |
| Color Exhibit(s) | This Replaces Inv | 8.00 | 8.00 |
| Exhibit Book(s) | #417023 Voided per | 2.00 | 20.00 |
| Condensed Transcript | Peterson | | 25.00 |
| Litigation Support Package | SDS | | 35.00 |
| Tabs | Approve Form of Pymt & Send to Acct'g | 74.00 | 35.52 |
| Rough ASCII | Advance Costs | 278.00 | 417.00 |
| Archiving fee | | | 18.00 |

Defer Costs ____
Direct Bill ____

TOTAL DUE >>> **$2,724.50**
AFTER 1/10/2019 PAY $2,996.95

Access your transcripts, invoices and more on our secure online repository by emailing calendar@petersonreporting.com for your username, password and link to your exclusive web page.

**Tax ID:** 33-0684781                        Phone: 619-233-4100    Fax:619-231-4372

*Please detach bottom portion and return with payment.*

Shannon Sweeney
Sullivan, Hill, Rez & Engel
600 B Street
17th Floor
San Diego CA 92101-3540

Invoice No.   : 417312
Invoice Date  : 11/26/2018
**Total Due**    : **$ 2,724.50**
AFTER 1/10/2019 PAY $2,996.95

Remit To: **Peterson Reporting Video & Litigation Services**
**530 B Street, Suite 350**
**San Diego CA 92101-4403**

Job No.    : 233970
BU ID      : SD
Case No.   : 17CV0079 H JMA
Case Name  : Ensource Investment v. Thomas P. Tatham

Exhibit A
Page 4

# INVOICE

**Peterson Reporting**
Nationwide Litigation

530 B Street Suite 350
San Diego, CA 92101
petersonreporting.com

800 649 6353 toll-free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 417312 | 11/26/2018 | 233970 |
| **Job Date** | **Case No.** | |
| 10/29/2018 | 17CV0079 H JMA | |
| **Case Name** | | |
| Ensource Investment v. Thomas P. Tatham | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Shannon Sweeney
Sullivan, Hill, Rez & Engel
600 B Street
17th Floor
San Diego CA  92101-3540

Thank you for calling Peterson Reporting!

**Tax ID:** 33-0684781

Phone: 619-233-4100    Fax:619-231-4372

*Please detach bottom portion and return with payment.*

---

Shannon Sweeney
Sullivan, Hill, Rez & Engel
600 B Street
17th Floor
San Diego CA  92101-3540

Invoice No.   : 417312
Invoice Date  : 11/26/2018
**Total Due**   : **$ 2,724.50**
AFTER 1/10/2019  PAY  $2,996.95

Remit To:  **Peterson Reporting Video & Litigation Services**
**530 B Street , Suite 350**
**San Diego CA  92101-4403**

Job No.    : 233970
BU ID      : SD
Case No.   : 17CV0079 H JMA
Case Name  : Ensource Investment v. Thomas P. Tatham

Exhibit A
Page 5

**Veritext LLC, Kramm Court Reporting Division**
**Western Region**



550 West C Street, Ste 800
San Diego CA 92101
Tel. 800.939.0080 Fax.
Fed. Tax ID: 20-3132569

| Bill To: | Shannon Sweeney<br>Sullivan Hill Lewin Rez & Engel<br>600 B Street<br>Suite 1700<br>San Diego, CA, 92101-3570 | **Invoice #:** | KRM3783420 |
|---|---|---|---|
| | | **Invoice Date:** | 5/20/2019 |
| | | **Balance Due:** | $763.06 |

| Case: | Ensource v. Tatham |
|---|---|
| Job #: | 3298492 | Job Date: 4/30/2019 | Delivery: Normal |
| Billing Atty: | Shannon Sweeney |
| Location: | Veritext - Boston, MA |
| | 101 Arch Street | Suite 650<br>Boston, MA 02110 |
| Sched Atty: | Bonnie E. McKnight Esq. | Panakos Law APC |

| Witness | Description | Amount |
|---|---|---|
| Susan Willard-Killen | Certified Transcript | $763.06 |
| **Notes:** | **Invoice Total:** | $763.06 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $763.06 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

71690

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | KRM3783420 |
|---|---|
| Job #: | 3298492 |
| Invoice Date: | 5/20/2019 |
| Balance: | $763.06 |

