SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
Shannon D. Sweeney, SBN 204868
Michael A. Zarconi, SBN 288970
E-mail: Sweeney@sullivanhill.com
600 B Street, Suite 1700
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

Attorneys for Defendants,
MARK A. WILLIS; BEYOND REVIEW, LLC;
IMAGE ENGINE, LLC; and WILLIS GROUP, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50, <br><br> Defendants. | CASE NO. 17CV0079 H LL <br><br> **THE WILLIS GROUP, LLC'S MOTION FOR ATTORNEY'S FEES AGAINST PLAINTIFF AND ITS MEMBERS** <br><br> DATE: February 3, 2020 <br> TIME: 10:30 a.m. <br> JUDGE: Hon. Marilyn L. Huff |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** pursuant to Rule 54(d)(2) of the Federal Rules of Civil Procedure that on February 3, 2020, at 10:30 a.m. in Courtroom 15A of the James A. Carter and Judith N. Keep United States Courthouse, located at 333 West

Broadway, San Diego, California 92101, Defendant Willis Group will, and hereby does, move for an award of attorneys' fees in the amount of $96,914.03 pursuant to section 13.10 of the Third Amended and Restated Company Agreement of Hopewell-Pilot Project LLC ("Agreement") to which both Plaintiff and Willis Group are parties. Such Agreement mandates that Members of Hopewell are to be indemnified (and attorneys' fees paid) by other Hopewell Members for litigation brought as a result of their Hopewell business activities. This provision was part of a negotiated Agreement that Plaintiff's counsel approved as a condition precedent to Plaintiff's Hopewell investment. The amount sought is an equal portion of the total amount of attorneys' fees incurred by the Willis Defendants (the Willis Group, Mark Willis, Image Engine and Beyond Review) in the defense of this litigation to date.

Final Judgment was entered in favor of the Willis Group on December 19, 2019, after it successfully moved for summary judgment against Plaintiff.

The Motion will be based upon:

1. This Notice of Motion and Motion;

2. The Memorandum of Points and Authorities in support of its Motion;

3. The Declaration of Shannon Sweeney in support of the Motion;

4. The Declaration of Mark A. Willis in support of the Motion;

5. any cross-motion, opposition, reply, surreply, or supplemental papers submitted in connection with the Motion;

6. any evidentiary objections submitted in support of the Motion;

7. any proposed orders, tentative rulings, orders, or ruling filed or entered in connection with the Motion;

8. the pleadings, papers, or orders filed, served, and/or entered, and the proceedings to date, in this action and/or any related action(s);

9. proof of service of the foregoing pleadings, papers and orders;

10. any matters of which the Court may or must take judicial notice;

11. the comments and arguments of counsel and any evidence submitted at any oral hearings conducted in connection with the Motion; and

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

12.    such and other further matters as are just and proper.

Dated:    January 2, 2020            SULLIVAN HILL REZ & ENGEL
                                     A Professional Law Corporation


                                By:    */s/ Shannon D. Sweeney*
                                       Shannon D. Sweeney
                                       Attorneys for Defendants,
                                       MARK A. WILLIS; BEYOND REVIEW,
                                       LLC; IMAGE ENGINE, LLC; and
                                       WILLIS GROUP, LLC