SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
Shannon D. Sweeney, SBN 204868
Michael A. Zarconi, SBN 288970
E-mail: Sweeney@sullivanhill.com
600 B Street, Suite 1700
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

Attorneys for Defendants,
MARK A. WILLIS; BEYOND REVIEW, LLC;
IMAGE ENGINE, LLC; and WILLIS GROUP, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>Defendants. | CASE NO. 17CV0079 H LL<br><br>**DECLARATION OF SHANNON D. SWEENEY IN SUPPORT OF THE WILLIS GROUP, LLC'S MOTION FOR ATTORNEY'S FEES AGAINST PLAINTIFF AND ITS MEMBERS**<br><br>DATE: February 3, 2020<br>TIME: 10:30 a.m.<br>JUDGE: Hon. Marilyn L. Huff |

I, Shannon D. Sweeney, declare as follows:

1. I am an attorney duly admitted to practice before this court. I am a shareholder in the law firm of Sullivan Hill Rez & Engel, A Professional Law Corporation (hereafter "Sullivan Hill"), counsel of record for Defendants, MARK A. WILLIS; BEYOND REVIEW, LLC; IMAGE ENGINE, LLC; and WILLIS GROUP, LLC. (the "Willis Defendants"). I was admitted to practice law in California, and in

the United States District Courts in California, in 1999. I have been a practicing attorney in good standing since that time. I make this declaration based on matters within my personal knowledge, and if called, would and could testify to the matters stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of the Third Amended and Restated Company Agreement of Hopewell-Pilot Project, LLC dated September 1, 2016 (Final Version, fully executed).

3. Attached hereto as Exhibit B is a true and correct copy of a September 12, 2016 email from Richard Nawracaj to Thomas Tatham regarding the agreed terms of the investment by Plaintiff. This email memorializes that the satisfactory negotiation and revision of the Company Agreement was a condition precedent to Plaintiff's investment.

4. Attached hereto as Exhibit C is a true and correct copy of an August 27, 2016 email from Justin Pannu to Thomas Tatham.

5. On December 19, 2019 the Court entered judgment in favor of the Willis Group, LLC (along with the other Willis entities). As of the date of the Judgment the Willis Defendants' attorneys' fees are $388,107.82.

6. From January 1, 2017 through October 1, 2017, Willis Defendants were represented by Patterson PC in Houston, Texas ("Patterson"). During that time, Patterson also represented co-defendants Thomas P. Tatham and his company PDP Management Group, LLC. Patterson's actions on behalf of the defendants in the action benefitted all of the defendants equally. Thus, the fees attributable to the Willis Group, LLC are 1/6 of the total fees (it was one of six defendants being represented by Patterson). Such amount is $1,473.90.

7. Attached hereto as Exhibit D is a true and correct copy of invoices and billing statements from Patterson. The time entries that have been redacted in full are time entries that include time not being sought in connection with this Motion. The time entries where only the description is redacted are entries where the fees are being

claimed by Willis Group, LLC. Such entries have been redacted because the litigation is ongoing against Mark Willis and such entries contain litigation strategies which are protected by the attorney work product. The Willis Group will make such invoices available for unredacted *in camera* examination at the Court's request.

8. On October 2, 2017, Sullivan Hill began representing the Willis Defendants. Willis Group, LLC is claiming one fourth of the amount of all invoices from the November 2017 invoice through the December 12, 2019 invoice reflecting fees billed through November 2019. That amount is $95,440.13.

9. Attached hereto as Exhibit E is a true and correct copy of Sullivan Hill's invoices from November 07, 2017 (encompassing October 2017 time) through December 12, 2019 (encompassing November 2019 time). Such invoices do not contain the billing descriptions because the litigation is ongoing against Mark Willis and such entries contain litigation strategies which are protected by the attorney work product. The Willis Group will make the complete invoices available for unredacted *in camera* examination at the Court's request. In total, the Willis Group's law firms have billed approximately 1309.20 hours between January 2017 and the end of November 2019 in defending this action

10. Attached hereto as Exhibit F is a true and correct copy of excerpts of the deposition of Justin Pannu, Ensource's Person Most Qualified, taken on October 29, 2018.

11. Attached hereto as Exhibit G is a true and correct copy of the Hopewell-Pilot Project, LLC Initial Additional Equity Shares Subscription Agreement dated September 29, 2016.

12. Attached hereto as Exhibit H is a true and correct copy of an email chain between Justin Pannu to Tom Tatham dated September 29, 2016 and ending with an email from Tom Tatham to Justin Pannu dated September 30, 2016 regarding "EnSource Subscription Agreement to Hopewell Pilot-Project LLC." These emails show the transmittal of the fully executed Third Amended and Restated Company

Agreement of Hopewell-Pilot Project, LLC dated September 1, 2016 (Exhibit A) and the Hopewell-Pilot Project, LLC Initial Additional Equity Shares Subscription Agreement dated September 29, 2016 (Exhibit G).

13. Since October 2017, I have been the primary attorney on this case. My hourly rate, along with the other timekeepers at the Firm, has increased each year. My hourly rate was $350 in 2017, $400 in 2018, and $425 in 2019. In 2020, my rate will be $445 an hour. These rates are eminently reasonable in the California legal market. In fact, my 2020 rate is significantly lower than my non-partner billing rate at Baker & McKenzie a decade ago ($585). Sullivan Hill's paralegal rates are also reasonable. Erin Barber is the paralegal staffed on this case. Since the case began, her rates have been $175, $185 and will be $215 in 2020.

14. I believe that the hours billed on this complex matter were reasonable. Plaintiff has aggressively prosecuted this case notwithstanding that the amount of economic damages are limited by the amount Plaintiff invested in Hopewell (maximum $430,000). Despite such aggressive tactics, the Willis Defendants conscientiously defended the case leanly: only one deposition was noticed (and I did not travel to the three cross-country depositions subpoenaed by Plaintiff), written discovery was extremely limited, and no experts were retained by the Willis Defendants. Such decisions were made, in large part, in an attempt to limit the amount of attorney's fees.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 2nd day of January 2020 at San Diego, California.

*s/ Shannon D. Sweeney*
Shannon D. Sweeney, Esq.