SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
Shannon D. Sweeney, SBN 204868
Michael A. Zarconi, SBN 288970
E-mail: Sweeney@sullivanhill.com
600 B Street, Suite 1700
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

Attorneys for Defendants,
MARK A. WILLIS; BEYOND REVIEW, LLC;
IMAGE ENGINE, LLC; and WILLIS GROUP, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>Defendants. | CASE NO. 17CV0079 H LL<br><br>**DECLARATION OF MARK A WILLIS IN SUPPORT OF THE WILLIS GROUP, LLC'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR ATTORNEY'S FEES AGAINST PLAINTIFF AND ITS MEMBERS**<br><br>DATE: February 3, 2020<br>TIME: 10:30 a.m.<br>JUDGE: Hon. Marilyn L. Huff |

I, Mark A. Willis, declare as follows:

1. I am the principal at the Willis Group, and I was one of the managers of both Hopewell-Pilot Project, LLC ("Hopewell") and Title Rover, LLC ("Title Rover")

before they both went bankrupt. I make this declaration based on matters within my personal knowledge, and if called, would and could testify to the matters stated herein.

2. The Willis Group is an entity that provided office space, IT support and phone services to Hopewell and Title Rover. The Willis Group also invested in, and lent money to, Hopewell.

3. When I, the Willis Group, and other entities were sued by Plaintiff in January 2017, we were represented by Pete Patterson at Patterson PC. Local counsel in San Diego was Gomez Trial Attorneys. Patterson PC and Gomez Trial Attorneys represented all defendants until October 1, 2017, when I, the Willis Group, Image Engine and Beyond Review (collectively, the "Willis Defendants") retained Sullivan Hill and it substituted into this case as attorney of record for the Willis Defendants.

4. The Willis Defendants' engagement letter with Sullivan Hill mandates that the Willis Defendants are jointly and severally responsible for payment of attorneys' fees and costs.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 2nd day of January 2020 at Houston, Texas.

*/s/ Mark A. Willis*
Mark A. Willis