# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>                                       Plaintiff,<br><br>v.<br><br>MARK A. WILLIS,<br><br>                                       Defendant. | Case No.: 3:17-cv-00079-H-LL<br><br>**ORDER DESIGNATING JURY QUESTIONNAIRE** |

The Court, having reviewed the parties' proposed jury questionnaire, modifies the proposed questionnaire and designates the questionnaire attached to this Order for use in the above case.

**IT IS SO ORDERED.**

DATED: January 6, 2020

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT