UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MARK A. WILLIS,<br><br>　　　　　　　　　　Defendant. | Case No.: 3:17-cv-00079-H-LL<br><br>**JURY QUESTIONNAIRE** |

<u>CASE DESCRIPTION</u>

　　　Plaintiff is suing Defendant for securities fraud and intentional misrepresentation relating to Plaintiff's investment in an oil and gas exploration company, Hopewell Pilot Project LLC. Defendant denies liability for each of Plaintiff's claims.

1.　Are you available for jury service from February 4, 2020 to February 14, 2020?
Yes____ No____ If no, explain: _____
_____

2. Are there any medical problems (for example, problems with your vision or hearing) that may affect your ability to serve as a juror?
Yes____ No____ If yes, explain:
_____
_____

3. Is there any ethical, religious, political, or other belief that may prevent you from serving as a fair and impartial juror?
Yes____ No____ If yes, explain:
_____
_____

4. Have you ever served on a jury before?
   Yes____ No____
   If yes, when? _____
   If yes, was it a civil or criminal case? _____
   If yes, did the jury reach a verdict? _____
   If yes, is there anything about your prior service as a juror that would prevent you from being fair and impartial? _____
   _____

5. Will you follow the law as the Court gives it to you, whether you agree with it or not?
Yes____ No____ If no, explain:
_____
_____

/ / /

6. Please list the following information:

Name: _____

Gender: _____

Marital Status: _____

Age:_____

Highest Level of Education Completed: _____

Degrees Received:_____

College or University attended:_____

7. Do you speak and read English fluently?

Yes____ No____

_____

_____

8. The parties of this case and their respective attorneys are: Plaintiff Ensource Investments LLC is represented by attorneys Richard Nawracaj of the Law Offices of Richard E. Nawracaj and Aaron D. Sadock and Veronica (Bonnie) E. McKnight of Panakos Law, APC. Defendant Mark Willis is represented by Shannon Sweeney and Michael Zarconi of Sullivan Hill Rez & Engel, APLC.

   Do you know any of the parties or attorneys?

Yes____ No____ If yes, explain:

_____

_____

Do you know any person who works or has worked at any of the law firms identified above? If so, who?

_____

9. The witnesses who may be called in this case include: Justin Pannu, Jerry Johns, Brent Stanley, Tom Tatham, Mark Willis, Jason Frankovitz, Chad Martin, Edgar Clifford Sharp III, James Dibble, Jeff Merola, John Martin, Joseph Haynes, Susan Willard-Killen, Steve Ellston, Hank Gamble, Michelle Hansen, Richard Nawracaj, and Trent Stout.

Do you know any of the witnesses?
Yes____ No____ If yes, explain:
_____
_____

10. Are you currently employed?
Yes____ No____

11. If you are employed, what is your occupation and employer? If you are not employed, what was your most recent occupation and employer, if any?
_____
_____

12. What other significant jobs have you had? _____
_____
_____

Spouse/Significant Other's Occupation and Employer: _____

13. Have you ever worked or have experience in the following fields (check all that apply):

☐ Technology
☐ Investments in securities or stock
☐ Legal

☐ Oil and Gas research or exploration
☐ Software development
☐ Title work
☐ Marketing

14. Some people love to talk about technology and find technology easy to understand. Others don't like technology and find it difficult to understand. Please check which statement best applies to you:

__ I do like technology

__ I find technology difficult to understand

__ other (please explain):

_____

_____

15. Have you, your significant other, or any of your family members ever invested money in a startup company or pilot project?

Yes____ No____ If yes, explain (which one(s)?, was it successful?):

_____

_____

16. Have you, your significant other, or any of your family members ever invested money in the oil and gas sector?

Yes____ No____ If yes, please describe your experience:

_____

_____

17. Have you, your significant other, or any of your family members ever been involved in a private placement or invested money based on a private placement memorandum?

Yes____ No____ If yes, please describe your experience:

_____

_____

18. Have you, your significant other, or any of your family members ever made an investment that failed?

Yes____ No____ If yes, explain:

_____

_____

19. Have you, your significant other, or any of your family members ever been involved in a case alleging securities fraud or fraud?

Yes____ No____ If yes, explain:

_____

_____

20. Do you have any ownership interest in a corporation or LLC, excluding publicly traded shares? If yes, please describe:

_____

_____

21. If yes, do you think this will affect your ability to be an impartial juror in this case?

Yes____ No____

22. Have you ever owned or managed a company? If yes, please describe:

_____

_____

23. Have you ever founded a company? If yes, please describe:

_____

_____

24. Have you ever solicited others to make an investment in your company? If yes, please describe:

_____

_____

25. Have you ever solicited others to invest in a stock or securities? If yes, please describe:

_____

_____

26. Are you, any of your family members, or your significant other an "Accredited Investor," as that term is defined in the rules of the Securities and Exchange Commission?

_____

_____

27. Hopewell Pilot Project LLC was a Texas company. Have you ever lived or worked in Texas? If so, where? Please describe any experience you have with Texas.

_____

_____

28. Have you ("Self") or a family member ("Family") ever had any training, education, or job-related experience in any of the following? Please check all that apply and explain on the lines provided below.

|  | Self | Family |
|---|---|---|
| a. Technology | ☐ | ☐ |
| b. Software Development | ☐ | ☐ |
| c. Investments | ☐ | ☐ |
| d. Oil and Gas | ☐ | ☐ |
| e. Contracts | ☐ | ☐ |
| f. Law/Court System | ☐ | ☐ |

If yes to any of the above, please explain:

_____

_____

_____

_____

_____

29. Have you, your significant other, or any of your family members ever filed a lawsuit or presented a claim against anyone in any civil case, excluding domestic relations cases (for example, a divorce or custody dispute)?

Yes____ No____

If so, describe the nature of the case:

_____

_____

Did the matter terminate satisfactorily so far as you were concerned?
_____

30. Has anyone ever filed a lawsuit or presented a claim in a civil case against you, your significant other, or any member of your family, excluding domestic relations cases (for example, a divorce or custody dispute)?

Yes____ No____

If so, describe the nature of the case:

_____

_____

Did the matter terminate satisfactorily so far as you were concerned?
_____

31. You may be called upon in this case to award monetary damages. Do you have any religious or other belief that would prevent you from awarding damages if liability for them is established?

Yes____ No____  If yes, explain:

_____

_____

32. During trial, evidence will be presented in a particular order by the parties: the plaintiff goes first and the defendant goes second. Do you believe that you can keep an open mind about what the verdict should be until after both sides have finished, you have gone into the jury room to decide the case, and you have discussed all of the evidence with your fellow jurors?

Yes____ No____

33. Do you agree or disagree with the following statement: If a lawsuit is filed, somebody must have done something wrong. Agree ____ Disagree ____

34.   Is there any other reason why you would not be able to serve as a fair and impartial juror in this case?

Yes____ No____ If yes, explain:

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Date: _____                    _____
                                          Print Name

                                          _____
                                          Signature