SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
Shannon D. Sweeney, SBN 204868
Michael A. Zarconi, SBN 288970
E-mail: Sweeney@sullivanhill.com
600 B Street, Suite 1700
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

Attorneys for Defendant MARK A. WILLIS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>            Defendants. | CASE NO. 17CV0079 H LL<br><br>**DECLARATION OF SHANNON D. SWEENEY IN SUPPORT OF MARK A. WILLIS' MOTION *IN LIMINE* TO EXCLUE EVIDENCE OF STATEMENTS MADE BY THE HONORABLE DAVID R> JONES, UNITED STATES BANKRUPTCY JUDGE, REGARDING DEFENDANT'S CREDIBILITY IN CONNECTION WITH THE HOPWELL- PILOT PROJECT, LLC AND TITLE ROVER, LLC BANKRUPTCY PROCEEDINGS**<br><br>DATE:   February 3, 2020<br>TIME:   10:30 a.m.<br>JUDGE: Hon. Marilyn L. Huff |

I, Shannon D. Sweeney, declare as follows:

1. I am an attorney duly admitted to practice before this court. I am a shareholder in the law firm of Sullivan Hill Rez & Engel, A Professional Law Corporation (hereafter "Sullivan Hill"), counsel of record for Defendants, MARK A. WILLIS ("Mr. Willis"); BEYOND REVIEW, LLC; IMAGE ENGINE, LLC; and WILLIS GROUP, LLC. I was admitted to practice law in California, and in the

1  United States District Courts in California, in 1999. I have been a practicing attorney
2  in good standing since that time. I make this declaration based on matters within my
3  personal knowledge, and if called, would and could testify to the matters stated herein.
4      2.    On November 1, 2019, Plaintiff ENSOURCE INVESTMENTS LLC
5  ("Ensource") and Mr. Willis exchanged their respective initial lists of trial exhibits.
6  Plaintiff identified as Exhibit 712 on its exhibit list a transcript from a motion hearing
7  on March 28, 2018, in the United States Bankruptcy Court for the Southern District of
8  Texas, Case No. 17-32880-H2-11 (the "Hopewell Bankruptcy"), the Honorable Judge
9  David R. Jones presiding. Attached hereto as Exhibit A is a true and correct copy of
10 the March 28, 2018 hearing transcript identified on Plaintiff's trial exhibit list as
11 Exhibit 712.
12     I declare under penalty of perjury under the laws of the United States of
13 America that the foregoing is true and correct.
14     Executed this 13nd day of January 2020 at San Diego, California.

        *s/ Shannon D. Sweeney*
        Shannon D. Sweeney, Esq.