# Exhibit A

**PANAKOS LAW, APC**
Aaron D. Sadock (SBN 282131)
555 West Beech Street, Ste. 500
San Diego, California 92101
Telephone:  (619) 800-0529
Facsimile:   (866) 365-4856
Email: asadock@panakoslaw.com

**RICHARD E. NAWRACAJ**
Law Offices of Richard E. Nawracaj
155 N. Wacker Drive, Suite 4250
Chicago, Illinois 60606
Email: rich.nawracaj@nawracaj-law.com

Attorneys for Plaintiff ENSOURCE INVESTMENTS LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>Defendants. | Case No.: 3:17-CV-00079-H-LL<br><br>**DECLARATION OF JUSTIN PANNU IN SUPPORT OF PLAINTIFF ENSOURCE INVESTMENTS LLC'S OPPOSITION TO THE WILLIS GROUP LLC'S MOTION FOR ATTORNEY'S FEES**<br><br>Date: February 3, 2020<br>Time: 10:30a.m.<br>Courtroom: 15A<br><br>Magistrate Judge: Hon. Linda Lopez<br>District Judge: Hon. Marilyn L. Huff<br>Courtroom: 15A<br>Action filed: January 13, 2017 |

1

I, Justin Pannu, hereby declare:

1. I am currently a Member of the Plaintiff EnSource Investments LLC and have been a Member of the Plaintiff EnSource Investments LLC since the date of its organization.

2. As a Member of the Plaintiff EnSource Investments LLC, I am familiar with all of its activities, including those commonly referred to as "corporate formalities". I have personal knowledge of the facts stated in this declaration and, if called as a witness, could testify competently about them.

3. As of the date of this Declaration, Plaintiff EnSource Investments LLC is in accordance with its Operating Agreement, with well-defined roles for members, well-outlined distribution guidelines, and operational and taxation rules.

4. As of the date of this Declaration, Plaintiff EnSource Investments LLC has met its obligations to hold regular as well as special Member and Manager meetings and conducted voting, where appropriate, to decide matters in accordance with the Company Agreement.

5. As of the date of this Declaration, Plaintiff EnSource Investments LLC has continued to maintain a company bank account that has been used exclusively for its business and which has not co-mingled with any personal or entity matter, transaction or activity of any kind.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 17th day of January, 2020 in San Diego, California.

Dated: January 17, 2020

By: _____
Justin Pannu