# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>　　　　　Defendants. | Case No.: 3:17-CV-00079-H-LL<br><br>**[PROPOSED] JURY QUESTIONS**<br><br>Magistrate Judge: Hon. Linda Lopez<br>District Judge: Hon. Marilyn L. Huff<br>Courtroom: 15A<br>Action filed: January 13, 2017 |

　　Plaintiff Ensource Investments LLC and Defendant Mark A. Willis jointly submit the following proposed jury questions pursuant to the Court's November 26, 2019 Scheduling Order:

1. Have any of you ever worked in the securities or investment industry? If so, in what capacity?

2. Do you have any strong feelings or opinions, either positive or negative, about the securities or investment industry?

3. Have you ever worked in technology or engineering? If so, in what capacity?

4. Have you ever worked in advertising, marketing or sales? If so, in what capacity?

5. Do you consider yourself to be an experienced investor?

6. How often have you bought or sold securities (such as stocks, bonds, mutual funds or commodities), outside of your own retirement account(s) -- frequently, rarely or never?

7. Have you ever invested privately?

8. When investing, do you typically rely on the advice and recommendations of a professional (like a broker, financial planner or investment adviser)? Please explain.

9. In general, have you (and/or your family members) had positive or negative experiences with investments? Please explain.

10. Do you tend to read all of the emails you receive, including those on which you are copied or cc'd, or just the emails specifically addressed to you?

11. In financial matters, do you consider yourself to be a risk-taker, or more of a cautious person?

12. If you have ever made a risky investment, do you believe that you have assumed the risk of losing that money?

13. Do you believe that there are risks inherent when making an investment in an unproven product or company?

14. When making a securities investment, do you believe that you are guaranteed a return on that investment?

15. In general, do you have a favorable or unfavorable impression of lawyers?

16. Have you, or anyone close to you, felt cheated after losing money from an investment?

17. Do you agree with this statement: "If a person doesn't ask the right questions while investing, or doesn't follow his or her investments carefully, then she or he is responsible for any losses."?

18. Are there any circumstances under which you think it would be appropriate to hold other members of a group responsible for the actions of one or two members? Please explain.

19. In general, do you believe that a person who is sued but settles the lawsuit before trial is probably responsible for what he or she was accused of doing? Please explain.

20. Would you ever consider investing in a start-up company that was being sued for fraud?

21. Do you agree with the following statement: The majority of start-up companies ultimately fail.

22. Can you think of anything in your own life that reminds you of this case? What and how?

23. Is there anything we haven't asked you that you think we should know? Please explain.

Respectfully submitted,

DATED: January 27, 2020          PANAKOS LAW, APC

                                 By:  /s/ Aaron D. Sadock
                                 Attorney for Plaintiff
                                 ENSOURCE INVESTMENTS LLC

DATED:  January 27, 2020         SULLIVAN HILL REZ & ENGEL

                                 By: /s/ Shannon D. Sweeney
                                 Attorney for Defendants MARK A WILLIS;
                                 BEYOND REVIEW, LLC; IMAGE
                                 ENGINE, LLC; and WILLIS GROUP, LLC