**PANAKOS LAW, APC**
Aaron D. Sadock (SBN 282131)
555 West Beech Street, Ste. 500
San Diego, California 92101
Telephone:  (619) 800-0529
Facsimile:   (866) 365-4856
Email: asadock@panakoslaw.com

**RICHARD E. NAWRACAJ**
Law Offices of Richard E. Nawracaj
155 N. Wacker Drive, Suite 4250
Chicago, Illinois 60606
Email: rich.nawracaj@nawracaj-law.com

Attorneys for Plaintiff ENSOURCE INVESTMENTS LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>Defendants. | Case No.: 3:17-CV-00079-H-LL<br><br>**PLAINTIFF'S [PROPOSED] VERDICT FORM**<br><br>Magistrate Judge: Hon. Linda Lopez<br>District Judge: Hon. Marilyn L. Huff<br>Courtroom: 15A<br>Action filed:  January 13, 2017 |

1  Plaintiff Ensource Investments LLC submits the following proposed verdict
2  form attached as **Exhibit A** pursuant to the Court's November 26, 2019 Scheduling
3  Order.
4  Respectfully submitted,

6  DATED: January 27, 2020           PANAKOS LAW, APC

8                                    By:  /s/ Aaron D. Sadock
                                     Attorney for Plaintiff
9                                    ENSOURCE INVESTMENTS LLC

# EXHIBIT A

**We answer the questions submitted to us as follows:**

### Violation of Rule 10b-5 of the Securities Act

1a.     Did Defendant Mark A. Willis make, disseminate, or cause to disseminate untrue or misleading statements of material fact to EnSource Investments LLC in connection with the sale of securities?

Yes          No

1b.     Did Defendant Mark A. Willis omit or cause to omit a material fact necessary under the circumstances to keep the statements that were made from being misleading in connection with the sale of securities?

Yes          No

**If your answer to either question 1a or 1b is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

2.      In making or causing to make these misstatements or omissions, did Defendant Mark A. Willis act [circle only one of the following choices]?

        a. knowingly,

        b. recklessly, or

        c. none of the above?

**If you circled "none of the above", stop here, answer no further questions, and have the presiding juror sign and date this form.**

3.      Did Defendant Mark A. Willis use or cause to be used an instrumentality of interstate commerce, such as electronic mail or telephone, in connection with the sale of securities, regardless of whether the instrumentality itself was used to make an untrue statement?

Yes             No

**If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

4.  Did Plaintiff EnSource Investments LLC justifiably rely on the untrue statement, misstatement, or omission of material fact made or caused to be made by Defendant Mark A. Willis in buying securities?

Yes             No

**If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

5.  Did the untrue statement, misrepresentation or omission cause Plaintiff EnSource Investments LLC to suffer damages?

Yes             No

**If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

6.  Please determine the economic loss incurred by Plaintiff EnSource Investments LLC:

    a.  Investment loss                              $_____

    b.  Interest on Investment Loss              $_____

        Total economic loss                         $_____

### Intentional Misrepresentation

7a.     Did Defendant Mark A. Willis make or cause to make a misrepresentation of material fact to EnSource Investments LLC?

                       Yes           No

7b.     Did Defendant Mark A. Willis omit or cause to omit a material fact necessary under the circumstances to keep the statements that were made from being misleading?

                       Yes           No

**If your answer to either question 7a OR 7b is yes, then answer question 8. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

8.     Did Defendant Mark A. Willis make or cause to make such misrepresentation or omission of material fact with knowledge of its falsity or recklessly without any knowledge of the truth?

                       Yes           No

**If your answer to question 8 is yes, then answer question 9. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

9.     Did Defendant Mark A. Willis make or cause to make such misrepresentation or omission of material fact with the intention that it should be acted on by EnSource Investments LLC?

                       Yes           No

**If your answer to question 9 is yes, then answer question 10. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

      10.    Did Plaintiff EnSource Investments LLC rely on the material misrepresentation or omission suffering injury?

              Yes          No

**If your answer to question 10 is yes, then answer question 11. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

      11.    Did the misrepresentation or omission cause Plaintiff EnSource Investments LLC to suffer damages?

              Yes          No

**If your answer to question 11 is yes, then answer question 12. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

      12.    Do you find by clear and convincing evidence that the harm to EnSource Investments LLC resulted from fraud?

              Yes          No

**If your answer to question 12 is yes, then answer question 13. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

13. What sum of money, if any, if paid now in cash, would fairly and reasonably compensate Plaintiff EnSource Investments LLC for its damages, if any that resulted from such fraud?

      a.    Investment loss                             $_____

      b.    Interest on Investment Loss              $_____

           Total economic loss                        $_____

## **Exemplary Damages**

14. What sum of money, if any, if paid now in cash, should be assessed against Defendant Mark A. Willis and awarded to Plaintiff EnSource Investments LLC as exemplary damages for the conduct found in response to Question No. 12?

"Exemplary damages" means an amount that you may in your discretion award as a penalty or by way of punishment. Factors to consider in awarding exemplary damages are:

    a. The nature of the wrong.
    b. The character of the conduct involved.
    c. The degree of culpability of Defendant Mark A. Willis.
    d. The extent to which such conduct offends a public sense of justice and propriety.
    e. The net worth of Defendant Mark A. Willis.

Section 41.008 of the Civil Practice and Remedies Code limits recovery of exemplary damages. Section 41.008(b) provides:

> Exemplary damages awarded against a defendant may not exceed an amount equal to the greater of:

    (1)(A) two times the amount of economic damages; plus

    (B)  an amount equal to any noneconomic damages found by the jury, not to exceed $750,000; or

    (2)  $200,000.

  Answer in dollars and cents, if any:  $_____

  15. Please determine the total award to be granted to Plaintiff EnSource Investments LLC:

| | | |
|---|---|---|
| a. | Investment loss | $_____ |
| b. | Interest on Investment Loss | $_____ |
| c. | Exemplary damages | $_____ |
| | Total award | $_____ |

Signed: _____  Dated: _____
   Presiding Juror

After all verdict forms have been signed, notify the clerk that you are ready to present your verdict in the courtroom.