SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
Shannon D. Sweeney, SBN 204868
Michael A. Zarconi, SBN 288970
600 B Street, 17th Floor
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372
9404.17558

Attorneys for Defendant MARK A. WILLIS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50, <br><br> Defendants. | Case No. 17cv0079 H LL <br><br> **JOINT *EX PARTE* REQUEST FOR TELEPHONIC CONFERENCE AND/OR PRETRIAL RULING** <br><br> JUDGE:   Hon. Marilyn L. Huff |

As the parties have been working jointly to reach stipulations regarding admissibility of documents that are on our respective exhibit lists, a conflict has arisen for which we seek judicial guidance. Plaintiff believes that the jury should receive all of the exhibits that are admitted (whether pre-admitted or admitted at trial) regardless whether such exhibits are used at trial. Defendant, conversely, believes that the jury

should only receive the exhibits that have both been admitted (whether pre-admitted or admitted at trial) *and* used at trial.

Plaintiff believes that the jury will receive context about the case by review of exhibits and/or time will be saved by being able to reference exhibits. Defendant, conversely, believes that the jury will be confused and unduly burdened by a voluminous amount of material that has not been discussed at trial.

While it is unclear at this point how many exhibits will be pre-admitted via stipulation, the number of requested stipulations, collectively, currently exceeds 550.

Dated:   January 28, 2020  SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation

By:   */s/    Shannon D. Sweeney*
Shannon D. Sweeney
Attorneys for Defendant
MARK A. WILLIS

DATED: January 28, 2020  PANAKOS LAW, APC

By:  */s/ Aaron D. Sadock*
Attorney for Plaintiff ENSOURCE
INVESTMENTS LLC