1   SULLIVAN HILL REZ & ENGEL
    A Professional Law Corporation
2   Shannon D. Sweeney, SBN 204868
    Michael A. Zarconi, SBN 288970
3   600 B Street, 17th Floor
    San Diego, California 92101
4   Telephone:  (619) 233-4100
    Fax Number: (619) 231-4372
5   9404.17558

6   Attorneys for Defendants BEYOND REVIEW, LLC;
    IMAGE ENGINE, LLC; and WILLIS GROUP, LLC
7

8

9                 **UNITED STATES DISTRICT COURT**

10              **SOUTHERN DISTRICT OF CALIFORNIA**

11  ENSOURCE INVESTMENTS LLC,          ) Case No. 3:17-cv-0079-H-LL
    a Delaware limited liability company, )
12                                       ) **NOTICE OF HEARING ON**
                   Plaintiff,            ) **DEFENDANTS BEYOND REVIEW,**
13                                       ) **LLC; IMAGE ENGINE, LLC; and**
    v.                                   ) **WILLIS GROUP, LLC'S AMENDED**
14                                       ) **BILL OF COSTS**
    THOMAS P. TATHAM, an                 )
15  individual; MARK A. WILLIS, an       ) Hearing Date: January 29, 2020
    individual; PDP MANAGEMENT           ) Hearing Time: 10:00 a.m.
16  GROUP, LLC, a Texas limited          )
    liability company; TITLE ROVER,      ) Judgment Entered: December 19, 2019
17  LLC, a Texas limited liability       )
    company; BEYOND REVIEW,              ) Magistrate Judge: Hon. Linda Lopez
18  LLC, a Texas limited liability       ) District Judge:     Hon. Marilyn L. Huff
    company; IMAGE ENGINE, LLC, a        )
19  Texas limited liability company;     )
    WILLIS GROUP, LLC, a Texas           )
20  limited liability company ; and      )
    DOES 1-50,                           )
21                                       )
                   Defendants.           )
22                                       )

23

24

25

26

27

28

                                        1              Case No. 3:17-cv-0079-H-LL

1   **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2   **PLEASE TAKE NOTICE** that on January 29, 2020, at 10:00 a.m., at the

3   Clerk's Office of the United States District Court for the Southern District of

4   California, located at 333 West Broadway, Suite 420, San Diego, California,

5   defendants Image Engine, Beyond Review and the Willis Group will and hereby does

6   move the court for an order awarding costs in the amount of $6,303.76.[1]

7       This motion is made pursuant to Local Rule 54.1(a), on the grounds that

8   Defendants, as the prevailing parties, are entitled to recover their costs.

9       This motion is based on this notice, the Amended Bill of Costs, the

10  Memorandum of Costs, the Declaration of Shannon D. Sweeney and exhibit attached

11  thereto, all pleadings and papers on file in this action, and any other oral or

12  documentary evidence as may be presented at the time of hearing.

13

14

15

16  Dated:    January 30, 2020          SULLIVAN HILL REZ & ENGEL
                                        A Professional Law Corporation
17

18                                  By:   */s/    Shannon D. Sweeney*
                                          Shannon D. Sweeney
19                                        Michael A. Zarconi
                                          Attorneys for Defendants BEYOND
20                                        REVIEW, LLC; IMAGE ENGINE, LLC;
                                          and WILLIS GROUP, LLC
21

22

23

24  [1]    This Notice is filed the day after the hearing with the Clerk, and is being filed

25  belatedly with the permission of the Clerk. The parties participated in the telephonic
    hearing, as noticed above. Plaintiff was represented by attorneys Aaron Sadock and
26  Bonnie McKnight. Defendants were represented by Shannon Sweeney.

27

28

                                    2              Case No. 3:17-cv-0079-H-LL