AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| | |
|---|---|
| Ensource Investments LLC, a Delaware limited liability company, Plaintiff<br>v.<br>Thomas P. Tatham, and individual; Mark A. Willis, an individual; et al. | Case No.: 17CV0079 H LL<br>Hearing Date: 1/29/2020<br>Hearing Time: 10:30 AM TELEPHONIC<br>Hearing Location: Clerk's Office<br>333 West Broadway, Ste. 420<br>San Diego, CA 92101 |

## AMENDED BILL OF COSTS

Judgment having been entered in the above entitled action on __12/18/2019__ against __Plaintiff__,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 0.00 |
| Fees for service of summons and subpoena | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 6,303.76 |
| Fees and disbursements for printing | 0.00 |
| Fees for witnesses *(itemize on page two)* | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | 0.00 |
| Docket fees under 28 U.S.C. 1923 | 0.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs *(please itemize)* | 0.00 |
| **TOTAL** | **$ 6,303.76** |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid
[ ] Other:

s/ Attorney: Shannon D. Sweeney.
Name of Attorney: Shannon D. Sweeney

For: Beyond Review, LLC, Image Engine, LLC and Willis Group, LLC          Date: 1/30/2020
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

Clerk of Court                    Deputy Clerk                    Date

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or  a court order provides otherwise, cost s — other than attorney's fees — should be allo wed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# INVOICE

**Peterson Reporting**
Nationwide Litigation

530 B Street Suite 350
San Diego, CA 92101
petersonreporting.com

800 649 6353 toll-free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 417312 | 11/26/2018 | 233970 |
| Job Date | Case No. | |
| 10/29/2018 | 17CV0079 H JMA | |

**Case Name**
Ensource Investment v. Thomas P. Tatham

**Payment Terms**
Due upon receipt

Shannon Sweeney
Sullivan, Hill, Rez & Engel
600 B Street
17th Floor
San Diego CA  92101-3540

RECEIVED DEC 04 2018 BY:

# 9404-17558

DEC - 5 2018

*This Replaces Inv # 417023 Voided per Peterson*

SDS
Approve Form of Pymt & Send to Acct'g
Advance Costs
Defer Costs
Direct Bill

Original and one certified transcript of the deposition of:

Justin Pannu

| Item | Qty | Unit | Amount |
|---|---|---|---|
| Hourly ✓ | 336.00 | Pages | 1,622.88 |
| Over-time ✓ | 7.00 | Hours | 245.00 |
| Delivery | | | 75.00 |
| Production and Processing | | | 18.00 |
| Exhibit(s) | 345.00 | | 39.50 |
| Color Exhibit(s) | 8.00 | | 165.60 |
| Exhibit Book(s) | 2.00 | | 8.00 |
| Condensed Transcript | | | 20.00 |
| Litigation Support Package | | | 25.00 |
| Tabs | 74.00 | | 35.00 |
| Rough ASCII | 278.00 | | 35.52 |
| Archiving fee | | | 417.00 |
| | | | 18.00 |

**TOTAL DUE >>>   $2,724.50**
AFTER 1/10/2019 PAY   $2,996.95

Access your transcripts, invoices and more on our secure online repository by emailing calendar@petersonreporting.com for your username, password and link to your exclusive web page.

**Tax ID:** 33-0684781

Phone: 619-233-4100   Fax:619-231-4372

*Please detach bottom portion and return with payment.*

---

Shannon Sweeney
Sullivan, Hill, Rez & Engel
600 B Street
17th Floor
San Diego CA  92101-3540

| | | |
|---|---|---|
| Invoice No. | : | 417312 |
| Invoice Date | : | 11/26/2018 |
| **Total Due** | : | **$ 2,724.50** |

AFTER 1/10/2019 PAY $2,996.95

Remit To:  **Peterson Reporting Video & Litigation Services**
**530 B Street, Suite 350**
**San Diego CA  92101-4403**

| | | |
|---|---|---|
| Job No. | : | 233970 |
| BU ID | : | SD |
| Case No. | : | 17CV0079 H JMA |
| Case Name | : | Ensource Investment v. Thomas P. Tatham |

Exhibit A
Page 4

# INVOICE

**Peterson Reporting**
Nationwide Litigation

530 B Street Suite 350
San Diego, CA 92101
petersonreporting.com

800 649 6353 toll-free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 416636 | 11/13/2018 | 233971 |
| Job Date | Case No. | |
| 10/29/2018 | 17CV0079 H JMA | |
| Case Name | | |
| Ensource Investment v. Thomas P. Tatham | | |
| Payment Terms | | |
| Due upon receipt | | |

Shannon Sweeney
Sullivan, Hill, Rez & Engel
600 B Street
17th Floor
San Diego CA  92101-3540


RECEIVED NOV 26 2018 BY:

Original DVD to the deposition of:
   Justin Pannu                                                                                      1,405.50

                                                                   TOTAL DUE  >>>          $1,405.50
                                                                   AFTER 12/28/2018 PAY    $1,546.05

Access your transcripts, invoices and more on our secure online repository by emailing calendar@petersonreporting.com for your username, password and link to your exclusive web page.

Thank you for calling Peterson Reporting!

