SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
Shannon D. Sweeney, SBN 204868
Michael A. Zarconi, SBN 288970
600 B Street, 17th Floor
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372
9404.17558

Attorneys for Defendants BEYOND REVIEW, LLC;
IMAGE ENGINE, LLC; and WILLIS GROUP, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company ; and DOES 1-50,<br><br>　　　　Defendants. | Case No. 3:17-cv-0079-H-LL<br><br>**DECLARATION OF SHANNON D. SWEENEY IN SUPPORT OF DEFENDANTS BEYOND REVIEW, LLC; IMAGE ENGINE, LLC; and WILLIS GROUP, LLC's AMENDED BILL OF COST**<br><br>Judgment Entered: December 19, 2019<br><br>Magistrate Judge: Hon. Linda Lopez<br>District Judge:　　Hon. Marilyn L. Huff |

1　　Case No. 3:17-cv-0079-H-LL

I, Shannon D. Sweeney, declare as follows:

1. I am an attorney at law, admitted to practice in the State of California and in the United States District Court for the Southern District of California. I am a partner at Sullivan Hill Rez & Engel, APLC, counsel of record for the Defendants in the above-entitled matter.

2. I have personal knowledge of the facts set forth below, and if I am called to testify, I could and would do so competently.

3. This declaration is submitted in support of Defendants Image Engine, Beyond Review and the Willis Group's Amended Bill of Costs, filed concurrently herewith. All costs listed herein and in the Defendants' Amended Bill of Costs are allowable by law, are correctly stated, and were necessarily incurred. Defendants are entitled to an award of costs in the amount of $6,303.76 based upon the taxable costs identified under 28 U.S.C. § 1920 and Local Civil Rule 54.1.

4. Defendants incurred the following costs for deposition transcripts in this case, which are recoverable pursuant to Local Civil Rule 54.1(b)(3) and 28 U.S.C. §1920(2). These depositions were necessarily obtained for use in this case.

| **DATE** | **DEPONENT** | **COST** |
|---|---|---|
| 10/29/2018 | Justin Pannu (Transcript) | $2,724.50 |
| 10/29/2018 | Justin Pannu (DVD) | $1,405.50 |
| 4/29/2019 | Joe Haynes (Transcript) | $519.75 |
| 5/20/2019 | Susan Killen (Transcript) | $763.06 |
| 6/5/2019 | Brent Stanley (Transcript) | $890.95 |
| **TOTAL** | | **$6,303.76** |

/ / /

/ / /

/ / /

5. Attached as Exhibit "A" hereto are true and correct copies of invoices for the deposition transcripts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 30, 2020, in San Diego, California.

By: /s/ *Shannon D. Sweeney*
Shannon D. Sweeney

**EXHIBIT A**

# INVOICE

**Peterson Reporting**
Nationwide Litigation

530 B Street Suite 350
San Diego, CA 92101
petersonreporting.com

800 649 6353 toll-free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 417312 | 11/26/2018 | 233970 |
| Job Date | Case No. | |
| 10/29/2018 | 17CV0079 H JMA | |
| Case Name | | |
| Ensource Investment v. Thomas P. Tatham | | |
| Payment Terms | | |
| Due upon receipt | | |

Shannon Sweeney
Sullivan, Hill, Rez & Engel
600 B Street
17th Floor
San Diego CA 92101-3540

RECEIVED DEC 04 2018 BY: [signature]

# 9404-17558

DEC - 5 2018

This Replaces Inv # 417023 VOIDED per Peterson

SDS
Approve Form of Pymt & Send to Acct'g
Advance Costs _____
Defer Costs _____
Direct Bill _____

| Original and one certified transcript of the deposition of: | | | |
|---|---|---|---|
| Justin Pannu | | | |
| ✓ Pages | 336.00 | | 1,622.88 |
| ✓ Hourly | 7.00 Hours | | 245.00 |
| ✓ Over-time | | | 75.00 |
| Delivery | | | 18.00 |
| Production and Processing | | | 39.50 |
| Exhibit(s) | 345.00 | | 165.60 |
| Color Exhibit(s) | 8.00 | | 8.00 |
| Exhibit Book(s) | 2.00 | | 20.00 |
| Condensed Transcript | | | 25.00 |
| Litigation Support Package | | | 35.00 |
| Tabs | 74.00 | | 35.52 |
| Rough ASCII | 278.00 | | 417.00 |
| Archiving fee | | | 18.00 |

