**PANAKOS LAW, APC**
Aaron D. Sadock (SBN 282131)
555 West Beech Street, Ste. 500
San Diego, California 92101
Telephone:   (619) 800-0529
Facsimile:    (866) 365-4856
Email: asadock@panakoslaw.com

**RICHARD E. NAWRACAJ**
Law Offices of Richard E. Nawracaj
155 N. Wacker Drive, Suite 4250
Chicago, Illinois 60606
Email: rich.nawracaj@nawracaj-law.com

Attorneys for Plaintiff ENSOURCE INVESTMENTS LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>Defendants. | Case No.: 3:17-CV-00079-H-LL<br><br>**DECLARATION OF RICHARD E. NAWRACAJ IN SUPPORT OF PLAINTIFF ENSOURCE INVESTMENTS LLC'S OPPOSITION TO DEFENDANT MARK A. WILLIS' SUPPLEMENTAL TRIAL BRIEF REGARDING LOSS CAUSATION**<br><br>District Judge: Hon. Marilyn L. Huff<br>Courtroom: 15A |

I, RICHARD E. NAWRACAJ, hereby declare:

1. I am an attorney at law duly licensed to practice law in the federal and state courts of the State of Illinois and I have been admitted pro hac vice in the Southern District of California for purposes of this case.

2. I am an attorney at THE LAW OFFICES OF RICHARD E. NAWRACAJ, attorney of record for Plaintiff Ensource Investments LLC.

3. I am familiar with the files, pleadings and facts of this case. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could testify competently about them.

4. Attached as **Exhibit A** are pertinent excerpts of the trial testimony of Mark Willis.

5. Attached as **Exhibit B** are pertinent excerpts of the trial testimony of James Dibble.

6. Attached as **Exhibit C** are pertinent excerpts of the trial testimony of Jerry Johns.

7. Attached as **Exhibit D** are pertinent excerpts of the trial testimony of Hank Gamble.

8. Attached as **Exhibit E** are pertinent excerpts of the trial testimony of Thomas Tatham.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 10th day of February in San Diego, California.

Dated: February 10, 2020

By: /s/ Richard E. Nawracaj
Richard E. Nawracaj, Esq.