MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ENSOURCE INVESTMENTS LLC   VS   MARK A. WILLIS

Case Number: 17-cv-0079-H-LL   WITNESS LIST   JURY TRIAL

| DATE | PLF | DEF | WITNESS NAME |
|---|---|---|---|
| February 4, 2020 | X | | Jerome Johns |
| February 4, 2020 | X | | Justin Pannu |
| February 5, 2020 | X | | Justin Pannu |
| February 5, 2020 | X | | Jason Frankovitz |
| February 5, 2020 | X | | James Dibble |
| February 5, 2020 | X | | Thomas Tatham |
| February 5, 2020 | X | | Joseph Haynes (deposition read) |
| February 6, 2020 | X | | James Dibble |
| February 6, 2020 | | X | Michelle Hansen |
| February 6, 2020 | X | | Brent Stanley (deposition read) |
| February 6, 2020 | X | | Mark Willis |
| February 6, 2020 | X | | Chad Martin |
| February 6, 2020 | | X | Susan Willard-Killen (deposition read) |
| February 6, 2020 | | X | Hank Gamble |
| February 7, 2020 | | X | Thomas Trent Stout |