MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ENSOURCE INVESTMENTS LLC  VS  MARK A. WILLIS

Case Number: 17-cv-0079-H-LL          EXHIBIT LIST          JURY TRIAL

☒ Plaintiff   ☐ Defendant   ☐ Court

| No. | Date I.D. | Date Rec'vd | Description |
|---|---|---|---|
| 6.1 | February 6, 2020 | February 6, 2020 | Title Rover Date Room document – Contracts and Agreements folder |
| 81 | February 6, 2020 | February 6, 2020 | Email chain beginning with 6/7/16 email from Tom Tatham to Mark Willis re: Opportunity |
| 120 | February 4, 2020 | February 4, 2020 | Private Placement Memorandum – Hopewell-Pilot Project, LLC |
| 704.20-704.30 | February 5, 2020 | February 5, 2020 DEMONSTRATIVE ONLY | Curriculum Vitae of Jason Frankovitz |
| 848 | February 4, 2020 | February 4, 2020 | Email chain between Brent Stanley and Jerome Johns dated 7/18/16-7/26/16 |
| 862 | February 6, 2020 | February 6, 2020 | Plaintiff's Verified Frist Amended Petition for Damages and Application for Temporary Restraining Order and Injunctive Relief, Cause No. 2015-47495, In the District Court, Harris County, Texas, 129th Judicial District |
| 863 | February 6, 2020 | February 6, 2020 | Affidavit of Mark Willis, Cause No. 2015-47495, In the District Court, Harris County, Texas, 129th Judicial District |