MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ENSOURCE INVESTMENTS LLC  VS  MARK A. WILLIS

Case Number:  17-cv-0079-H-LL        EXHIBIT LIST        JURY TRIAL

☐  Plaintiff  ☒  Defendant  ☐  Court

| Letter | Date I.D. | Date Rec'vd | Description |
|--------|-----------|-------------|-------------|
| A | February 4, 2020 | February 4, 2020 | Hopewell-Pilot Project, LLC Private Placement Memorandum which was provided to EnSource members to solicit the investments in Hopewell |
| D | February 5, 2020 | February 5, 2020 | Amended and Restated Company Agreement of Hopewell-Pilot Project, LLC Dated September 1, 2016, Final Version, fully executed |
| H | February 4, 2020 | February 4, 2020 | August 16, 2016 email from Justin Pannu to Tatham regarding due diligence date |
| J | February 4, 2020 | February 4, 2020 | Late August 2016 due diligence questions from Richard Nawracaj, EnSource counsel, with answers provided by Tatham |
| K | February 6, 2020 | February 6, 2020 | September 12, 2016 email from Nawracaj to Tatham regarding the terms of the Promissory Note and bridge loan |
| L | February 4, 2020 | February 4, 2020 | Second Amended and Restated Company Agreement of Title Rover, LLC effective September 1, 2016 (Final version, fully executed) |
| M | February 4, 2020 | February 4, 2020 | September 29, 2016 email from Nawracaj to Tatham regarding the terms of the Promissory Note and bridge loan |
| P | February 4, 2020 | February 4, 2020 | December 7, 2016 Hopewell-Pilot Project LLC Progress Report as of November 30, 2016 |
| Q | February 5, 2020 | February 5, 2020 | December 8, 2016 email from Tatham to Pannu providing answers to questions about the Hopewell-Pilot Project, LLC Progress Report |
| R | February 4, 2020 | February 4, 2020 | December 8, 2016 email from Pannu to Willis saying he is "ok" with the Hopewell-Pilot Project, LLC progress report |
| T | February 4, 2020 | February 4, 2020 | August 8, 2016 email from Tom Tatham regarding the Hopewell-Pilot Project, LLC Private Placement with Pannu carbon copied |
| U | February 4, 2020 | February 4, 2020 | August 29, 2016 email discussion between Pannu and Tatham regarding the Title Rover, LLC Amended and Restated Operating Agreement |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ENSOURCE INVESTMENTS LLC

VS

MARK A. WILLIS

Case Number: 17-cv-0079-H-LL     EXHIBIT LIST     JURY TRIAL

☐   Plaintiff   ☒   Defendant   ☐   Court

| V | February 4, 2020 | February 4, 2020 | The Title Rover, LLC Preliminary Business & Exploitation Plan, June 2016, which was provided to EnSource in the due diligence date room |
|---|---|---|---|
| W | February 4, 2020 | February 4, 2020 | August 2, 2016 email from Tatham to several members of EnSource attaching Solicitation Documents |
| X | February 4, 2020 | February 4, 2020 | August 27, 2016 email from Pannu to Tatham |
| AB | February 6, 2020 | February 6, 2020 | The Hopewell General Ledger as of December 31, 2016 |
| AG | February 4, 2020 | February 4, 2020 | August 18, 2016 email discussion between Tatham and Pannu, wherein Tatham answered Pannu's questions about monthly operational expenses |
| AI | February 4, 2020 | February 4, 2020 | Internal Title Rover email discussion regarding offering two-year equity positions to key technical |
| AK | February 4, 2020 | February 4, 2020 | Memorandum of Agreement between Hopewell and Title Rover, dated April 4, 2016 |
| AL | February 6, 2020 | February 6, 2020 | September 12, 2016 email from Willis to Pannu |
| AO | February 6, 2020 | February 6, 2020 | June 23, 2016 email from Chad Martin to Mark Willis regarding potential investors |
| BW | February 4, 2020 | February 4, 2020 | December 16, 2016 email from Pannu to Willis regarding response to requests for financial information and WebEx presentation |
| BY | February 6, 2020 | February 6, 2020 | December 18, 2016 email from Nawracaj to Willis regarding Nawracaj role as legal counsel to EnSource |
| CD | February 4, 2020 | February 4, 2020 | January 6, 2017 email form Johns to Willis regarding phone call with Willis |
| CK | February 4, 2020 | February 4, 2020 | December 8, 2016 email from Cliff Sharp to Pannu Progress report of November 30, 2016 questions |
| CN.002 | February 6, 2020 | February 6, 2020 | Text messages between Mark Willis and Chad Martin broken out by date |
| CN.004 | February 6, 2020 | February 6, 2020 | Text messages between Mark Willis and Chad Martin broken out by date |
| CN.011 | February 6, 2020 | February 6, 2020 | Text messages between Mark Willis and Chad Martin broken out by date |
| CN.014 | February 6, 2020 | February 6, 2020 | Text messages between Mark Willis and Chad Martin broken out by date |
| CN.016 | February 6, 2020 | February 6, 2020 | Text messages between Mark Willis and Chad Martin broken out by date |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ENSOURCE INVESTMENTS LLC

