THE UNDERSIGNED INVESTOR HEREBY REPRESENTS THAT (I) THE UNDERSIGNED INVESTOR HAS CAREFULLY READ AND IS FAMILIAR WITH THIS AGREEMENT AND THE COMPANY AGREEMENT, (II) THE INFORMATION CONTAINED HEREIN IS COMPLETE AND ACCURATE AND MAY BE RELIED UPON, AND (III) THE EXECUTION OF THE FOLLOWING SIGNATURE PAGE SHALL CONSTITUTE THE EXECUTION OF THIS AGREEMENT AND THE COMPANY AGREEMENT BY THE INVESTOR IN THE EVENT THAT THE INVESTOR IS ADMITTED TO THE COMPANY AS A NEW MEMBER.

**IN WITNESS WHEREOF,** the undersigned has executed this Subscription Agreement as of this 29th day of September, 2016.

**THE COMPANY:**

**HOPEWELL-PILOT PROJECT, LLC**

By: **THOMAS P. TATHAM**
Its: Manager

**BY: MARK A. WILLIS**
Its: Manager

**INDIVIDUAL INVESTOR:**

______________________
(Signature)

______________________
(Signature)

______________________
(Print Name As It Will Be Registered With This Investment)

**ENTITY INVESTOR:**
EnSource Investments LLC

By: ______________________
Name: JUSTIN PANNU
Title: MANAGER

**Closing Date:**
(To be completed by the Company)

**Capital Commitment: $530,000.00***
*$205,000.00 through exercise of convertible promissory note; $20,000 on or before September 30, 2016; $205,000 on or before October 28, 2016; $100,000 on or before December 31, 2016.

Please provide the following information:

- ☐ Individual
- ☐ Community Property
- ☐ Partnership
- ☐ Limited Liability Company
- ☐ Irrevocable Trust
- ☐ Living Trust or Revocable Trust w/ ___ grantors.
- ☐ Corporation
- ☐ Other:______________________.

If the Investor is an entity, as of the Closing Date, there are four (4) holders of its outstanding securities (other than short-term paper) (*please fill in the blank specifying the number of beneficial owners*).