**ORIGINAL**

**FILED**

FEB 1 0 2020

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MARK A. WILLIS,<br><br>Defendant. | Case No. 17-cv-00079-H-LL<br><br>JURY SPECIAL VERDICT FORM |

We answer the questions submitted to us as follows:

### Violation of Rule 10b-5 of the Securities Act

1. Did Defendant Mark A. Willis make an untrue statement of a material fact or omit a material fact necessary under the circumstances to keep the statements that were made from being misleading in connection with the sale of securities?

(Yes)     No

**If your answer to question 1 is yes, then answer question 2. If you answered no, proceed to question 7.**

2. In making or causing to make these misstatements or omissions, did Defendant Mark A. Willis act [circle only one of the following choices]?

    a. knowingly,

    (b) recklessly, or

    c. none of the above.

**If you circled "none of the above," proceed to question 7.**

3. Did Defendant Mark A. Willis use an instrumentality of interstate commerce, such as electronic mail or telephone, in connection with the sale of securities, regardless of whether the instrumentality itself was used to make an untrue statement?

(Yes)     No

//
//
//
//

1    **If your answer to question 3 is yes, then answer question 4. If you**
2    **answered no, proceed to question 7.**

4    4. Did Plaintiff EnSource Investments LLC justifiably rely on Defendant's untrue statement of a material fact or on the Defendant's omission to state a necessary material fact in buying securities?

(Yes)          No

9    **If your answer to question 4 is yes, then answer question 5. If you**
10   **answered no, proceed to question 7.**

12   5. Did Defendant's misrepresentation or omission cause Plaintiff EnSource Investments LLC to suffer damages?

(Yes)          No

16   **If your answer to question 5 is yes, then answer question 6. If you**
17   **answered no, proceed to question 7.**

19   6. Please determine the economic loss, if any, incurred by Plaintiff EnSource Investments LLC as a result of the violation of Rule 10b-5 of the Securities and Exchange Act:

a. Investment loss            $ 205,000.00
b. Interest on Investment Loss $ 0.00
Total economic loss           $ 205,000.00

**Proceed to question 7.**

//
//

**Intentional Misrepresentation**

7. Did Defendant Mark A. Willis make a misrepresentation of material fact to EnSource Investments LLC?

(Yes)        No

**If your answer to question 7 is yes, then answer question 8. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

8. Did Defendant Mark A. Willis make a misrepresentation of material fact with knowledge of its falsity or recklessly without any knowledge of the truth and as a positive assertion?

(Yes)        No

**If your answer to question 8 is yes, then answer question 9. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

9. Did Defendant Mark A. Willis make such misrepresentation of material fact with the intention that it should be acted on by EnSource Investments LLC?

Yes        (No)

**If your answer to question 9 is yes, then answer question 10. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

//
//
//

10. Did Plaintiff EnSource Investments LLC rely on the material misrepresentation suffering injury?

                              Yes                        No

**If your answer to question 10 is yes, then answer question 11. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

11. Did the misrepresentation cause Plaintiff EnSource Investments LLC to suffer damages?

                              Yes                        No

**If your answer to question 11 is yes, then answer question 12. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.**

12. What sum of money, if any, would fairly and reasonably compensate Plaintiff EnSource Investments LLC for its damages, if any that resulted from such fraud?

    a. Investment loss                      $_____

    b. Interest on Investment Loss    $_____

    Total economic loss                  $_____

13. Do you find that Plaintiff has proved by clear and convincing evidence that Defendant Willis knowingly or recklessly made an untrue statement and, in making the untrue statement, Defendant Willis acted with malice, fraud, or gross-negligence or that other aggravating circumstance are present?

                              Yes                        No

**If your answer to question 13 is yes or no, have the presiding juror sign and date this form.**

Dated: 2-10-2020      Signed: _M. S. Faxon_
                                                       Presiding Juror

After the verdict form have been signed, notify the bailiff that you are ready to present your verdict in the courtroom.