AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Southern District of California

Ensoure Investments LLC, a Delaware Limited
Liability Company, Plaintiff

v.

Thomas P. Tatham, an individual; Mark A.
Willis, an individual; et al

)
)
)
)
)

Case No.: 3:17-CV-0079-H-LL

Hearing Date: March 24, 2020

Hearing Time: 11:00 AM

Hearing Location: Clerk's Office
333 West Broadway, Ste. 420
San Diego, CA 92101

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___02/19/2020___ against ___Defendant Mark A. Willis___ ,
                                                                                                    Date
the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 707.50 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 6,906.98 |
| Fees  and disbursements for printing. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | _____ |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 1,168.43 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | _____ |
| Costs  as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | _____ |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | _____ |
| TOTAL | $ | 8,782.91 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✔] Electronic service          [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney:   Aaron D. Sadock

Name of Attorney:   Aaron D. Sadock

For: ___Ensoure Investments LLC___                    Date:   03/04/2020
       *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____          By: _____          _____
    *Clerk of Court*                        *Deputy Clerk*                         *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Joseph Haynes, Leesburg, VA | 1 | 40.00 | | | 67 | 40.00 | $80.00 |
| Susan Willard-Killen, Stow, MA | 1 | 40.00 | | | 57 | 40.00 | $80.00 |
| Brent Stanley, Houston, TX | 1 | 40.00 | | | | | $40.00 |
| Thomas Tatham, Houston, TX | | | | | | 812.80 | $812.80 |
| Jason Frankovitz, Los Angeles, CA | | | | | | 155.63 | $155.63 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $1,168.43 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or  a court order provides otherwise, cost s — other than attorney's fees — should be allo wed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Print       Save As...       Reset

Pronto Process
1406 W Salinas
San Antonio, TX 78207
Phone: (210) 226-7192
Fax: (210) 224-9021
82-3550977

# INVOICE



Invoice #BBW-2017000381
3/3/2020

Original Date: 2/6/2017

Anna King
Panakos Law
555 West Beech Street
Suite 500
San Diego, CA 92101

**Case Number: Southern 17CV0079-H-JMA**

Plaintiff:
**Ensource Investments LLC, a Delaware Limited Liability Company**

Defendant:
**Thomas P. Tatham, an Individual, et al.,**

Received: 1/18/2017   Served: 1/26/2017 11:30 am  PERSONAL
To be served on: Mark Willis

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| 2nd paper to the same person | 1.00 | 47.50 | 47.50 |
| **TOTAL CHARGED:** | | | **$47.50** |

| 1/18/2017 | #SW | Pre-Payment | 47.50 |
|---|---|---|---|

**BALANCE DUE:**                                                                     **$0.00**

### Thank you for your business!

TAX ID NUMBER IS: ▮▮▮▮▮▮
Payment due net 30. Please note that payments over 60 days past due are subject to 6% per annum interest charge
by law FIN § 302.002.
We serve anywhere in the Nation!
Thank you for your business.

# Invoice Details

Print/PDF



**Thanks for submitting your payment**

See how easy that was? Use PayPal Invoicing to help you get paid faster too.



Try Invoicing Now

Share with a friend

×

This invoice was edited on Apr 18, 2019 at 11:18 AM PDT



# INVOICE

**Paid**

We Serve Law

Phone: 800-637-1805
www.weservelaw.com

| | |
|---|---|
| Invoice #: | 28693 |
| Invoice date: | Apr 18, 2019 |
| Due date: | Apr 18, 2019 |

Amount due:
**$0.00**

Bill To:

aking@panakoslaw.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee<br>Service of Process | | | |
| | 1 | $120.00 | $120.00 |
| Joseph V. Haynes<br>███████████ | | | |
| Service Fee<br>Personal Service | 1 | $25.00 | $25.00 |
| Service Fee<br>Remote Area Service | 1 | $45.00 | $45.00 |
| Printing Fee<br>40 Pages | 1 | $15.00 | $15.00 |

| | |
|---|---|
| Subtotal | $205.00 |
| Shipping | $0.00 |
| Processing Fee | $15.00 |
| Total | $220.00 |
| Amount paid | -$220.00 |
| **Amount due** | **$0.00 USD** |

Notes

We look forward to serving you again. Thank you for your business!

