**PANAKOS LAW, APC**
Aaron D. Sadock (SBN 282131)
555 West Beech Street, Ste. 500
San Diego, California 92101
Telephone:   (619) 800-0529
Facsimile:    (866) 365-4856
Email: asadock@panakoslaw.com

**RICHARD E. NAWRACAJ**
Law Offices of Richard E. Nawracaj
155 N. Wacker Drive, Suite 4250
Chicago, Illinois 60606
Email: rich.nawracaj@nawracaj-law.com

Attorneys for Plaintiff ENSOURCE INVESTMENTS LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>Defendants. | Case No.: 3:17-CV-00079-H-LL<br><br>**NOTICE OF HEARING ON PLAINTIFF ENSOURCE INVESTMENTS LLC'S BILL OF COSTS**<br><br>Date: March 24, 2020<br>Time: 11:00 a.m.<br>Courtroom: 15A<br><br>Magistrate Judge: Hon. Linda Lopez<br>District Judge: Hon. Marilyn L. Huff<br>Courtroom: 15A<br>Action filed:  January 13, 2017 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on **March 24, 2020, at 11:00a.m.** in Courtroom 15-A of the Edward J. Schwartz United States Courthouse, located at 221 West Broadway, Third Floor, San Diego, California, Plaintiff ENSOURCE INVESTMENTS LLC ("Ensoure") will, and hereby does, move the Court for an Order awarding costs in the amount of **$8,782.91.**

This motion is made pursuant to Local Rule 54.1(a), on the grounds that Plaintiff, as the prevailing party, is entitled to recover its costs.

This motion is based on this notice, the Bill of Costs, the Memorandum of Costs, the Declaration of Aaron D. Sadock and exhibit attached thereto, all pleadings and papers on file in this action, and any other oral or documentary evidence as may be presented at the time of hearing.

Dated:  March 4, 2020                     **PANAKOS LAW, APC**

                                    By:    /s/ Aaron D. Sadock
                                           Aaron D. Sadock
                                           Attorney for Plaintiff
                                           EnSource Investments LLC

NOTICE OF HEARING ON PLAINTIFF ENSOURCE INVESTMENTS LLC'S
BILL OF COSTS
2