SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
Shannon D. Sweeney, SBN 204868
Michael A. Zarconi, SBN 288970
E-mail: Sweeney@sullivanhill.com
600 B Street, Suite 1700
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

Attorneys for Defendant MARK A. WILLIS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THOMAS P. TATHAM, an individual; MARK A. WILLIS, an individual; PDP MANAGEMENT GROUP, LLC, a Texas limited liability company; TITLE ROVER, LLC, a Texas limited liability company; BEYOND REVIEW, LLC, a Texas limited liability company; IMAGE ENGINE, LLC, a Texas limited liability company; WILLIS GROUP, LLC, a Texas limited liability company; and DOES 1-50,<br><br>　　　　　　Defendants. | CASE NO. 17CV0079 H LL<br><br>**NOTICE OF MOTION AND MOTION TO AMEND THE JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 59(E)**<br><br>JUDGE:　Hon. Marilyn L. Huff<br>DATE:　　April 20, 2020<br>TIME:　　10:30 a.m. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** pursuant to Rule 59(e) of the Federal Rules of Civil Procedure that on April 20, 2020, at 10:30 a.m. in Courtroom 15A of the James A. Carter and Judith N. Keep United States Courthouse, located at 333 West

Broadway, San Diego, California 92101, Defendant Mark Willis will, and hereby does, move to have the judgment entered against him amended or altered such that the award be reduced by the amount that co-defendant and alleged joint tortfeasor Thomas Tatham paid to settle the case with Plaintiff.

The Motion will be based upon:

1. This Notice of Motion and Motion;

2. The Memorandum of Points and Authorities in support of Willis' Motion to Amend the Judgment;

3. The Declaration of Shannon Sweeney in support of Willis' Motion to Amend the Judgment;

4. any cross-motion, opposition, reply, surreply, or supplemental papers submitted in connection with the Motion;

5. any evidentiary objections submitted in support of the Motion;

6. any proposed orders, tentative rulings, orders, or ruling filed or entered in connection with the Motion;

7. the pleadings, papers, or orders filed, served, and/or entered, and the proceedings to date, in this action and/or any related action(s);

8. proof of service of the foregoing pleadings, papers and orders;

9. any matters of which the Court may or must take judicial notice;

10. the comments and arguments of counsel and any evidence submitted at any oral hearings conducted in connection with the Motion; and

11. such and other further matters as are just and proper.

Dated:   March 17, 2020            SULLIVAN HILL REZ & ENGEL
                                    A Professional Law Corporation


                                By:   */s/ Shannon D. Sweeney*
                                      Shannon D. Sweeney
                                      Attorneys for Defendant
                                      MARK A. WILLIS