# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Southern District of California

U.S. District Court case number: 3:17-cv-0079-H-LL

Date case was first filed in U.S. District Court: January 13, 2017

Date of judgment or order you are appealing: February 19, 2020

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Mark A. Willis

Is this a cross-appeal? ☐ Yes   ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

Sullivan Hill Rez & Engel, APLC, c/o Michael A. Zarconi

600 B Street, Suite 1700

City: San Diego   State: CA   Zip Code: 92101

Prisoner Inmate or A Number (if applicable):

Signature: */s/ Michael A. Zarconi*   Date: March 19, 2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Mark A. Willis

Name(s) of counsel (if any):

Sullivan Hill Rez & Engel, APLC
Shannon D. Sweeney (SBN 204868); Michael A. Zarconi (SBN 288970)

Address: 600 B Street, Suite 1700, San Diego, California 92101

Telephone number(s): 619-233-4100

Email(s): sweeney@sullivanhill.com; zarconi@sullivanhill.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Ensource Investments LLC

Name(s) of counsel (if any):

Panakos Law, APC
Aaron D. Sadock (SBN 282131)

Address: 555 West Beech Street, Suite 500, San Diego, California 92101

Telephone number(s): 619-800-0529

Email(s): asadock@panakoslaw.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                                        1                                              New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Ensource Investments LLC

Name(s) of counsel (if any):
Richard E. Nawracaj (Pro Hoc Vice admitted in Southern District Court action)

Address: 155 N. Wacker Drive, Sutie 4250, Chicago, Illinois 60606

Telephone number(s):

Email(s): rich.nawracaj@nawracaj-law.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                    2                            *New 12/01/2018*