| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 31 2020 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

ENSOURCE INVESTMENTS LLC, a Delaware limited liability company,

        Plaintiff-Appellee,

 v.

MARK A. WILLIS, an individual,

        Defendant-Appellant,

 and

THOMAS P. TATHAM, an individual; et al.,

        Defendants.

No. 20-55322

D.C. No. 3:17-cv-00079-H-LL
Southern District of California, San Diego

ORDER

The court's records reflect that the notice of appeal was filed during the pendency of a timely filed motion listed in Federal Rule of Appellate Procedure 4(a)(4). The notice of appeal is therefore ineffective until entry of the order disposing of the last such motion outstanding. *See* Fed. R. App. P. 4(a)(4). Accordingly, appellate proceedings other than mediation shall be held in abeyance pending the district court's resolution of the pending motion. *See Leader Nat'l Ins. Co. v. Indus. Indem. Ins. Co.*, 19 F.3d 444, 445 (9th Cir. 1994).

LCC/MOATT

Within 7 days after the district court's ruling on the pending motion, appellant shall notify this court in writing of the ruling and shall advise whether appellant intends to prosecute this appeal.

To appeal the district court's ruling on the post-judgment motion, appellant must file an amended notice of appeal within the time prescribed by Federal Rule of Appellate Procedure 4.

The Clerk shall serve this order on the district court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By:  Lance C. Cidre
Deputy Clerk
Ninth Circuit Rule 27-7