1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11

Ensource Investments LLC,

Case No.: **17-cv-00079-H-LL**

12

Plaintiff,

13

v.

**ORDER TAXING COSTS**

14

Mark A. Willis,

15

Defendant.

16
17

Upon application of Ensource Investments LLC, a hearing for taxation of costs was

18

set for on March 24, 2020. A Bill of Costs was filed on 3/4/2020 (Doc. 223). No

19

Response was filed by the required date of 3/19/2020. The hearing was vacated.

20

**Service of Process**

21

Costs for service of process are taxable under L.R.54.1.b.1, which also allows that

22

"(c)osts for service of subpoenas are taxable as well as service of summonses and

23

complaints." In addition to this, "(f)ees for expedited service are only allowable only if

24

the Court ordered service to be effected on an expedited basis." Plaintiff requested costs

25

to be taxed for service of process in the amount of $707.50 (Itemized on PageID 7177

26

and Invoiced on PageID 7146-7152). A "rush" fee was included within Plaintiff's

27

invoices (PageID 7149) but was left out of the final calculation and therefore not

28

requested. Costs are granted.

1

**<u>Deposition Transcripts</u>**

Costs in connection with taking depositions are taxable under L.R.54.1.b.3, which allows for the costs of an original and one copy, "so long as at the time it was taken it could reasonably be expected that the deposition would be used for trial preparation". Plaintiff requested costs be taxed for deposition transcripts (Itemized on PageID 7177 and Invoiced on PageIDs 7153-7157) in the amount of $6,906.98. Costs are granted.

**<u>Witness Fees</u>**

Witness fees for Depositions are taxable under L.R.54.1.b.3.f, "(f)ees for the witness at the taking of a deposition are taxable at the same rates as for attendance at trial." Witness rates for trial are allowable per L.R.54.1.b.4.a, which allows "per diem, mileage, subsistence and attendance fees as provided in 28 U.S.C. §1821". Per 28 U.S.C. §1821, witnesses are entitled to an attendance fee of $40 per day for each day of attendance, as well as a subsistence allowance not to exceed the maximum per diem allowance prescribed by the Administrator of General Services". In addition, "(i)f the witness comes from outside the district, the transportation expenses taxable must be based on the most direct route, and the most economical rate reasonably available." Plaintiff requested $1,168.43 in witness deposition and trial costs (Itemized on PageID 7263 and Invoiced on PageIDs 7303-7305). Included within this figure are $40 attendance fees for deposition witnesses Joseph Haynes, Susan Willard-Killen, and Brent Stanley (PageID 7182), and travel mileage fees for witnesses Haynes and Willard-Killen. Also requested were economy airline, train and rideshare travel expenses for trial witnesses Thomas Tatham, and Jason Frankovitz (PageID 7182). Mileage fees for witnesses Haynes and Willard-Killen are recalculated to the 2019 GSA allowance of $.58 per mile. All other fees are granted.

Costs are taxed as follows:

| *Description* | *Amount(s) Requested* | *Amount(s) Taxed* |
|---|---|---|
| Fees of the clerk | | |

2

17-cv-00079-H-LL

| | | |
|---|---|---|
| Fees for service of summons and subpoenas | $707.50 | $707.50 |
| Fees for printed or electronically recorded deposition transcripts | $6,906.98 | $6,906.98 |
| Fees and disbursements for printing | | |
| Fees for witnesses | $1,168.43 | $1,160.35 |
| Fees for exemplification and copies | | |
| Docket fees under 28 U.S.C. § 1923 | | |
| Costs as shown on mandate of Court of Appeals | | |
| Compensation of court-appointed experts | | |
| Compensation/costs of interpreters under 28 U.S.C. 1828 | | |
| Other costs as itemized: | | |
| ***TOTAL COSTS TAXED*** in favor of Ensource Investments LLC | $8,782.91 | $8,774.83 |

Counsel's attention is called to Local Rule 54.1.h which provides in part that a motion to re-tax by any party, in accordance with Rule 54(d), FRCivP and Local Rule 7.1, shall be served and filed within seven (7) days after receipt of the Order Taxing Costs, or unless within the seven (7) day period the court permits the motion to be made orally.

Dated:  April 6, 2020

John Morrill, Clerk of Court


_s/ S. Tweedle_____
S. Tweedle, Deputy Clerk

3

17-cv-00079-H-LL