# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### AMENDED Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **Southern District of California**

U.S. District Court case number: **3:17-cv-0079-H-LL**

Date case was first filed in U.S. District Court: **January 13, 2017**

Date of judgment or order you are appealing: **April 21, 2020**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ⦿ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Mark A. Willis

Is this a cross-appeal?  ○ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ⦿ Yes   ○ No

If Yes, what is the prior appeal case number? **20-55322**

Your mailing address:

Sullivan Hill Rez & Engel, APLC, c/o Shannon D. Sweeney

600 B Street, Suite 1700

City: San Diego    State: CA    Zip Code: 92101

Prisoner Inmate or A Number (if applicable):

Signature: **/s/ Shannon D. Sweeney**    Date: **May 21, 2020**

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                                                           Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Mark A. Willis

Name(s) of counsel (if any):

Sullivan Hill Rez & Engel, APLC
Shannon D. Sweeney (SBN 204868); Michael A. Zarconi (SBN 288970)

Address: 600 B Street, Suite 1700, San Diego, California 92101

Telephone number(s): (619) 233-4100

Email(s): sweeney@sullivanhill.com; zarconi@sullivanhill.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Ensource Investments LLC

Name(s) of counsel (if any):

Paul A Reynolds
Shustak Reynolds & Partners, P.C.

Address: 401 West "A" Street, Suite 2200, San Diego, California 92101

Telephone number(s): (619) 225-7422

Email(s): preynolds@shufirm.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    *1*                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  2  *New 12/01/2018*