Exhibit A
Page 6

**Veritext LLC, Kramm Court Reporting Division**
**Western Region**



550 West C Street, Ste 800
San Diego CA 92101
Tel. 800.939.0080 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

| | | | |
|---|---|---|---|
| **Bill To:** | Shannon Sweeney<br>Sullivan Hill Lewin Rez & Engel<br>600 B Street<br>Suite 1700<br>San Diego, CA, 92101-3570 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | KRM3808063<br>6/26/2019<br>$495.00 |

| | |
|---|---|
| **Case:** | Ensource v. Tatham |
| **Job #:** | 3403611 \| Job Date: 6/5/2019 \| Delivery: Normal |
| **Billing Atty:** | Shannon Sweeney |
| **Location:** | Veritext - Houston, TX |
| | 4295 San Felipe St \| Suite 125<br>Houston,, TX 77027 |
| **Sched Atty:** | Bonnie E. McKnight Esq. \| Panakos Law APC |

| Witness | Description | Amount |
|---|---|---|
| Brent Stanley | Veritext Virtual Primary Participants | $495.00 |
| **Notes:** | **Invoice Total:** | $495.00 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $495.00 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

71690

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | KRM3808063 |
| **Job #:** | 3403611 |
| **Invoice Date:** | 6/26/2019 |
| **Balance:** | $495.00 |

Exhibit A
Page 7

**Veritext LLC, Kramm Court Reporting Division**
**California Region**

550 West C Street, Ste 800
San Diego CA 92101
Tel. 800.939.0080 Fax. 949-608-3438
Fed. Tax ID: 20-3132569



| Bill To: | Shannon Sweeney<br>Sullivan Hill Lewin Rez & Engel<br>600 B Street<br>Suite 1700<br>San Diego, CA, 92101-3570 | | Invoice #: | KRM4021500 |
|---|---|---|---|---|
| | | | Invoice Date: | 11/5/2019 |
| | | | Balance Due: | $890.95 |

| Case: | Ensource v. Tatham |
|---|---|
| Job #: | 3403611 | Job Date: 6/5/2019 | Delivery: Normal |
| Billing Atty: | Shannon Sweeney |
| Location: | Veritext - Houston, TX |
| | 4295 San Felipe St | Suite 125<br>Houston,, TX 77027 |
| Sched Atty: | Bonnie E. McKnight Esq. | Panakos Law APC |

| Witness | Description | Amount |
|---|---|---|
| Brent Stanley | Certified Transcript | $890.95 |

| Notes: | | Invoice Total: | $890.95 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $890.95 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

71690

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | KRM4021500 |
|---|---|
| Job #: | 3403611 |
| Invoice Date: | 11/5/2019 |
| Balance: | $890.95 |

Exhibit A
Page 8

**Veritext LLC, Kramm Court Reporting Division**
**California Region**

550 West C Street, Ste 800
San Diego CA 92101
Tel. 800.939.0080 Fax. 949-608-3438
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| **Bill To:** | Shannon Sweeney<br>Sullivan Hill Lewin Rez & Engel<br>600 B Street<br>Suite 1700<br>San Diego, CA, 92101-3570 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | KRM4021623<br>11/5/2019<br>$519.75 |

| | |
|---|---|
| **Case:** | Ensource v. Tatham |
| **Job #:** | 3298489 \| Job Date: 4/29/2019 \| Delivery: Normal |
| **Billing Atty:** | Shannon Sweeney |
| **Location:** | Veritext - Washington, DC<br>1250 Eye Street NW \| Suite 350<br>Washington, DC 20005 |
| **Sched Atty:** | Bonnie E. McKnight Esq. \| Panakos Law APC |

| Witness | Description | | Amount |
|---|---|---|---|
| Joseph V. Haynes | Certified Transcript | | $519.75 |
| **Notes:** | | **Invoice Total:** | $519.75 |
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $519.75 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| | | | |
|---|---|---|---|
| | **To pay online, go to**<br>**www.veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:**    KRM4021623<br>**Job #:**    3298489<br>**Invoice Date:**    11/5/2019<br>**Balance:**    $519.75 |

71690

Exhibit A
Page 9