NOV 26 2018

09404-17558

SDS
APPROVE & SEND TO ACTG
AUTH PTNR

**Tax ID:** 33-0684781                                                Phone: 619-233-4100   Fax:619-231-4372

*Please detach bottom portion and return with payment.*

Shannon Sweeney
Sullivan, Hill, Rez & Engel
600 B Street
17th Floor
San Diego CA  92101-3540

Invoice No.    :  416636
Invoice Date   :  11/13/2018
**Total Due**  :  **$ 1,405.50**
AFTER 12/28/2018 PAY  $1,546.05

Remit To: **Peterson Reporting Video & Litigation Services**
**530 B Street , Suite 350**
**San Diego CA  92101-4403**

Job No.     :  233971
BU ID       :  US
Case No.    :  17CV0079 H JMA
Case Name   :  Ensource Investment v. Thomas P. Tatham

Exhibit A
Page 2

**Veritext LLC, Kramm Court Reporting Division**
**California Region**



550 West C Street, Ste 800
San Diego CA 92101
Tel. 800.939.0080 Fax. 949-608-3438
Fed. Tax ID: 20-3132569

| Bill To: | Shannon Sweeney<br>Sullivan Hill Lewin Rez & Engel<br>600 B Street<br>Suite 1700<br>San Diego, CA, 92101-3570 | **Invoice #:** | KRM4021623 |
|---|---|---|---|
| | | **Invoice Date:** | 11/5/2019 |
| | | **Balance Due:** | $519.75 |

| | |
|---|---|
| **Case:** | Ensource v. Tatham |
| **Job #:** | 3298489 | Job Date: 4/29/2019 | Delivery: Normal |
| **Billing Atty:** | Shannon Sweeney |
| **Location:** | Veritext - Washington, DC |
| | 1250 Eye Street NW | Suite 350<br>Washington, DC 20005 |
| **Sched Atty:** | Bonnie E. McKnight Esq. | Panakos Law APC |

| Witness | Description | | Amount |
|---|---|---|---|
| Joseph V. Haynes | Certified Transcript | | $519.75 |
| Notes: | | **Invoice Total:** | $519.75 |
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $519.75 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

71690

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| **Invoice #:** | **KRM4021623** |
|---|---|
| **Job #:** | **3298489** |
| **Invoice Date:** | **11/5/2019** |
| **Balance:** | **$519.75** |

Exhibit A
Page 9



**Veritext LLC, Kramm Court Reporting Division**
**Western Region**

550 West C Street, Ste 800
San Diego CA 92101
Tel. 800.939.0080 Fax.
Fed. Tax ID: 20-3132569

| | | | |
|---|---|---|---|
| **Bill To:** | Shannon Sweeney<br>Sullivan Hill Lewin Rez & Engel<br>600 B Street<br>Suite 1700<br>San Diego, CA, 92101-3570 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | KRM3783420<br>5/20/2019<br>$763.06 |

| | |
|---|---|
| **Case:** | Ensource v. Tatham |
| **Job #:** | 3298492 \| Job Date: 4/30/2019 \| Delivery: Normal |
| **Billing Atty:** | Shannon Sweeney |
| **Location:** | Veritext - Boston, MA<br>101 Arch Street \| Suite 650<br>Boston, MA 02110 |
| **Sched Atty:** | Bonnie E. McKnight Esq. \| Panakos Law APC |

| Witness | Description | Amount |
|---|---|---|
| Susan Willard-Killen | Certified Transcript | $763.06 |
| **Notes:** | **Invoice Total:** | $763.06 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $763.06 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

71690

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

**Invoice #:** KRM3783420
**Job #:** 3298492
**Invoice Date:** 5/20/2019
**Balance:** $763.06

Exhibit A
Page 6

**Veritext LLC, Kramm Court Reporting Division**
**California Region**



550 West C Street, Ste 800
San Diego CA 92101
Tel. 800.939.0080 Fax. 949-608-3438
Fed. Tax ID: 20-3132569

| **Bill To:** | Shannon Sweeney<br>Sullivan Hill Lewin Rez & Engel<br>600 B Street<br>Suite 1700<br>San Diego, CA, 92101-3570 | **Invoice #:** | KRM4021500 |
|---|---|---|---|
| | | **Invoice Date:** | 11/5/2019 |
| | | **Balance Due:** | $890.95 |

| **Case:** | Ensource v. Tatham |
|---|---|
| **Job #:** | 3403611 \| Job Date: 6/5/2019 \| Delivery: Normal |
| **Billing Atty:** | Shannon Sweeney |
| **Location:** | Veritext - Houston, TX |
| | 4295 San Felipe St \| Suite 125<br>Houston,, TX 77027 |
| **Sched Atty:** | Bonnie E. McKnight Esq. \| Panakos Law APC |

| Witness | Description | Amount |
|---|---|---|
| Brent Stanley | Certified Transcript | $890.95 |
| **Notes:** | **Invoice Total:** | $890.95 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $890.95 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

71690

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | KRM4021500 |
|---|---|
| **Job #:** | 3403611 |
| **Invoice Date:** | 11/5/2019 |
| **Balance:** | $890.95 |

Exhibit A
Page 8