TOTAL DUE >>>  $2,724.50
AFTER 1/10/2019 PAY  $2,996.95

Access your transcripts, invoices and more on our secure online repository by emailing calendar@petersonreporting.com for your username, password and link to your exclusive web page.

**Tax ID:** 33-0684781                                    Phone: 619-233-4100   Fax:619-231-4372

*Please detach bottom portion and return with payment.*

Shannon Sweeney
Sullivan, Hill, Rez & Engel
600 B Street
17th Floor
San Diego CA 92101-3540

Invoice No.    : 417312
Invoice Date   : 11/26/2018
**Total Due**  : **$ 2,724.50**
AFTER 1/10/2019 PAY $2,996.95

Remit To: **Peterson Reporting Video & Litigation Services**
**530 B Street, Suite 350**
**San Diego CA 92101-4403**

Job No.     : 233970
BU ID       : SD
Case No.    : 17CV0079 H JMA
Case Name   : Ensource Investment v. Thomas P. Tatham

Exhibit A
Page 4

# INVOICE

**Peterson Reporting**
Nationwide Litigation

530 B Street Suite 350
San Diego, CA 92101
petersonreporting.com

800 649 6353 toll-free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 416636 | 11/13/2018 | 233971 |
| **Job Date** | **Case No.** | |
| 10/29/2018 | 17CV0079 H JMA | |
| **Case Name** | | |
| Ensource Investment v. Thomas P. Tatham | | |
| **Payment Terms** | | |
| Due upon receipt | | |



RECEIVED NOV 26 2018 BY: _____

Shannon Sweeney
Sullivan, Hill, Rez & Engel
600 B Street
17th Floor
San Diego CA  92101-3540

Original DVD to the deposition of:
  Justin Pannu                                                                       1,405.50

                                        **TOTAL DUE >>>**        **$1,405.50**
                                        AFTER 12/28/2018  PAY      $1,546.05

Access your transcripts, invoices and more on our secure online repository by emailing calendar@petersonreporting.com for your username, password and link to your exclusive web page.

Thank you for calling Peterson Reporting!

NOV 26 2018

09404-17558

SDS
APPROVE & SEND TO ACTG
AUTH PTNR

**Tax ID:** 33-0684781                                    Phone: 619-233-4100   Fax: 619-231-4372

*Please detach bottom portion and return with payment.*

Shannon Sweeney
Sullivan, Hill, Rez & Engel
600 B Street
17th Floor
San Diego CA  92101-3540

Invoice No.    :  416636
Invoice Date   :  11/13/2018
**Total Due**      :  **$ 1,405.50**
AFTER 12/28/2018  PAY  $1,546.05

**Remit To:** Peterson Reporting Video & Litigation Services
530 B Street, Suite 350
San Diego CA  92101-4403

Job No.     :  233971
BU ID       :  US
Case No.    :  17CV0079 H JMA
Case Name   :  Ensource Investment v. Thomas P. Tatham

Exhibit A
Page 2

**Veritext LLC, Kramm Court Reporting Division**
**California Region**

550 West C Street, Ste 800
San Diego CA 92101
Tel. 800.939.0080 Fax. 949-608-3438
Fed. Tax ID: 20-3132569



| **Bill To:** | Shannon Sweeney<br>Sullivan Hill Lewin Rez & Engel<br>600 B Street<br>Suite 1700<br>San Diego, CA, 92101-3570 | **Invoice #:** | KRM4021623 |
|---|---|---|---|
| | | **Invoice Date:** | 11/5/2019 |
| | | **Balance Due:** | $519.75 |