VS

MARK A. WILLIS

Case Number:  17-cv-0079-H-LL          EXHIBIT LIST          JURY TRIAL

☐   Plaintiff   ☒   Defendant   ☐   Court

| CN.023 | February 6, 2020 | February 6, 2020 | Text messages between Mark Willis and Chad Martin broken out by date |
| CO | February 4, 2020 | February 4, 2020 | Data Mining for Mineral Resource Investigations dated 7/25/2016 for Title Rover, LLC |
| CW | February 5, 2020 | February 5, 2020 | Statement of Work for Data Services presented to Title Rover, LLC on March 8, 2016 |
| CX | February 4, 2020 | February 4, 2020 | June 24, 2016 Development Plan and Statement of Work between Willis Group US and Beyond Recognition |
| DD | February 5, 2020 | February 5, 2020 | July 27, 2016 email from Tatham to Stanley regarding Webinar Dates for Title Rover presentation |
| DG | February 6, 2020 | February 6, 2020 | October 27, 2016 email from Stanley to Willis and Tatham regarding agenda for scheduled call |
| DH | February 6, 2020 | February 6, 2020 | August 23, 2016 email from Stanley to Willis regarding Statement of Work for Beyond Review |
| DM | February 5, 2020 | February 5, 2020 | November 1, 2016 email from Stanley to Tatham regarding Joe's analysis of the BR deliverable |
| DN | February 5, 2020 | February 5, 2020 | Undated – Preliminary Report on BW Extraction Data |
| DV | February 4, 2020 | February 4, 2020 | Data Mining for Mineral Resource Investigation; Capabilities Summary and Technical Overview August 19, 2016 |
| EI | February 6, 2020 | February 6, 2020 | July 24, 2016 email from John Martin to Willis and Tatham regarding Update of data in the system |
| EN | February 6, 2020 | February 6, 2020 | September 9, 2016 from Stanley to John Martin regarding Review Title Rover progress of data readiness |
| ET | February 6, 2020 | February 6, 2020 | October 23, 2016 email from Willis to Stanley and John Martin regarding Task Status |
| EW | February 5, 2020 | February 5, 2020 | November 23, 2016 email from Tatham to Mark regarding final offer to lease mineral interests owned by M.H. & Gayle Barrett |
| EZ | February 5, 2020 | February 5, 2020 | December 7, 2016 email from Tatham to Willis regarding updates – investor update looks good |
| FC | February 5, 2020 | February 5, 2020 | April 19, 2016 Title Rover Web Portal user Guide Version 1.0 |
| FU | February 7, 2020 | February 7, 2020 | June 30, 2016 email from Tatham to Willis regarding questions from Trent Stout regarding Hopewell shares convertible to Title Rover |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ENSOURCE INVESTMENTS LLC                    VS                    MARK A. WILLIS

Case Number:   17-cv-0079-H-LL        EXHIBIT LIST              JURY TRIAL

☐   Plaintiff     ☒     Defendant     ☐     Court

| GD | February 5, 2020 | February 5, 2020 | July 28, 2016 email from Willis to Stanley, Tatham, Burkhardt and Messer regarding thoughts on today's presentation |
|---|---|---|---|
| GI | February 4, 2020 | February 4, 2020 | August 28, 2016 email from Stanley to Pannu regarding attached overview of tech and IP in possession of Title Rover |
| HB | February 6, 2020 | February 6, 2020 | December 7, 2016 email from Tatham to Willis regarding Progress report to investors – see message to Stanley and Haynes |
| HC | February 5, 2020 | February 5, 2020 | January 13, 2017 – Minutes of Hopewell-Pilot Project, LLC Annual Meeting (executed) |
| HE | February 5, 2020 | February 5, 2020 | November 17, 2017 email from Tatham to Jennifer Burkhardt regarding status of title rover proprietary software |
| HP-005 | February 4, 2020 | February 4, 2020 | Text messages between Tom Tatham and Justin Pannu broken out by date |
| HP-015 | February 4, 2020 | February 4, 2020 | Text messages between Mark Willis and Justin Pannu broken out by date |
| HS-034 | February 6, 2020 | February 6, 2020 | Further text message between Mark Willis and Chad Martin |
| HS-076 | February 6, 2020 | February 6, 2020 | Further text message between Mark Willis and Chad Martin |
| HS-081 | February 6, 2020 | February 6, 2020 | Further text message between Mark Willis and Chad Martin |
| HS-141 | February 6, 2020 | February 6, 2020 | Further text message between Mark Willis and Chad Martin |
| HS-152 | February 6, 2020 | February 6, 2020 | Further text message between Mark Willis and Chad Martin |
| HY | February 6, 2020 | February 6, 2020 | December 18, 2016 email from Stanley to Tatham regarding changes to draft Title Rover Technology Update Report |