Powered by **PayPal**

*Copyright © 1999- PayPal. All rights reserved.*

# Invoice Details

Print/PDF

 **Thanks for submitting your payment**
See how easy that was? Use PayPal Invoicing to help you get paid faster too.

**Try Invoicing Now**
Share with a friend

✕

This invoice was edited on Apr 18, 2019 at 11:03 AM PDT

---



## INVOICE

**Paid**

**We Serve Law**

Phone: 800-637-1805
www.weservelaw.com

Invoice #:  28691
Invoice date:  Apr 18, 2019
Due date:  Apr 18, 2019

Amount due:
**$0.00**

---

Bill To:

aking@panakoslaw.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee<br>Service of Process | | | |
| SUBSTANTIA LOGIX LLC,<br>c/o Registered Agent Susan Willard-Killen,<br>██████████ | 1 | $150.00 | $150.00 |
| Service Fee<br>Late Afternoon Rush Request | 1 | $125.00 | $125.00 |
| Service Fee<br>Personal Service | 1 | $25.00 | $25.00 |
| Printing Fee<br>43 Pages | 1 | $15.00 | $15.00 |
| Service Fee<br>Remote Area Service | 1 | $30.00 | $30.00 |

| | |
|---|---|
| Subtotal | $345.00 |
| Shipping | $0.00 |
| Processing Fee | $15.00 |
| Total | $360.00 |
| Amount paid | -$360.00 |
| **Amount due** | **$0.00 USD** |

We look forward to serving you again. Thank you for your business!

Powered by 

Copyright © 1999- PayPal. All rights reserved.

# Invoice Details

**Print/PDF**

 **Thanks for submitting your payment**
See how easy that was? Use PayPal Invoicing to help you get paid faster too.

 Try Invoicing Now   ✕
Share with a friend

This invoice was edited on May 24, 2019 at 12:57 PM PDT

---



# INVOICE

**Paid**

**We Serve Law**

Phone: 800-637-1805
www.weservelaw.com

| | |
|---|---|
| Invoice #: | 29654 |
| Invoice date: | May 24, 2019 |
| Due date: | May 24, 2019 |

Amount due:
**$0.00**

---

Bill To:

aking@panakoslaw.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee<br>Service of Process | | | |
| Brent Stanley<br>Service time: Between 9am and 10am (CDT)<br>█████████████<br>Witness fees = $40.00 | 1 | $150.00 | $150.00 |
| Service Fee<br>Personal Service | 1 | $25.00 | $25.00 |
| Service Fee<br>Specific Day & Time Request | 1 | $70.00 | $70.00 |
| Printing Fee<br>41 Pages | 1 | $15.00 | $15.00 |
| Witness Fee<br>$40 | 1 | $40.00 | $40.00 |
| Service Fee<br>Check Advance Fee | 1 | $5.00 | $5.00 |

| | |
|---|---|
| Subtotal | $305.00 |
| Shipping | $0.00 |
| Processing Fee | $15.00 |

| | | |
|---|---|---|
| Total | | $320.00 |
| Amount paid | | -$320.00 |
| **Amount due** | | **$0.00 USD** |

## Notes

We look forward to serving you again. Thank you for your business!

*Powered by* 

*Copyright © 1999- PayPal. All rights reserved.*

# INVOICE

**Peterson** Reporting
Nationwide Litigation

530 B Street Suite 350
San Diego, CA 92101
petersonreporting.com

800 649 6353 toll-free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 417102*** | 11/15/2018 | 233970 |

| Job Date | Case No. | |
|---|---|---|
| 10/29/2018 | 17CV0079 H JMA | |

| Case Name | | |
|---|---|---|
| Ensource Investment v. Thomas P. Tatham | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Aaron Sadock
Panakos Law, APC
555 West Beech Street
Suite 500
San Diego CA  92101

One certified transcript of:

Justin Pannu                                                                       1,347.70

TOTAL DUE  >>>                    **$1,347.70**

Access your transcripts, invoices and more on our secure online repository by emailing calendar@petersonreporting.com for your username, password and link to your exclusive web page.

Thank you for calling Peterson Reporting!