| **Case:** | Ensource v. Tatham |
|---|---|
| **Job #:** | 3298489 \| Job Date: 4/29/2019 \| Delivery: Normal |
| **Billing Atty:** | Shannon Sweeney |
| **Location:** | Veritext - Washington, DC |
| | 1250 Eye Street NW \| Suite 350<br>Washington, DC 20005 |
| **Sched Atty:** | Bonnie E. McKnight Esq. \| Panakos Law APC |

| **Witness** | **Description** | | **Amount** |
|---|---|---|---|
| Joseph V. Haynes | Certified Transcript | | $519.75 |
| **Notes:** | | **Invoice Total:** | $519.75 |
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $519.75 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

71690

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | KRM4021623 |
|---|---|
| **Job #:** | 3298489 |
| **Invoice Date:** | 11/5/2019 |
| **Balance:** | $519.75 |

Exhibit A
Page 9

**Veritext LLC, Kramm Court Reporting Division**
**Western Region**



550 West C Street, Ste 800
San Diego CA 92101
Tel. 800.939.0080 Fax.
Fed. Tax ID: 20-3132569

| Bill To: | Shannon Sweeney<br>Sullivan Hill Lewin Rez & Engel<br>600 B Street<br>Suite 1700<br>San Diego, CA, 92101-3570 | **Invoice #:** | KRM3783420 |
|---|---|---|---|
| | | **Invoice Date:** | 5/20/2019 |
| | | **Balance Due:** | $763.06 |

| Case: | Ensource v. Tatham |
|---|---|
| Job #: | 3298492 | Job Date: 4/30/2019 | Delivery: Normal |
| Billing Atty: | Shannon Sweeney |
| Location: | Veritext - Boston, MA |
| | 101 Arch Street | Suite 650<br>Boston, MA 02110 |
| Sched Atty: | Bonnie E. McKnight Esq. | Panakos Law APC |

| Witness | Description | Amount |
|---|---|---|
| Susan Willard-Killen | Certified Transcript | $763.06 |
| **Notes:** | | **Invoice Total:** $763.06 |
| | | **Payment:** $0.00 |
| | | **Credit:** $0.00 |
| | | **Interest:** $0.00 |
| | | **Balance Due:** $763.06 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| | | | |
|---|---|---|---|
| | **To pay online, go to**<br>**www.veritext.com** | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:** KRM3783420 |
| | | | **Job #:** 3298492 |
| | | | **Invoice Date:** 5/20/2019 |
| 71690 | Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | | **Balance:** $763.06 |

Exhibit A
Page 6



**Veritext LLC, Kramm Court Reporting Division**
**California Region**

550 West C Street, Ste 800
San Diego CA 92101
Tel. 800.939.0080 Fax. 949-608-3438
Fed. Tax ID: 20-3132569

| | | | |
|---|---|---|---|
| **Bill To:** | Shannon Sweeney<br>Sullivan Hill Lewin Rez & Engel<br>600 B Street<br>Suite 1700<br>San Diego, CA, 92101-3570 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | KRM4021500<br>11/5/2019<br>$890.95 |

| | |
|---|---|
| **Case:** | Ensource v. Tatham |
| **Job #:** | 3403611 \| Job Date: 6/5/2019 \| Delivery: Normal |
| **Billing Atty:** | Shannon Sweeney |
| **Location:** | Veritext - Houston, TX |
| | 4295 San Felipe St \| Suite 125<br>Houston,, TX 77027 |
| **Sched Atty:** | Bonnie E. McKnight Esq. \| Panakos Law APC |

| Witness | Description | | Amount |
|---|---|---|---|
| Brent Stanley | Certified Transcript | | $890.95 |
| **Notes:** | | **Invoice Total:** | $890.95 |
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $890.95 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| | | | |
|---|---|---|---|
| 71690 | **To pay online, go to**<br>**www.veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:** KRM4021500<br>**Job #:** 3403611<br>**Invoice Date:** 11/5/2019<br>**Balance:** $890.95 |

Exhibit A
Page 8