**Tax ID:** ▮▮▮▮▮▮                                        Phone: 619.800.0529    Fax:866.365.4856

*Please detach bottom portion and return with payment.*

Aaron Sadock
Panakos Law, APC
555 West Beech Street
Suite 500
San Diego CA  92101

| | | |
|---|---|---|
| Invoice No. | : | 417102*** |
| Invoice Date | : | 11/15/2018 |
| **Total Due** | : | **$1,347.70** |

| | | |
|---|---|---|
| Job No. | : | 233970 |
| BU ID | : | SD |
| Case No. | : | 17CV0079 H JMA |
| Case Name | : | Ensource Investment v. Thomas P. Tatham |

Remit To:   **Peterson Reporting Video & Litigation Services
530 B Street ,  Suite 350
San Diego CA  92101-4403**

## Veritext LLC, Kramm Court Reporting Division Western Region



550 West C Street, Ste 800
San Diego CA 92101
Tel. 800.939.0080 Fax.
Fed. Tax ID: ▓▓▓▓▓▓

| **Bill To:** | Bonnie E. McKnight Esq.<br>Panakos Law APC<br>555 West Beech Street<br>Suite 500<br>San Diego, CA, 92101 | **Invoice #:** | KRM3780894 |
|---|---|---|---|
| | | **Invoice Date:** | 5/16/2019 |
| | | **Balance Due:** | $852.43 |

| | |
|---|---|
| **Case:** | Ensource v. Tatham |
| **Job #:** | 3298489 \| Job Date: 4/29/2019 \| Delivery: Normal |
| **Billing Atty:** | Bonnie E. McKnight Esq. |
| **Location:** | Veritext - Washington, DC |
| | 1250 Eye Street NW \| Suite 350<br>Washington, DC 20005 |
| **Sched Atty:** | Bonnie E. McKnight Esq. \| Panakos Law APC |

| Witness | Description | Amount |
|---|---|---|
| Joseph V. Haynes | Original with 1 Certified Transcript | $852.43 |

| **Notes:** | | **Invoice Total:** | $852.43 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $852.43 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | **KRM3780894** |
|---|---|
| **Job #:** | **3298489** |
| **Invoice Date:** | **5/16/2019** |
| **Balance:** | **$852.43** |

91912

**Veritext LLC, Kramm Court Reporting Division Western Region**



550 West C Street, Ste 800
San Diego CA 92101
Tel. 800.939.0080 Fax.
Fed. Tax ID: ███████████

| | | | |
|---|---|---|---|
| **Bill To:** | Bonnie E. McKnight Esq.<br>Panakos Law APC<br>555 West Beech Street<br>Suite 500<br>San Diego, CA, 92101 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | KRM3783419<br>5/20/2019<br>$899.94 |

| | |
|---|---|
| **Case:** | Ensource v. Tatham |
| **Job #:** | 3298492 \| Job Date: 4/30/2019 \| Delivery: Normal |
| **Billing Atty:** | Bonnie E. McKnight Esq. |
| **Location:** | Veritext - Boston, MA |
| | 101 Arch Street \| Suite 650<br>Boston, MA 02110 |
| **Sched Atty:** | Bonnie E. McKnight Esq. \| Panakos Law APC |

| Witness | Description | Amount |
|---|---|---|
| Susan Willard-Killen | Original with 1 Certified Transcript | $899.94 |

| Notes: | | | |
|---|---|---|---|
| | | **Invoice Total:** | $899.94 |
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $899.94 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to
www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | **KRM3783419** |
| **Job #:** | **3298492** |
| **Invoice Date:** | **5/20/2019** |
| **Balance:** | **$899.94** |

## Veritext LLC, Kramm Court Reporting Division
## Western Region

550 West C Street, Ste 800
San Diego CA 92101
Tel. 800.939.0080 Fax. 949-955-3854
Fed. Tax ID:███████



| | | | |
|---|---|---|---|
| **Bill To:** | Bonnie E. McKnight Esq.<br>Panakos Law APC<br>555 West Beech Street<br>Suite 500<br>San Diego, CA, 92101 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | KRM3836885<br>6/26/2019<br>$2,012.21 |

| | |
|---|---|
| **Case:** | Ensource v. Tatham |
| **Job #:** | 3403611 \| Job Date: 6/5/2019 \| Delivery: Normal |
| **Billing Atty:** | Bonnie E. McKnight Esq. |
| **Location:** | Veritext - Houston, TX |
| | 4295 San Felipe St \| Suite 125<br>Houston,, TX 77027 |
| **Sched Atty:** | Bonnie E. McKnight Esq. \| Panakos Law APC |

| Witness | Description | Amount |
|---|---|---|
| Brent Stanley | Original with 1 Certified Transcript | $2,012.21 |

| **Notes:** | | **Invoice Total:** | $2,012.21 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $2,012.21 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | **KRM3836885** |
| **Job #:** | **3403611** |
| **Invoice Date:** | **6/26/2019** |
| **Balance:** | **$2,012.21** |

91912

## Veritext LLC, Kramm Court Reporting Division
## Western Region



550 West C Street, Ste 800
San Diego CA 92101
Tel. 800.939.0080 Fax. 949-955-3854
Fed. Tax ID: ███████

| | | | |
|---|---|---|---|
| **Bill To:** | Bonnie E. McKnight Esq.<br>Panakos Law APC<br>555 West Beech Street<br>Suite 500<br>San Diego, CA, 92101 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | KRM3862442<br>7/15/2019<br>$1,794.70 |

| | |
|---|---|
| **Case:** | Ensource v. Tatham |
| **Job #:** | 3405283 \| Job Date: 6/27/2019 \| Delivery: Expedited |
| **Billing Atty:** | Bonnie E. McKnight Esq. |
| **Location:** | Veritext - San Diego, CA |
| | 550 West C Street \| Suite 800<br>San Diego, CA 92101 |
| **Sched Atty:** | Bonnie E. McKnight Esq. \| Panakos Law APC |

| Witness | Description | Amount |
|---|---|---|
| Mark Allen Willis | Original with 1 Certified Transcript | $1,794.70 |

| Notes: | | **Invoice Total:** | $1,794.70 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $1,794.70 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | **KRM3862442** |
|---|---|
| **Job #:** | **3405283** |
| **Invoice Date:** | **7/15/2019** |
| **Balance:** | **$1,794.70** |

91912

# Invoice Details

Print/PDF

 **Thanks for submitting your payment**

See how easy that was? Use PayPal Invoicing to help you get paid faster too.

Try Invoicing Now ✕

Share with a friend

This invoice was edited on May 24, 2019 at 12:57 PM PDT



# INVOICE

**Paid**

**We Serve Law**

Phone: 800-637-1805
www.weservelaw.com

| | |
|---|---|
| Invoice #: | 29654 |
| Invoice date: | May 24, 2019 |
| Due date: | May 24, 2019 |

Amount due:
**$0.00**

Bill To:

aking@panakoslaw.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee<br>Service of Process | | | |
| Brent Stanley<br>Service time: Between 9am and 10am (CDT)<br>██████████<br>Witness fees = $40.00 | 1 | $150.00 | $150.00 |
| Service Fee<br>Personal Service | 1 | $25.00 | $25.00 |
| Service Fee<br>Specific Day & Time Request | 1 | $70.00 | $70.00 |
| Printing Fee<br>41 Pages | 1 | $15.00 | $15.00 |
| Witness Fee<br>$40 | 1 | $40.00 | $40.00 |
| Service Fee<br>Check Advance Fee | 1 | $5.00 | $5.00 |

| | | |
|---|---|---|
| Subtotal | | $305.00 |
| Shipping | | $0.00 |
| Processing Fee | | $15.00 |

| | Total | -$320.00 |
|---|---|---|
| | Amount paid | -$320.00 |
| | **Amount due** | **$0.00 USD** |

## Notes

We look forward to serving you again. Thank you for your business!



*Powered by* **PayPal**

*Copyright © 1999- PayPal. All rights reserved.*

# Invoice Details

Print/PDF



**Thanks for submitting your payment**
See how easy that was? Use PayPal Invoicing to help you get paid faster too.

( Try Invoicing Now )
✕

Share with a friend

This invoice was edited on Apr 18, 2019 at 11:22 AM PDT

*Haynes witness fee*

# INVOICE

**Paid**

We Serve Law

Invoice #:   28695
Invoice date:   Apr 18, 2019
Due date:   Apr 18, 2019

Phone: 800-637-1805
www.weservelaw.com

Amount due:
**$0.00**

Bill To:

aking@panakoslaw.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Witness Fee | 1 | $40.00 | $40.00 |
| Service Fee<br>Check Advance Fee | 1 | $15.00 | $15.00 |
| | | Subtotal | $55.00 |
| | | Shipping | $0.00 |
| | | Processing Fee | $0.00 |
| | | Total | $55.00 |
| | | Amount paid | -$55.00 |
| | | **Amount due** | **$0.00 USD** |

Notes

We look forward to serving you again. Thank you for your business!

Powered by *PayPal*

Copyright © 1999- PayPal. All rights reserved.

# Invoice Details

**Print/PDF**

 **Thanks for submitting your payment**
See how easy that was? Use PayPal Invoicing to help you get paid faster too.

**Try Invoicing Now**

✕

Share with a friend

This invoice was edited on Apr 18, 2019 at 11:21 AM PDT



Susan Willand-Killen witness fee

# INVOICE

**Paid**

We Serve Law

| | |
|---|---|
| Invoice #: | 28694 |
| Invoice date: | Apr 18, 2019 |
| Due date: | Apr 18, 2019 |

Phone: 800-637-1805
www.weservelaw.com

Amount due:
**$0.00**

Bill To:

aking@panakoslaw.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee Witness Fee | 1 | $40.00 | $40.00 |
| Service Fee Check Advance Fee | 1 | $15.00 | $15.00 |
| | | Subtotal | $55.00 |
| | | Shipping | $0.00 |
| | | Processing Fee | $0.00 |
| | | Total | $55.00 |
| | | Amount paid | -$55.00 |
| | | Amount due | $0.00 USD |

Notes

We look forward to serving you again. Thank you for your business!

Powered by **PayPal**

Copyright © 1999- PayPal. All rights reserved.

# Invoice Details

**Print/PDF**

 Thanks for submitting your payment
See how easy that was? Use PayPal Invoicing to help you get paid faster too.

**Try Invoicing Now**

Share with a friend

✕

This invoice was edited on Apr 18, 2019 at 11:40 AM PDT

                    *Haynes mileage*

**We Serve Law**

Phone: 800-637-1805
www.weservelaw.com

# INVOICE

**Paid**

Invoice #:   28697
Invoice date:   Apr 18, 2019
Due date:   Apr 18, 2019

Amount due:
**$0.00**

Bill To:

aking@panakoslaw.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | | | |
| Service of Process - ADDITIONAL WITNESS FEE 38.63 | | | |
| | 1 | $40.00 | $40.00 |
| Joseph V. Haynes | | | |
| ████████████ | | | |
| ████████████ | | | |

| | | |
|---|---|---|
| Subtotal | $40.00 |
| Shipping | $0.00 |
| Processing Fee | $5.00 |
| Total | $45.00 |
| Amount paid | -$45.00 |
| **Amount due** | **$0.00 USD** |

Notes

We look forward to serving you again. Thank you for your business!

*Powered by* **PayPal**

Copyright © 1999- PayPal. All rights reserved.

## Invoice Details

**Print/PDF**

 Thanks for submitting your payment

See how easy that was? Use PayPal Invoicing to help you get paid faster too.

**Try Invoicing Now**

Share with a friend

✕

This invoice was edited on Apr 18, 2019 at 11:43 AM PDT



*Susan Willard - Killen mileage*

# INVOICE

**Paid**

We Serve Law

Phone: 800-637-1805
www.weservelaw.com

Invoice #:   28698
Invoice date:   Apr 18, 2019
Due date:   Apr 18, 2019

Amount due:
**$0.00**

Bill To:

aking@panakoslaw.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee<br>Additional Witness Fee | 1 | $40.00 | $40.00 |
| | Subtotal | | $40.00 |
| | Shipping | | $0.00 |
| | Processing Fee | | $5.00 |
| | Total | | $45.00 |
| | Amount paid | | -$45.00 |
| | **Amount due** | | **$0.00 USD** |

Notes

We look forward to serving you again. Thank you for your business!

Powered by *PayPal*

Copyright © 1999- PayPal. All rights reserved.

✓ A confirmation email has been sent to: **billing@panakoslaw.com**

## Trip information

Confirmation number:                    Houston, TX, US (IAH) to San Diego, CA, US (SAN)

# O6BFKG

---

## Purchase summary

| | |
|---|---|
| 1 Senior (65+) | $667.91 |
| Taxes and fees | $78.89 |

| 1 senior (65+): | $78.89 /person |
|---|---|
| U.S. Transportation Tax | $9.35 |
| U.S. Transportation Tax | $40.74 |
| U.S. Passenger Facility Charge | $4.50 |
| September 11th Security Fee | $5.60 |
| U.S. Flight Segment Tax | $4.30 |
| U.S. Passenger Facility Charge | $4.50 |
| September 11th Security Fee | $5.60 |
| U.S. Flight Segment Tax | $4.30 |

### Additional services

| Preferred seats | | $66.00 |
|---|---|---|
| IAH to SAN | Thomas Tatham | |
| SAN to IAH | Thomas Tatham | |

| **Total** | **$812.80** |
|---|---|

Credit card payment: $812.80 (Visa-████)

---

## Trip summary

### Tuesday, February 04, 2020



| 11:55 am ✈ | 1:25 pm | Nonstop |
|---|---|---|
| Houston, TX, US (IAH) | San Diego, CA, US (SAN) | 3h 30m total |

| Houston, TX, US (IAH) to San Diego, CA, US (SAN) | United Economy (L) |
|---|---|
| 11:55 am - 1:25 pm (3h 30m) | Meals for purchase |

UA 2156 | Boeing 737-900

📶 Wi-Fi          🔌 Power outlets

### Friday, February 07, 2020

| 12:07 pm ✈ | 5:16 pm | Nonstop |
|---|---|---|
| San Diego, CA, US (SAN) | Houston, TX, US (IAH) | 3h 9m total |

| San Diego, CA, US (SAN) to Houston, TX, US (IAH) | United Economy (M) |
|---|---|

12:07 pm - 5:16 pm (3h 9m)                          Meals for purchase

**UA 1593** | Airbus A319

Wi-Fi

---

## Travelers

Thomas Tatham        IAH to SAN        22C
                     SAN to IAH        26C

                     Date of birth:    ███████
                     Gender:   M
                     Email address:    █████████████n
                     Home phone:       █████████

---

### Important travel information

The U.S. government raised the security alert level and implemented extra restrictions to assure the security of air travel. Certain changes in airport procedures and restrictions on items allowed on board aircraft are detailed on the Travel Alert: Elevated Security (http://www.united.com/web/en-US/content/news/travelnoticesecurity.aspx) page.

Any changes to your flight reservations may incur additional charges.

Airlines require government issued photo identification upon check-in, such as a driver's license or passport.

Passport, visa and health requirements (http://www.united.com/web/en-US/content/travel/destination/international/passport.aspx) may apply for this itinerary. Each passenger must ensure that he or she has all required travel documents as stated in Rule 19 of the Contract of Carriage (http://www.united.com/web/en-US/content/contract.aspx) . Information on this site is provided as a courtesy and should be verified by the passenger before travel. Other resources include the consulate of the destination country and the U.S. Department of State (http://www.travel.state.gov/)

~$MOBILEPASS$~

Please read important information governing airline baggage liability limitations (http://www.united.com/web/en-US/content/travel/baggage/liability.aspx) .

You will be contacted with any changes or additional information such as schedule changes, itinerary changes, etc.

Special services are on a request basis and cannot be guaranteed.

Special meal requests must be received at least 24 hours before the departure of your flight and cannot be guaranteed.

The price displayed includes up to a 7.5% U.S. Federal Transportation Tax on the base amount of the fare on itineraries wholly within the U.S. This tax also applies to certain itineraries between the U.S. and Canada or Mexico. You will not earn PQP or miles for the full amount of the displayed price for these itineraries because the U.S. Federal Transportation tax is not eligible to earn PQP or miles.

Mileage accrued will vary depending on the terms and conditions of your frequent flyer program. United MileagePlus mileage accrual and other benefits of MileagePlus associated with air travel are subject to the rules of the MileagePlus program.

The award miles and Premier qualifying dollars displayed are calculated using the base fare and any applicable carrier-imposed surcharges for the itinerary. The initial calculation of MileagePlus earnings in the flight search results may be different than the final calculation shown on the Review Trip Itinerary page.

Important baggage information

## Carry-on baggage allowed

United accepts the following items, per customer to be carried on the aircraft at no charge:

- One carry-on bag no more than 45 linear inches or 114 linear centimeters
- One personal item (such as a shoulder or laptop bag).

Due to FAA regulations, operating carriers may have different carry-on requirements. Please check with the operating carrier for more information or go to united.com/baggage (https://www.united.com/web/en-US/content/travel/baggage/default.aspx) .

## Checking bags for this itinerary

Checked baggage service charges are collected at any point in the itinerary where bags are checked. The bag service charges below reflect a maximum outside linear dimension of 62 linear inches (157 cm).

First and second baggage service charges per traveler as listed below:

| | 1st bag | 2nd bag | Weight per bag |
|---|---|---|---|
| ✈ **Tue, Feb 04, 2020**<br>Houston, TX, US (IAH)<br>to San Diego, CA, US (SAN) | $30 per traveler | $40 per traveler | 50 lbs (23 kgs) |
| ✈ **Fri, Feb 07, 2020**<br>San Diego, CA, US (SAN)<br>to Houston, TX, US (IAH) | $30 per traveler | $40 per traveler | 50 lbs (23 kgs) |

These amounts represent an estimate of the first and second checked baggage service charges that may apply to your itinerary. If your itinerary contains multiple travelers, the service charges may vary by traveler, depending on status or memberships.

First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges, allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items or sporting equipment, visit united.com/baggage(https://www.united.com/ual/en/us/fly/travel/baggage.html).

## Check Your First Bag for Free



Save up to $120 per roundtrip. The primary Cardmember and one companion on the same reservation can check their first standard bag free on United-operated flights when purchasing tickets with their Explorer Card. Terms apply.

(https://www.theexplorercard.com/MPExplorerSpecialOffer?cell=mm8&int_source=loyalty&mode=d&int_medium=uacom2&int_ca
11·
Learn more 08)

4:22

◀ Search

# ‹ Back

## Additional Information

**Reservation Number 80C439**
**Tuesday, February 4th –**
**Wednesday, February 5th**

● ● ○

### Payment Method ⓘ

◇ **Exchange**                    **$109.30**

### Passengers

○ **Jason Frankovitz**
    Adult

### Notifications

🕓 **Delay Alerts**
    Starting prior to departure

### More Information

📋 **Terms and Conditions**                    ›

⑦ **Frequently Asked Question**                    ›



**FEBRUARY 5, 2020 AT 8:43 AM**

# Thanks for riding with Andrea!

100% of tips go to drivers. *Add a tip*

| | |
|---|---|
| Lyft fare (0.73mi, 8m 29s) | $6.15 |
| Tip | $3.00 |

**VISA**

**$9.15**



● **Pickup**  8:43 AM
701 A St, San Diego, CA

● **Drop-off**  8:51 AM
330 W Broadway, San Diego, CA

**Trip Purpose:** Ensource v Tatham
**Expense Code:** ENSOURCE



**FEBRUARY 5, 2020 AT 3:20 PM**

# Thanks for riding with Carlos!

100% of tips go to drivers. Add a tip

Lyft fare (7.67mi, 19m 40s)                                    $15.54

VISA ████████                                          **$15.54**



● **Pickup**  3:20 PM
   ████████████ Los Angeles, CA

● **Drop-off**  3:40 PM
   ████████████████ Los Angeles, CA



**FEBRUARY 4, 2020 AT 10:50 AM**

# Thanks for riding with Keyvan!

100% of tips go to drivers. Add a tip

| | |
|---|---|
| Lyft fare (11.58mi, 30m 45s) | $15.64 |
| Tip | $6.00 |

VISA ▮▮▮▮▮

**$21.64**



● **Pickup** 10:50 AM
▮▮▮▮▮▮▮▮▮▮ Los Angeles, CA

● **Drop-off** 11:21 AM
▮▮▮▮▮▮▮▮▮▮, Los Angeles, CA

**Trip Purpose:** Ensource v Tatham
**Expense Code:** ENSOURCE